"eJS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

**03 - 61784**

Encore Medical, LP, VitalStim, LLC and ESD, LLC

CIV - ALTONAGA

**DEFENDANTS**

Theresa P. Biber and Communication and Swallowing Rehabilitation Services, Inc.

**(b)** County of Residence of First Listed Plaintiff  Hamilton, TN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed   Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

0:03 61784 altonaga-Bandstra

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

F. Laurens Brock, Chambliss, Bahner & Stophel, P.C., 1000 Tallan Building, Two Union Square, Chattanooga, TN 37402 (423) 756-3000

MAGISTRATE JUDGE
BANDSTRA

Attorneys (If Known)

Kevin P. Crosby, Brinkley, McNerney, Morgan, Solomon & Tatum, LLP, 200 East Las Olas Blvd, 19th Floor, Fort Lauderdale, Florida  33301 (954)-522-2200

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

County where anim arose Broward County

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

SEP 2003

CLERK, USDC / SDFL / FTL

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| | | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability | Liability | ☐ 660 Occupational | ☒ 830 Patent | ☐ 810 Selective Service |
| | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause Do not cite jurisdictional statutes unless diversity.)

Patent infringement, 35 USC Section 271, et seq.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION DEMAND   UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE  Gold/Simonton   DOCKET NUMBER  03-61160

DATE  9/24/03   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  529162   AMOUNT  150   APPLYING IFP   JUDGE   MAG JUDGE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ENCORE MEDICAL, LP,                          )
VITALSTIM, LLC, and ESD, LLC                 )       **03 - 61784**
                                             )    CASE NO. _____
            Plaintiffs,                      )
                                             )    CIV - ALTONAGA    NIGHT BOX
v.                                           )                      FILED
                                             )
TERESA P. BIBER and                          )  MAGISTRATE JUDGE    SEP 2 4 2003
COMMUNICATION AND SWALLOWING                 )      BANDSTRA
REHABILITATION SERVICES, INC.                )                  CLARENCE MADDOX
                                                               CLERK, USDC/SDFL/FTL
            Defendants.

## COMPLAINT FOR PATENT INFRINGEMENT

Encore Medical, LP ("Encore"), VitalStim, LLC ("VitalStim") and ESD, LLC

("ESD"), for their claim against the Defendants, Teresa P. Biber ("Biber") and

Communication and Swallowing Rehabilitation Services, Inc. ("CSRS"), state as follows:

### Jurisdiction

1.      This is an action for patent infringement under the laws of the United States,

Title 35, United States Code.  Subject matter jurisdiction and venue are based on §§1331,

1338(a), 1391(b), and/or 1400(b) of Title 28, United States Code.

2.      Biber is a resident of this judicial district, and therefore this Court has personal

jurisdiction over Biber and venue is proper in this Court.

3.      CSRS is a corporation organized under the law of Florida which has a mailing

address of 3404 Robbins Road, Pompano Beach, FL 33062.  This Court therefore has

personal jurisdiction over CSRS.

## Parties

4.      Encore is a limited partnership organized under the laws of the State of Delaware, which has a principal place of business at 9800 Metric Boulevard, Austin, Texas 78758.

5.      VitalStim is a limited liability company organized under the laws of the State of Ohio, which has a principal place of business at 3011 Kersdale Road, Pepper Pike, Ohio 44124.

6.      ESD is a limited liability company organized under the laws of the State of Ohio, which has a principal place of business at 3011 Kersdale Road, Pepper Pike, Ohio 44124.

7.       ESD is the entity to which the original inventors of the patents in suit (hereinafter, collectively, "the VitalStim patents") assigned the patents.  ESD granted to VitalStim (formerly known as Dysphagia, LLC) an exclusive license under the VitalStim patents ("the ESD license"), while reserving for itself the right to make, have made, use sell and market products covered by the VitalStim patents.  The ESD license prohibits ESD from granting further licenses under the VitalStim patents but permits VitalStim to grant sublicenses with the prior approval of ESD.  The ESD license requires VitalStim to pay all costs associated with the preparation and prosecution of applications for the VitalStim patents, as well as all issue and maintenance fees associated with the VitalStim patents.  The ESD license also requires VitalStim to institute and prosecute any actions or take other appropriate action to enforce the VitalStim patents, either in its own name or in the name of its sublicensee.

8.     VitalStim granted to Encore an exclusive license to make, sell and use products covered by the VitalStim patents and to have such products made, sold and used in connection with the treatment of oropharyngeal disorders and dysphagia ("the VitalStim license"), while reserving for itself the right to sell products covered by the VitalStim patents within a limited territory comprising fifteen counties in the state of Ohio.  However, VitalStim's right to sell is limited to products which are made by or for Encore.  The VitalStim license prohibits VitalStim from granting any license under the VitalStim patents in connection with the treatment of oropharyngeal disorders and dysphagia to any other party without the prior agreement of Encore.  The VitalStim license also authorizes Encore to enforce the VitalStim patents against infringers and alleged infringers with VitalStim's consent.

9.     Biber is a resident of the State of Florida and of this judicial district, and may be served with process at Cleveland Clinic Hospital, 3100 Weston Road, Weston, Florida 33331, or at her residence address, 3404 Robbins Road, Pompano Beach, FL 33062.

10.     CSRS is a Florida corporation of which Biber is the President, Secretary and Treasurer, and which has a mailing address and, on information, principal place of business located at the same address as Biber's home address, 3404 Robbins Road, Pompano Beach, FL 33062.

**The Patents In Suit**
**("The VitalStim Patents")**

11.     United States Patent No. 5,725,564 ("the '564 Patent") entitled "Method and Apparatus for Treating Dysphagia with Electrical Stimulation" duly issued March 10, 1998.

A copy of the '564 Patent is attached as <u>Exhibit 1.</u>

12.     United States Patent No. 5,891,185 ("the '185 patent") entitled "Method and Apparatus for Treating Oropharyngeal Disorders with Electrical Stimulation" duly issued April 6, 1999.  A copy of the '185 Patent is attached as <u>Exhibit 2</u>.

13.     United States Patent No. 5,987,359 ("the '359 Patent'") entitled "Method for Treating Dysphagia with Electrical Stimulation" duly issued on November 16, 1999. A copy of the '359 Patent is attached as <u>Exhibit 3</u>.

14.     United States Patent No. 6,104,958 ("the '958 Patent'") entitled "Device for Treating Dysphagia with Electrical Stimulation" duly issued August 15, 2000.  A copy of the '958 Patent is attached as <u>Exhibit 4.</u>

15.     United States Patent No. 6,198,970 ("the '970 Patent") entitled "Method and Apparatus for Treating Oropharyngeal Respiratory and Oral Motor Neuromuscular Disorders with Electrical Stimulation" duly issued March 6, 2001.  A copy of the '970 Patent is attached as <u>Exhibit 5.</u>

### Background Facts

16.     The VitalStim Patents have their roots in work principal inventor Marcy Freed began as early as 1975 in developing the application of electrical stimulation ("E-Stim") to the nerves and muscles of the throat, for the purpose of treating patients suffering from a condition known as dysphagia, a difficulty or inability to swallow.

17.     The inventors of the VitalStim Patents filed their first patent application for a "Method and Apparatus for Treating Dsyphagia with Electrical Stimulation" on October 27, 1995.  That application ultimately issued as the '564 Patent.  Subsequently, the Patent and

Trademark Office issued the remaining four VitalStim patents, all of which are directed to methods and devices for treating dysphagia and similar ailments by use of E-Stim.

18.     Plaintiffs have never authorized or licensed Defendants to practice the methods or to make, use or sell the devices described and claimed in the VitalStim Patents.

19.     At the time the technology behind the VitalStim Patents was developed, the medical community and the United States Food and Drug Administration ("FDA"), cautioned against the use of E-Stim in the anterior neck region due to a concern that improper application of E-Stim to that region could cause potentially deadly laryngeal or pharyngeal spasms.

20.     However, Dysphagia, LLC (now VitalStim) and Encore applied to the FDA for clearance to sell an E-Stim device for use in treatment of dysphagia.  Because the conventional wisdom held that the use of E-Stim in the anterior neck/throat area is contraindicated, VitalStim and Encore expended considerable time and effort over a period of years to convince the FDA that their devices for treating dysphagia with E-Stim were safe. Ultimately, in June, 2001, VitalStim was cleared by the FDA to market and sell its "Dysphagia Treatment Device" and in December, 2002, Encore was granted like clearance. See documents attached as Exhibit 6.

21.     Upon information and belief, only VitalStim and Encore have FDA clearance to market and sell an E-Stim device for use in the treatment of dysphagia, and the only device marketed or sold by VitalStim or Encore for such use is the "VitalStim™ Dysphagia Therapy System" (hereinafter, "the VitalStim Device").

22.     Neither VitalStim nor Encore has ever approved or licensed Defendants to

market or sell the VitalStim Device or any other E-Stim device for use in the treatment of dysphagia.

23.     Since early 2003, VitalStim and Encore have used the technology behind the VitalStim Patents to offer seminars across the United States which teach the proper application of E-Stim for treatment of dysphagia (hereinafter "the VitalStim Seminars").

24.     Encore and VitalStim require those who seek to use the VitalStim Device to attend a VitalStim Seminar in order to become certified in the use of the VitalStim Device and to learn the proper method of applying E-Stim to dysphagia patients.

25.     Participants at the VitalStim Seminars are given VitalStim Devices on which to train while at the seminar.  Participants are informed at the VitalStim seminars that the VitalStim Devices are cleared by the FDA for the treatment of dysphagia.

26.     To date, hundreds of people, principally speech pathologists, have attended the VitalStim Seminars and have become certified in the use of the VitalStim Device.

27.     The VitalStim Device is a medical and commercial success and has been used to treat hundreds of patients suffering from dysphagia.

28.     On information and belief, Defendant Biber began work as a speech pathologist in 1996, one year after the application for the first VitalStim Patent was filed.

29.     Upon information and belief, in 2002, approximately four years after the issue and publication of the first VitalStim patent, Defendants began conducting seminars (hereinafter "the Biber Seminars") which Defendants have named "Neuromuscular Electrical Stimulation for the Re-Education of the Swallowing Process".  The Biber seminars are not sanctioned or approved by Plaintiffs.

30.    In the Biber seminars, Defendants attempt to teach the methods described and claimed in the VitalStim Patents to participants.  At the Biber seminars, Defendants do not disclose the existence of the VitalStim Patents to participants.

31.    At the Biber seminars, Defendants make the misleading claim that "standard electrical stimulation equipment" is cleared for use under FDA guidelines to treat dysphagia. Defendants have continued to make this claim, even after being put on notice that the VitalStim Device is the only E-Stim device cleared by the FDA for treatment of dysphagia.

32.    Upon information and belief, Defendants furnish to participants at the Biber seminars E-Stim devices known as the "BMR NeuroTech 2000" (hereinafter, "the BMR Device") or similar devices which have not been FDA cleared for use in treating dysphagia, on which to train and test-market.

33.    Plaintiffs have never authorized or licensed Defendants, BMR, BMR's successor company or any related company or entity to make, use or sell an E-Stim device for treatment of dysphagia under the VitalStim Patents.

34.    Biber and the participants at the Biber seminars have used or attempted to use the device and methods described and claimed in the VitalStim Patents to treat dysphagia patients.

### Claims for Patent Infringement

35.    Defendants have infringed one or more claims of one or more of the VitalStim Patents, in violation of 35 U.S.C. §271(a), by practicing the methods of one or more claims of the VitalStim Patents and/or by making, using or selling devices which infringe one or more claims of the VitalStim Patents.

36.     Defendants have infringed one or more claims of one or more of the VitalStim Patents, in violation of 35 U.S.C. §271(b), by actively inducing the infringement of one or more claims of the VitalStim Patents by others.

37.     Notice of infringement of the VitalStim Patents has been given to Defendants.

38.     Defendants' infringement of the VitalStim Patents has been willful and deliberate.

39.     Defendants' infringement of the VitalStim Patents has caused Encore, VitalStim and ESD to suffer irreparable harm for which there is no adequate legal remedy. Consequently, Encore, VitalStim and ESD are entitled to injunctive relief enjoining and restraining Defendants from committing further acts of infringement.

40.     Encore, VitalStim and ESD have suffered damages as a direct and proximate result of Defendants' infringement of the VitalStim Patents, which has been willful.

WHEREFORE Encore, VitalStim and ESD pray for judgment and relief against Defendants, including:

A.      Adjudging that Defendants have infringed one or more claims of the VitalStim Patents;

B.      Issuing a Preliminary Injunction, followed by a Permanent Injunction against Defendants, and those persons in active concert or participation with Defendants who receive notice of the injunction, from continuing acts of infringement of the VitalStim Patents;

C.      Adjudging that an accounting be had for damages caused by Defendants' infringement, together with prejudgment and post-judgment interest;

D.      Adjudging that Defendants are willful infringers and trebling the aforesaid

damages pursuant to 35 U.S.C. § 284;

E.      Adjudging that this case is an exceptional case and awarding Encore, VitalStim and ESD their costs, expenses, and reasonable attorney's fees pursuant to 35 U.S.C. § 285; and

F.      Such other and further relief as this Court may deem just and proper.


Respectfully submitted,


RUMBERGER, KIRK & CALDWELL, P.A.


By _____
Scott M. Sarason (Fla. Bar #0394718)
Brickell Bayview Centre
Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3047
Telephone: (305)358-5577
Fax: (305) 371-7580


CHAMBLISS, BAHNER & STOPHEL, P.C.
F. Laurens Brock (Fla. Bar #299431)
John G. Jackson (*pro hac vice*)
Anthony A. Jackson (*pro hac vice*)
1000 Tallan Building
Two Union Square
Chattanooga, Tennessee  37402-2500
Telephone  (423) 756-3000
Fax:  (423) 265-9574
email:  fbrock@cbslawfirm.com,
jjackson@cbslawfirm.com, bjackson@cbslawfirm.com


Counsel for Plaintiffs

# Exhibit 1

COVINGTON&BURLING

US005725564A

# United States Patent [19]

## Freed et al.

| [11] | Patent Number: | 5,725,564 |
|---|---|---|
| [45] | Date of Patent: | Mar. 10, 1998 |

[54] METHOD AND APPARATUS FOR TREATING DYSPHAGIA WITH ELECTRICAL STIMULATION

[75] Inventors: Marcy L. Freed, Pepper Pike, Ohio; Leonard A. Freed, Kailua, HI.; Michael O. Christian, Beachwood, Ohio; Howard Tucker, Cleveland Heights, Ohio; Bernard Kotton; Erol M. Beytas, both of Beachwood, Ohio; Marie Asmar, Richmond Heights, Ohio

[73] Assignee: KSD Limited Liability Company, Beachwood, Ohio

[21] Appl. No.: 549,046

[22] Filed: Oct. 27, 1995

[51] Int. Cl.$^6$ .................................................. A61N 1/18
[52] U.S. Cl. .......................................................... 607/72
[58] Field of Search ...................... 607/39, 40, 62, 607/72, 118

[56] References Cited

U.S. PATENT DOCUMENTS

4,519,400   5/1985   Brenman et al. .
5,016,647   5/1991   Sanders

Primary Examiner—Scott M. Gerbow
Attorney, Agent, or Firm—Benesch, Friedlander, Coplan & Aronoff LLP

[57] ABSTRACT

This invention is directed to a simple, non-invasive method and device for treating dysphagia and artificially promoting swallowing by electrical stimulus. In the present invention, a plurality of electrodes are selectively placed in electrical contact with tissue of a pharyngeal region of patient and a series of electrical pulses in electrical contact with each of the plurality of electrodes with a generator. The generator includes a pulse rate modulator for generating each of the electrical pulses having a frequency generally fixed at 80 hertz, a pulse width modulator for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds, and a governor for regulating the electrical pulses such that at least one of current so as not to exceed 4.4 milliamps RMS or power so as not to exceed 9.6 MW RMS. The electrical pulses selectively stimulate muscles located proximate to the selectively placed electrodes to initiate swallowing.

25 Claims, 5 Drawing Sheets



U.S. Patent          Mar. 10, 1998          Sheet 1 of 5          5,725,564



Fig. 1

U.S. Patent          Mar. 10, 1998          Sheet 2 of 5          5,725,564



Fig. 2

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 15 of 104



*Fig. 3*

U.S. Patent          Mar. 10, 1998          Sheet 4 of 5          5,725,564



*Fig. 4*

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 17 of 104



5,725,564

1

# METHOD AND APPARATUS FOR TREATING DYSPHAGIA WITH ELECTRICAL STIMULATION

## BACKGROUND OF THE INVENTION

This invention relates to a method and device for effectively treating dysphagia. In particular, the present invention relates to a method and device for treating dysphagia by providing electrical stimulation to the pharyngeal region of an associated animal.

Dysphagia is the inability to swallow or difficulty in swallowing and may be caused by stroke, neurodegenerative diseases, or respiratory disorders. Swallowing is a complicated action which is usually initiated voluntarily but always completed reflexively, whereby food is moved from the mouth through the pharynx and esophagus to the stomach. The act of swallowing occurs in three stages and requires the integrated action of the respiratory center and motor functions of multiple cranial nerves, and the coordination of the autonomic system within the esophagus.

In the first stage, food is placed on the surface of the tongue. The tip of the tongue is placed against the hard palate. Elevation of the larynx and backward movement of the tongue forces the food through the isthmus of the fauces in the pharynx. In the second stage, the food passes through the pharynx. This involves constriction of the walls of the pharynx, backward bending of the epiglottis, and an upward and forward movement of the larynx and trachea. Food is kept from entering the nasal cavity by elevation of the soft palate and from entering the larynx by closure of the glottis and backward inclination of the epiglottis. During this stage, respiratory movements are inhibited by reflex. In the third stage, food moves down the esophagus and into the stomach. This movement is accomplished by momentum from the second stage, peristaltic contractions, and gravity. Although the main function of swallowing is the propulsion of food from the mouth into the stomach, swallowing also serves as a protective reflex for the upper respiratory tract by removing particles trapped in the nasopharynx and oropharynx, returning materials refluxed from the stomach into the pharynx, or removing particles propelled from the upper respiratory tract into the pharynx. Therefore, the absence of adequate swallowing reflex greatly increases the chance of pulmonary aspiration.

In the past, patients suffering from dysphagia have undergone dietary changes or thermal stimulation treatment to regain adequate swallowing reflexes. Thermal stimulation involves immersing a mirror or probe in ice or cold substance. The tonsillar fossa is stimulated with the mirror or probe and the patient closes his mouth and attempts to swallow. While these traditional methods are usually effective for treating dysphagia, these methods often require that the patient endure weeks or months of therapy.

Electrical stimulation has often been used as a method for alleviating pain, stimulating nerves, and as a means for diagnosing disorders of the spinal cord or peripheral nervous system. Electrical stimulation has further been used to facilitate muscle reeducation and with other physical therapy treatments. In the past, electrical stimulation was not recommended for use in the neck or thoracic region as severe spasms of the laryngeal and pharyngeal muscles may occur resulting in closure of the airway or difficulty in breathing. Further, the introduction of electrical current into the heart may cause cardiac arrhythmia. Electrical stimulation has been used to stimulate the recurrent laryngeal nerve to stimulate the laryngeal muscles to control the opening of the

2

vocal cords to overcome vocal cord paralysis, to assist with the assessment of vocal cord function, to aid with intubation, and other related uses. However, heretofore, electrical stimulation has not been used in the treatment of dysphagia to promote the swallowing reflex which involves the integrated action of the respiratory center and motor functions of multiple cranial nerves, and the coordination of the autonomic system within the esophagus.

It is desirable to have a simple, non-invasive method and device for treating dysphagia and artificially promoting swallowing.

## SUMMARY OF THE INVENTION

In accordance with the present invention, there is provided a simple, non-invasive method and device for treating dysphagia and artificially promoting swallowing, wherein electrical stimulus is provided to the pharyngeal region of a patient to stimulate muscles located in the pharyngeal region in order to promote swallowing.

In accordance with the present invention, there is provided a simple, non-invasive method for treating dysphagia and artificially promoting swallowing by electrical stimulus, the method comprising selectively placing electrodes in electrical contact with tissue of a pharyngeal region of patient and generating a series of electrical pulses in electrical contact with each of the plurality of electrodes, wherein the electrodes deliver a series of electrical pulses to selectively stimulate muscles located proximate to the selectively placed electrodes to initiate swallowing.

In accordance with the present invention, there is provided a simple, non-invasive device for treating dysphagia and artificially promoting swallowing, the device comprising a plurality of electrodes adapted to be selectively placed in electrical contact with tissue of a pharyngeal region of a patient and a generator for generating a series of electrical pulses in electrical contact with each of the plurality of electrodes, the generator comprising a pulse rate modulator for generating each of the electrical pulses having a frequency generally fixed at 80 hertz, a pulse width modulator for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds, and a governor for regulating the electrical pulses such that at least one of the current so as not to exceed 4.4 milliamps RMS or power so as not to exceed 9.6 MW RMS.

These and other aspects of the invention will be apparent to those skilled in the art upon reading and understanding the specification that follows.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention may take physical form in certain parts and arrangements of parts, a preferred embodiment and method of which will be described in detail in this specification and illustrated in the accompanying drawings which form a part hereof, and wherein:

FIG. 1 is a simplified fragmentary illustration of an electrical pharyngeal neuromuscular stimulator for use in promoting swallowing according to the present invention;

FIG. 2 is a flow chart of a method of electrical pharyngeal neuromuscular stimulation for promoting swallowing according to the present invention;

FIG. 3 is a view of a portion a pharyngeal region of a patient illustrating placement of electrodes according to the present invention;

FIG. 4 is a view of a portion a pharyngeal region of a patient illustrating placement of electrodes according to the present invention; and

5,725,564

3

FIG. 5 is a graph illustrating the effectiveness of electric pharyngeal neuromuscular stimulation method and device according to the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

This invention is directed to a simple, non-invasive method and device for electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing wherein electrical stimulus is provided to the pharyngeal region of a patient to stimulate muscles located in the pharyngeal region in order to promote swallowing. Referring now to the drawings wherein the showings are for the purposes of illustrating the preferred embodiment of the invention only and not for purposes of limiting same, the electrical pharyngeal neuromuscular stimulation device 10 as shown in FIG. 1 is comprised of a plurality of electrodes 12 adapted to be selectively placed in electrical contact with tissue of a pharyngeal region of a patient and a generator 20 for generating a series of electrical pulses in electrical contact with each of the plurality of electrodes.

The device 10 is preferably comprised of two electrodes. The electrodes 22 are preferably made of metal or some other physiologically acceptable conductive material. In general, the electrodes 12 are suitably any conventional and convenient shape which is suited for physiological applications. Lead wires 14 are attached to each electrode and are suitable for attachment to the generator 20. The lead wires 14 are made from any physiologically acceptable conductive metal, preferably insulated aluminum wire.

The subject wave forms are suitably realized by selective control of a pulse generator 20 working in connection with an amplifier 18. The generator 20 is comprised of a pulse rate modulator or a frequency controller 22 for generating each of the electrical pulses having a frequency generally fixed at 80 hertz. The generator 20 is also comprised of a pulse width modulator suitably accomplished by an on/off/ duration control 24 for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds. The generator is further comprised of a governor 26 for regulating the electrical pulses such that the electrical current does not exceed 4.4 milliamps RMS, the power does not exceed 9.6 MW RMS, or both. The current applied will vary depending on the physical condition and tolerance of the patient but the current applied should be sufficient to produce the desired response and promote the swallowing reflex. The intensity of the current is increased by small increments until the tolerance and comfort level limits are reached in the patient. However, the current which is applied must not be too intense and therefore, result in laryngeal spasms or cardiac arrhythmia in the patient. Another input to pulse generator 20 is formed from amplitude control module 28. The amplitude control module 28 allows for selective control of an amplitude of pulses generated from pulse generator 20. The channel selector 30 suitably forms another input to amplifier 18 to allow for concurrent activation of sets of electrodes 12. The status of channel selector 30 is advantageously indicated by channel selector indicator 32.

In one embodiment of the present invention, the generator continuously generates electrical pulses for a predetermined period of time. Preferably, electric pulses are continuously generated and delivered to the electrodes until a complete swallow is achieved or the tolerance level is reached in the patient. Additional treatments wherein the generator continuously generates electric pulses are suitably performed on the patient as necessary.

4

In another embodiment of the present invention, the generator selectively generates cycles of electrical pulses. The generator is further comprised of a treatment time controller which is also suitably accomplished with the control 26 real time information which is provided by a timer 40. The timer 40, control 26, and pulse generator 16 also serve to provide functions of a treatment off-time controller, an on-ramp controller, and an off-ramp controller Treatment time control selectively controls the duration of time wherein the generator selectively generates cycles of electric pulses. The treatment time is any suitable period, such as fifteen, thirty, or sixty minutes. As with all settings, the particular values are highly application and patient specific. Thus, a suitable duration of the electric pulses in each cycle is set. Preferably, the duration of electric pulses in each cycle is in the range of about 0.5 seconds to about 30 seconds. A selection is made for an amount of time between each cycle. Preferably, the amount of time between cycles is from about 0.1 seconds to about 60 seconds. A selection is also made for the amount of time required to reach the maximum intensity in each cycle. Preferably, the amount of time required to reach the maximum intensity is between about 0.1 seconds to about 6.0 seconds. A selection is further made for the amount of time required to decrease from the maximum intensity to zero intensity at the end of each cycle. Preferably, the amount of time required to decrease from the maximum intensity to zero intensity is between about 0.1 seconds to about 6.0 seconds. A suitable commercially available device which provides the functions described above is found in the Staodyn® EMS+2 System manufactured by Staodyn® Inc. and described in the associated instruction manual which is herein incorporated by reference.

FIG. 2 provides a flow chart of the method for electrical pharyngeal neuromuscular stimulation for promoting swallowing according to the present invention. Turning to block 100, the procedure for treating dysphagia with electrical stimulation is commenced. Next at block 102, actual electrodes are applied to the pharyngeal area of a patient. The particulars for electrode placement and selection have been disclosed elsewhere in the subject application.

Turning next to block 104, a pulse frequency is set in accordance with the parameters disclosed above. Similarly, at block 162, pulse duration is set. Finally, at block 108, a determination of a treatment duration is made, as well as the number of treatment periods which are to be applied.

Turning next to block 110, an actual waveform associated with the previously selected parameters is applied to the pharyngeal area of a patient. Next, at block 112, a determination is made as to whether a treatment period has been completed in accordance with the preselected standards. A positive determination causes profess to decision block 114 and a negative determination causes progress to block 116. At block 116, a set duration is applied as a wait period for which progress is returned to block 110, as described above.

At block 114, a determination is made as to whether there are further treatment periods merited. A positive determination causes a return to block 110. Negative determination signals completion of the treatment procedure and progress to termination block 113.

The electrodes are selectively placed in any suitable site within the pharyngeal region 200 of the patient as shown in FIGS. 3 and 4. The placement of the electrodes in the pharyngeal region of the patient is based on several factors, such as the extent and type of dysphagia exhibited by the patient and, given the extent and type of dysphagia

5,725,564

5

exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. An evaluation for swallowing ability is done on the patient to determine the extent and type of dysphagia. The critical elements in the evaluation are to determine the presence of a gag reflex, a dry swallow, and ability to tolerate one's own secretions. The placement of the electrodes may be changed several times in an effort to obtain the strongest and most effective treatment.

As shown in FIGS. 3 and 4, in one embodiment of the invention, a pair of electrodes 202 is positioned on the skin of the pharyngeal region 200 at approximately the position of the lesser horn 204 of the hyoid bone 206 on either side of the pharyngeal region 200 and just above the body of the hyoid bone 206. The electrodes overlie the muscles of the floor of the mouth (not shown).

In a second embodiment of the present invention, a pair of electrodes 208 is positioned on the skin of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 208a is placed on the thyrohyoid membrane 210 at approximately the level of the lesser horn 204 close to the hyoid bone 206. This electrode 208a overlies the sternothyroid muscle 212 and the thyrohyoid muscle 214. The other electrode 208b is placed on the cricoid cartilage 216 to the side of the midline of the pharyngeal region 200. This electrode overlies the sternohyoid muscle 218 and the sternothyroid muscle 212 on one side of the midline of the pharyngeal region.

In a third embodiment of the present invention, a pair of electrodes 220 is positioned on the skin of the pharyngeal region 200 on the thyrohyoid membrane 210 on either side of the midline of the pharyngeal region 200. These electrodes overlie the thyrohyoid muscle 214 and the sternohyoid muscle 218.

In a fourth embodiment of the present invention, a pair of electrodes 222 is positioned on the skin of the pharyngeal region 200 on either side of the midline of the pharyngeal region 200 proximately midway between the thyroid notch 224 and the cricoid cartilage 216. These electrodes overlie the sternohyoid muscle 218 and the transition zone between the sternothyroid muscle 212 and the thyrohyoid muscle 214 on either side of the midline of the pharyngeal region 200.

In a fifth embodiment of the present invention, a pair of electrodes 226 is positioned on the skin of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 226a is placed just lateral to the lesser horn 204 of the hyoid bone 206 proximately midway between the hyoid bone 206 and the lower border of the mandible (not shown). This electrode overlies the mylohyoid muscle 228 and the digastric muscle 230. The other electrode 226b is placed proximate to the upper end of the thyrohyoid membrane 210 and proximate to the hyoid bone 206 at on the hyoid bone 206 proximately at the level of the lesser horn 204 of the hyoid bone 206. This electrode overlies the sternothyroid muscle 212 and the thyrohyoid muscle 214.

In a sixth embodiment of the present invention, a pair of electrodes 232 is positioned on the skin of the pharyngeal region 200 to the side of the midline of the pharyngeal region 200. One electrode 232a is placed on the midline of the pharyngeal region near the chin (not shown). The other electrode 232b is placed laterally to the other electrode. These electrodes overlie the mylohyoid muscle 228 and the digastric muscle 230 in the midline and to one side of the midline of the pharyngeal region 200.

6

EXAMPLE 1

Ninety four patients suffering from dysphagia as a result of a stroke or neurodegeneration were studied. The swallowing ability of each patient was evaluated to determine the extent and type of dysphagia exhibited by the patient. The swallowing ability of each patient was assigned a number which corresponds to a defined swallow state wherein the swallow states are listed below: swallow state zero is the inability to have a pharyngeal contraction; swallow state one is the ability to swallow one's own secretions; swallow state two is the ability to swallow paste, pudding, or similar substances; swallow state three is the ability to swallow honey or similar substances; swallow state four is the ability to swallow nectar or similar substances; swallow state five is the ability to swallow thin liquids; and swallow state six is the ability to swallow water. All of the patients were determined to have swallowing states of either zero or one, indicating the patient did not have a complete pharyngeal contraction and had no gag reflex or the ability to handle secretions. The patients were then subjected to a series of treatment sessions. The patients were divided into two treatment groups; electrical stimulation and thermal stimulation.

Sixty three patients were subjected to a series of electrical stimulation treatment sessions. Preferably, the patients were subjected to a least seven electrical stimulation treatment sessions. In each treatment session, electrodes were selectively placed on the skin of the pharyngeal region of the patient. The placement of the electrodes was determined by the extent and type of dysphagia exhibited by the patient and, given the extent and type of dysphagia exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. Electrode placement was adjusted until the patient achieved the most complete swallowing contraction for which he was capable. Once the correct electrode placement was determined, the intensity of the current was increased by small increments until the tolerance and comfort level limits are reached in the patient. The optimal intensity was realized when the patient felt a tugging or pinch in the area of stimulation. The patient was then subjected to continuous electrical stimulation wherein electric pulses were continuously generated and delivered to the electrodes until a complete swallow is achieved or the tolerance level was reached in the patient. This step was repeated five to twenty times in each treatment session wherein the patient was subjected to continuous electrical stimulation. If the electrical stimulation was successful in promoting a complete contraction, swabbing of the oral cavity was done and the patient attempted a dry swallow. In those patients, who did not exhibit any pharyngeal contraction, one or more treatment sessions were required before an adequate dry swallow occurred.

Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to continuous electrical stimulation. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical

5,725,564

7

stimulation, the patient attempted to swallow these substances without the assistance of electrical stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus.

Thirty-one patients were subjected to a series of thermal stimulation treatment sessions. Preferably, the patients were subjected to a least seven thermal stimulation treatment sessions. In each treatment session, a mirror or probe was immersed in ice or cold substance. The tonsillar fossa was stimulated with the mirror or probe. The patient then closed his mouth and attempted a dry swallow. If the stimulation was successful in promoting a complete contraction, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contraction elicited by the patient. Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to thermal stimulation. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to thermal stimulation. Once three to five strong swallows were achieved with the assistance of thermal stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus.

The effectiveness of the electrical stimulation treatments and the thermal stimulation treatments is shown in FIG. 5. FIG. 5 is a graph illustrating the mean swallowing state achieved after electrical stimulation treatment sessions and thermal stimulation treatments. After seven treatment sessions, the mean swallowing state of the patients treated with electrical stimulation was swallow state five or the ability to swallow thin liquids. After seven treatment sessions, the mean swallowing state of the patients treated with thermal stimulation was only swallow state one or the ability to handle one's own secretions.

The method and device for electrical pharyngeal neuromuscular stimulation of the present invention provides an effective and non-invasive treatment for dysphagia. The method and device for electrical pharyngeal neuromuscular stimulation is more effective for treating dysphagia than traditional treatment methods, such as thermal stimulation. Further, the method and device of the present invention is effective for treating worst-case dysphagia resulting from neurodegeneration and strokes.

While various embodiments of a method and device for artificially promoting a swallowing reflex have been disclosed. It should be understood that modifications and adaptions thereof will occur to persons skilled in the art. Other features and aspects of this invention will be appreciated by those skilled in the art upon reading and comprehending this disclosure. Such features, aspects, and expected

8

variations and modifications of the reported results and examples are clearly within the scope of the invention where the invention is limited solely by the scope of the following claims.

Having thus described the invention, it is claimed:

1. An electrical pharyngeal neuromuscular stimulator comprising:

a plurality of electrodes adapted to be selectively placed in electrical contact with tissue of a pharyngeal region of an associated animal;

a generator for generating a series of electrical pulses in electrical contact with each of the plurality of electrodes, the generator including:

a pulse rate modulator for generating each of the electrical pulses having a frequency generally fixed at 80 hertz;

a pulse width modulator for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds; and

a governor for regulating the electrical pulses such that at least one of current so as not to exceed 4.4 milliamps RMS or power so as not to exceed 9.6 MW RMS.

2. The electrical pharyngeal neuromuscular stimulator apparatus for artificially promoting swallowing of claim 1 wherein the generator for generating the series of electrical pulses includes means for increasing incrementally the electrical current value applied to the electrodes.

3. The electrical pharyngeal neuromuscular stimulator apparatus of claim 1 wherein the generator further includes a ramp function to increase the current of the pulses linearly as a function of time.

4. The electrical pharyngeal neuromuscular stimulator apparatus for artificially promoting swallowing of claim 1 wherein the generator for generating the series of electrical pulses includes means for generating a plurality of discrete cycles each of which includes a series of electrical pulses.

5. The electrical pharyngeal neuromuscular stimulator apparatus for artificially promoting swallowing of claim 4 wherein the means for generating the plurality of discrete cycles of the series of electrical pulses includes means for generating cycles of pulses up to 30 seconds in length.

6. The electrical pharyngeal neuromuscular stimulator apparatus for artificially promoting swallowing of claim 5 wherein the means for generating the plurality of cycles of the series of electrical pulses includes means for providing an off period wherein no pulses are generated, the off period being between the plurality of cycles of the series of electrical pulses.

7. A method for electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing, said method comprising the steps of:

selectively placing a plurality of electrodes in electrical contact with tissue of a pharyngeal region of an associated animal; and

generating a series of electrical pulses in electrical contact with each of the plurality of electrodes with a generator, the generator including:

a pulse rate modulator for generating each of the electrical pulses having a frequency generally fixed at 80 hertz;

a pulse width modulator for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds; and

a governor for regulating the electrical pulses such that at least one of current so as not to exceed 4.4 milliamps RMS or power so as not to exceed 9.6 MW RMS;

5,725,564

9

wherein the electrical pulses selectively stimulate muscles located proximate to the selectively placed electrodes to initiate swallowing.

8. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the step of generating the series of electrical pulses includes generating incrementally the electrical current value applied to the electrodes.

9. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the step of generating the series of electrical pulses includes generating a plurality of cycles of the series of electrical pulses.

10. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 9 wherein the step of generating the plurality of cycles of the series of electrical pulses includes generating cycles having pulses up to 30 seconds in duration.

11. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 10 wherein the step of generating the plurality of cycles of the series of electrical pulses includes providing an off period wherein no pulses are generated, this off period being situated between the plurality of cycles of the series of electrical pulses.

12. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 11 wherein the step of providing an off period between the plurality of cycles of the series of electrical pulses includes providing off periods up to 60 seconds in length.

13. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 9 wherein the step of generating a series of electrical pulses further includes the step of increasing a magnitude of the pulses in the series of electrical pulses as a function of time.

14. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 13 wherein the step of increasing a magnitude of the pulses increases the current value linearly over a selected duration.

15. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 13 wherein the step of increasing a magnitude of the pulses as a function of time comprises increasing the electrical current value over a duration of up to 6 seconds.

16. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 9 wherein the step of generating a series of electrical pulses further includes the step of decreasing a magnitude of the pulses in the series of electrical pulses as a function of time.

17. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 16 wherein the step of decreasing a magnitude of the pulses includes decreasing a current value thereof generally linearly.

18. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 16 wherein the step of decreasing a magnitude of the pulses as a function of time includes the step of decreasing the electrical current value over a duration of up to 6 seconds.

10

19. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the step of selectively placing the plurality of electrodes includes operatively placing a first electrode at approximately the position of a lesser horn of a hyoid bone and operatively placing a second electrode at approximately the position of a lesser horn of a hyoid bone, the first and second electrodes placed substantially symmetrically on opposite sides of a generally longitudinal axis of the pharyngeal region.

20. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the step of selectively placing the plurality of electrodes includes operatively placing a first electrode at approximately the position of a thyrohyoid membrane overlying a sternothyroid muscle and operatively placing a second electrode at approximately a cricoid cartilage overlying the sternothyroid muscle.

21. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the step of selectively placing the plurality of electrodes includes operatively placing a first electrode at the position of a thyrohyoid membrane and operatively placing a second electrode at the position of the thyrohyoid membrane, the first and second electrodes placed substantially metrically on opposite sides of a generally longitudinal axis of the pharyngeal region.

22. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the step of selectively placing the plurality of electrodes includes operatively placing a first electrode at a position between a thyrohyoid notch and a cricoid cartilage and operatively placing a second electrode at a position between a thyrohyoid notch and a cricoid cartilage, the first and second electrodes placed substantially symmetrically on opposite sides of a generally longitudinal axis of the pharyngeal region.

23. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the step of selectively placing the plurality of electrodes includes operatively placing a first electrode at a position lateral to a lesser horn of a hyoid bone between the hyoid bone and a mandible and operatively placing a second electrode at an end of a thyrohyoid membrane.

24. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the step of selectively placing the plurality of electrodes includes operatively placing a first electrode at a chin and generally on a longitudinal axis of the pharyngeal region and operatively placing a second electrode in the pharyngeal region generally radially off of the longitudinal axis of the pharyngeal region.

25. The method of electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing of claim 7 wherein the series of electrical pulses are provided continuously.

*   *   *   *   *

Exhibit 2

US005891185A

# United States Patent [19]

Freed et al.

[11] Patent Number: 5,891,185

[45] Date of Patent: Apr. 6, 1999

[54] METHOD AND APPARATUS FOR TREATING OROPHARYNGEAL DISORDERS WITH ELECTRICAL STIMULATION

[75] Inventors: Marcy L. Freed, Pepper Pike, Ohio; Leonard A. Freed, Kailua, Hi.; Michael O. Christian, Beachwood, Ohio; Howard Tucker, Cleveland Heights, Ohio; Bernard Kotton, Beachwood, Ohio; Erol M. Beytas, Beachwood, Ohio; Marie Asmar, Richmond Heights, Ohio

[73] Assignee: ESD Limited Liability Company, Beachwood, Ohio

[21] Appl. No.: 966,580

[22] Filed: Nov. 10, 1997

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 549,046, Oct. 27, 1995, Pat. No. 5,725,564.

[51] Int. Cl.⁶ ............................................ A61N 1/18
[52] U.S. Cl. ................................... 607/72; 607/62
[58] Field of Search ............................ 607/72, 39, 40, 607/62, 113, 63, 59

[56]                    References Cited

#### U.S. PATENT DOCUMENTS

| 4,411,268 | 10/1983 | Cox . | |
| 4,503,275 | 3/1985 | Chen . | |
| 4,519,400 | 5/1985 | Brenman et al. . | |
| 4,827,935 | 5/1989 | Geddes et al. . | |
| 4,830,008 | 5/1989 | Meer . | |
| 4,907,602 | 3/1990 | Sanders . | |
| 5,016,647 | 5/1991 | Sanders . | |
| 5,033,469 | 7/1991 | Brofard ...................... | 607/48 |
| 5,755,745 | 5/1998 | McGrew et al. ............... | 607/48 |

#### FOREIGN PATENT DOCUMENTS

| A0036742 | 9/1981 | European Pat. Off. . |
| A0404427 | 12/1990 | European Pat. Off. . |
| WO9113820 |  |  |

A  9/1992  WIPO

OTHER PUBLICATIONS

H. Miki, W. Hida, T. Chonan, Y. Kikuchi, and T. Takishima, "Effects of Submental Electrical Stimulation During Sleep on Upper Airway Patency in Patients With Obstructive Sleep Apnea," American Review of Respiratory Disease, vol. 140, No. 5, pp. 1285–1289 (1989).

(List continued on next page.)

*Primary Examiner*—Scott M. Getzow
*Attorney, Agent, or Firm*—Covington & Burling

[57]                         ABSTRACT

A simple, non-invasive device and method for treating oropharyngeal disorders provides electrical stimulation to the pharyngeal region of a patient. Oropharyngeal disorders may cause an inability to swallow or difficulty in swallowing. The method and device provide an effective and non-invasive treatment for these disorders which is substantially more effective than traditional treatment methods, such as thermal stimulation. The method and device also effectively treat worst-case dysphagia (the inability to swallow) resulting from neurodegeneration and strokes. The device, an electrical pharyngeal neuromuscular stimulator, includes one or more pulse generators for generating a series of electrical pulses and a processor coupled to the pulse generators for controlling their operation. A switching network is also coupled to the pulse generators. The switching network directs series of electrical pulses respectively generated by the pulse generators to an electrode array positioned on the tissue of a patient's pharyngeal region. The processor controls the switching operation of the switching network by determining which electrode in the electrode array receives the series of pulses generated by the respective pulse generators. The electrode array also generates electrical feedback signals in response to the neuromuscular stimulation of the patient. The electrical feedback signals are provided to the processor via the switching network. The processor generates and stores test data and modifies the operation control signals and switching control signals in response to the electrical feedback signals.

16 Claims, 9 Drawing Sheets



5,891,185

Page 2

OTHER PUBLICATIONS

Nicholas E. Diamant, "Firing Up The Swallowing Mechanism," Nature Medicine, vol. 2, No. 11, pp. 1190-1191 (Nov. 1996).

Shaheen Hamdy, Qasim Aziz, John C. Rothwell, Krishna D Singh, Josephine Barlow, David G. Hughes, Raymond C. Tallis and David G. Thompson, "The Cortical Topography of Human Swallowing Musculature in Health And Disease," Nature Medicine, vol. 2, No. 11, pp. 1217-1224 (Nov. 1996).

U.S. Patent        Apr. 6, 1999        Sheet 1 of 9        5,891,185



Fig. 1

U.S. Patent          Apr. 6, 1999          Sheet 2 of 9          5,891,185



Fig. 2



*Fig. 3*



Fig. 4

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 30 of 104



Fig. 5



FIG.6



FIG. 7

U.S. Patent          Apr. 6, 1999          Sheet 9 of 9          5,891,185



801:
GENERATE A SERIES OF ELECTRICAL PULSES
USING ONE OR MORE PULSE GENERATORS;

802:
GENERATE OPERATION CONTROL SIGNALS TO CONTROL
OPERATION OF THE PULSE GENERATORS;

803:
RECEIVE THE SERIES OF ELECTRICAL PULSES FROM THE
PULSE GENERATORS AT A SWITCHING NETWORK;

804:
GENERATE SWITCHING CONTROL SIGNALS TO CONTROL
OPERATION OF THE SWITCHING NETWORK;

805:
OUTPUT THE SERIES OF ELECTRICAL PULSES
FROM THE SWITCHING NETWORK IN ACCORDANCE WITH
THE SWITCHING CONTROL SIGNALS;

806:
APPLY THE SERIES OF ELECTRICAL PULSES TO TISSUE OF
A PHARYNGEAL REGION OF A PATIENT TO ACHIEVE
NEUROMUSCULAR STIMULATION OF A PATIENT;

807:
GENERATE ELECTRICAL
FEEDBACK SIGNALS IN RESPONSE
TO THE NEUROMUSCULAR
STIMULATION OF THE PATIENT;
DEVICE;

810:
GENERATE PHYSIOLOGICAL INPUT
SIGNALS USING AT LEAST ONE
PHYSIOLOGICAL AND/OR
NON-PHYSIOLOGICAL INPUT

808:
GENERATING TEST DATA; AND

809:
MODIFY THE OPERATION CONTROL SIGNALS AND
SWITCHING CONTROL SIGNALS.

FIG.8

5,891,185

1

## METHOD AND APPARATUS FOR TREATING OROPHARYNGEAL DISORDERS WITH ELECTRICAL STIMULATION

### RELATED APPLICATIONS

This application is a continuation-in-part of U.S. application Ser. No. 08/549,046, filed Oct. 27, 1995, and entitled "Method for Treating Dysphagia With Electrical Stimulation", now U.S. Pat. No. 5,725,564.

### FIELD OF THE INVENTION

This invention relates to a method and apparatus for effectively treating oropharyngeal disorders. In particular, the present invention relates to a method and apparatus for treating oropharyngeal disorders by providing electrical stimulation to the pharyngeal region of an associated animal.

### BACKGROUND OF THE INVENTION

A symptomatic and symptomatic oropharyngeal disorders can lead to an inability to swallow or difficulty in swallowing. These disorders may be caused, for example, by stroke, neurodegenerative diseases, brain tumors or respiratory disorders.

Swallowing is a complicated action whereby food is moved from the mouth through the pharynx and esophagus to the stomach. The act of swallowing may be initiated voluntarily or reflexively but is always completed reflexively.

The act of swallowing occurs in three stages and requires the integrated action of the respiratory center and motor functions of multiple cranial nerves, and the coordination of the autonomic system within the esophagus. In the first stage, food or some other substance is placed on the surface of the tongue. The tip of the tongue is placed against the hard palate. Elevation of the larynx and backward movement of the tongue forces the food through the isthmus of the fauces in the pharynx. In the second stage, the food passes through the pharynx. This involves constriction of the walls of the pharynx, backward bending of the epiglottis, and an upward and forward movement of the larynx and trachea. Food is kept from entering the nasal cavity by elevation of the soft palate and from entering the larynx by closure of the glottis and backward inclination of the epiglottis. During this stage, respiratory movements are inhibited by reflex. In the third stage, food moves down the esophagus and into the stomach. This movement is accomplished by momentum from the second stage, peristaltic contractions, and gravity.

Although the main function of swallowing is the propulsion of food from the mouth into the stomach, swallowing also serves as a protective reflex for the upper respiratory tract by removing particles trapped in the nasopharynx and oropharynx, returning materials refluxed from the stomach into the pharynx, or removing particles propelled from the upper respiratory tract into the pharynx. Therefore, the absence of adequate swallowing reflex greatly increases the chance of pulmonary aspiration.

In the past, patients suffering from oropharyngeal disorders have undergone dietary changes or thermal stimulation treatment to regain adequate swallowing reflexes. Thermal stimulation involves immersing a mirror or probe in ice or another cold substance. The tonsillar fossa is stimulated with the mirror or probe, and the patient closes his mouth and attempts to swallow. While these traditional methods are usually effective for treating oropharyngeal disorders, in some patients these methods require that the patient endure

2

weeks or months of therapy. It is also difficult to distinguish these patients who require more extensive treatments from patients who recover spontaneously. Thus, it is desirable to have a simple, non-invasive method and device for treating oropharyngeal disorders and artificially promoting swallowing which is effective within a relatively short treatment period.

Electrical stimulation has been used as a method for alleviating pain and stimulating nerves, as well as a means for treating disorders of the spinal cord or peripheral nervous system. Electrical stimulation has further been used to facilitate muscle reeducation and with other physical therapy treatments. In the past, electrical stimulation was not recommended for use in the neck because of the theoretical concerns that the patient would develop spasms of the laryngeal muscles, resulting in closure of the airway or difficulty in breathing. Further, the introduction of electrical current into the neck near the carotid body may cause cardiac arrhythmia.

More recently, electrical stimulation has been used to stimulate the recurrent laryngeal nerve to stimulate the laryngeal muscles to control the opening of the vocal cords to overcome vocal cord paralysis, to assist with the assessment of vocal cord function, to aid with intubation, and other related uses. There have been no adverse reactions to such treatment techniques. However, electrical stimulation has not been used in the treatment of oropharyngeal disorders to promote the swallowing reflex, which involves the integrated action of the respiratory center and motor functions of multiple cranial nerves.

### SUMMARY OF THE INVENTION

The present invention provides a simple, non-invasive method and device for treating oropharyngeal disorders and artificially promoting swallowing. The method and device according to the present invention provide electrical stimulus to the pharyngeal region of a patient (a human or other animal) to stimulate muscles and nerves located in the pharyngeal region in order to promote swallowing.

The method and device for electrical pharyngeal neuromuscular stimulation according to the present invention are more effective for treating oropharyngeal disorders than traditional treatment methods, such as thermal stimulation. Further, the method and device of the present invention are effective for treating worst-case dysphagia resulting from neurodegeneration and strokes.

In particular, an apparatus according to the present invention includes one or more pulse generators for generating a series of electrical pulses and a processor coupled to the pulse generators for outputting operation control signals to the pulse generators. A switching network is coupled to the pulse generators and the processor. The switching network receives the series of electrical pulses from the pulse generators and outputs the series of electrical pulses in accordance with switching control signals received from the processor. An electrode array is also coupled to the switching network. The electrode array applies the series of electrical pulses output by the switching network to tissue of a pharyngeal region of a patient to achieve neuromuscular stimulation of the patient, and also generates electrical feedback signals in response to the neuromuscular stimulation of the patient. The electrical feedback signals are provided to the processor via the switching network. The processor generates and stores test data and modifies the operation control signals and switching control signals in response to the electrical feedback signals.

5,891,185

3

A method according to the present invention includes the steps of generating a series of electrical pulses using one or more pulse generators; generating operation control signals to control operation of the pulse generators; receiving the series of electrical pulses from the pulse generators at a switching network; generating switching control signals to control operation of the switching network; outputting the series of electrical pulses from the switching network in accordance with the switching control signals; applying the series of electrical pulses to the tissue of a pharyngeal region of a patient to achieve neuromuscular stimulation of a patient; generating electrical feedback signals in response to the neuromuscular stimulation of the patient; generating test data in response to the electrical feedback signals; and modifying the operation control signals and switching control signals in response to the electrical feedback signals.

These and other aspects of the invention will be apparent to those skilled in the art upon reading and understanding the specification that follows.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram of an electrical pharyngeal neuromuscular stimulator according to the present invention for use in promoting swallowing.

FIG. 2 is a flow chart of a method for electrical pharyngeal neuromuscular stimulation according to the present invention for promoting swallowing.

FIG. 3 is a view of a portion a pharyngeal region of a patient illustrating an exemplary placement of two electrodes according to the present invention.

FIG. 4 is a view of a portion a pharyngeal region of a patient illustrating an exemplary placement of electrodes according to the present invention.

FIG. 5 is a graph illustrating the effectiveness of electric pharyngeal neuromuscular stimulation method and device according to the present invention.

FIG. 6 is a block diagram of an alternative embodiment of an electrical pharyngeal neuromuscular stimulator according to the present invention, including a microprocessor system, a plurality of pulse generators, and a bi-directional analog switching network.

FIG. 7 is a diagram of an electrode array that may be used in conjunction with the embodiment of FIG. 6 to provide neuromuscular stimulation to a patient and to provide feedback signals to the bi-directional analog switching network of FIG. 6.

FIG. 7A illustrates the placement of an electrode array including four bi-directional electrodes on the pharyngeal region of a human patient.

FIG. 8 is a diagram of an alternative method for electrical pharyngeal neuromuscular stimulation according to the present invention for promoting swallowing.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described in detail with reference to the accompanying drawings, which are provided as illustrative examples of embodiments of the invention only and not for purposes of limiting the same. In the drawings, like reference numerals indicate like elements throughout the several views.

FIG. 1 illustrates a first embodiment of an electrical pharyngeal neuromuscular stimulation device 10 for artificially promoting swallowing, wherein electrical stimulus is

4

provided to the pharyngeal region of a patient to stimulate muscles located in the pharyngeal region in order to promote swallowing. The electrical pharyngeal neuromuscular stimulation device 10 as shown in FIG. 1 is comprised of a plurality of electrodes 12 (including individual electrodes 12a, 12b, and 12c) adapted to be selectively placed in electrical contact with tissue of a pharyngeal region of a patient and a pulse generator 20 for generating a series of electrical pulses in electrical contact with each of the plurality of electrodes 12.

The device 10 preferably includes at least two electrodes 12a and 12b, although three electrodes (12a, 12b, and 12c) are shown in FIG. 1. The electrodes 12a, 12b and 12c are preferably made of metal or some other physiologically acceptable conductive material. In general, the electrodes 12a, 12b and 12c are suitably any conventional and convenient shape that is suited for physiological applications. Lead wires 14 are attached to each electrode and are suitable for attachment to the pulse generator 20. Lead wires 14 may be made from any physiologically acceptable conductive metal, preferably insulated aluminum wire.

The series of electrical pulses is generated by selective control of pulse generator 20 which provides the series of electrical pulses to the plurality of electrodes 12 via an amplifier 18. Pulse generator 20 preferably includes a frequency controller 22 (shown as separate component in FIG. 1) which modulates an electrical signal generated by the pulse generator at a predetermined frequency to produce the series of electrical pulses output by the pulse generator 20. The frequency controller 22 may modulate the electrical signal at a fixed frequency, for example, 80 hertz, or may vary the frequency of the electrical pulses within a predetermined range of frequencies, for example, a range of frequencies from 4 to 80 hertz. Other frequency ranges as known in the art may also be used.

The pulse generator 20 also an on/off/duration control 24 for controlling the duration of time for which pulse generator 20 outputs the series of electrical pulses. The on/off/duration control 24 may control pulse generator 20 to output the electrical pulses for a fixed duration, for example, a duration generally fixed at 300 microseconds. Alternatively, the on/off/duration control 24 may control pulse generator 20 to output the electrical pulses for varying durations within a predetermined range, for example a range of 50 to 300 microseconds. Other durations as known in the art may also be used. The on/off/duration control 24 may be adjusted manually or automatically using conventional circuits, such as a timer 40.

In the embodiment depicted in FIG. 1, the generator is further comprised of an intensity control circuit 26 (shown as a separate component in FIG. 1) for regulating the series electrical pulses such that the electrical current does not exceed a predetermined current value, for example, 25 milliamps RMS, and the power does not exceed a predetermined voltage value, for example, 9.6 MW RMS, or both. The intensity control circuit 26 limits the current and voltage values of the electrical pulses output by pulse generator 20 using conventional limiter circuits. The predetermined current and voltage values may vary in accordance with the patient's physical condition and tolerances and the treatments performed. The current applied should be sufficient to produce the desired response and promote the swallowing reflex. The intensity of the current is increased by small increments until the swallow response or muscle fasciculation occurs. However, the current that is applied should not be too intense in order to avoid laryngeal spasms or cardiac arrhythmia in the patient.

5,891,185

5

As depicted in FIG. 1, pulse generator 20 also includes an amplitude control circuit 28 (shown as a separate component in FIG. 1). Amplitude control circuit 28 allows for selective control of the amplitude of the electrical pulses generated by pulse generator 20 by manually or automatically operated conventional circuits as are known in the art.

A channel selector 30 suitably forms another input to amplifier to allow for concurrent activation of additional sets or electrodes (not shown) using conventional switching circuits. The status of channel selector 30 is indicated by a channel selector indicator 32.

In one embodiment of the present invention, the pulse generator 20 continuously generates electrical pulses for a predetermined period of time. Preferably, electric pulses are continuously generated and delivered to the electrodes until a complete swallow is achieved or the sensory tolerance level is reached in the patient. Additional treatments wherein the generator continuously generates electric pulses are suitably performed on the patient as necessary.

In an alternative embodiment of the present invention, the pulse generator 20 selectively generates cycles of electrical pulses. In this embodiment, pulse generator 20 includes a treatment time control function which is accomplished with intensity control 26 in response to real time information provided by timer 40. The timer 40, intensity control 26, and pulse generator 16 also serve to provide functions of treatment time control, on-ramp control, and off-ramp control.

The treatment time control function selectively controls the duration of time wherein the pulse generator 20 selectively generates cycles of electric pulses. The treatment time is any suitable period, such as fifteen, thirty, or sixty minutes or continuous treatment. As with all settings, the particular values are highly application and patient specific. Thus, a suitable duration of the electric pulses in each cycle is manually or automatically set. In one embodiment according to the present invention, the duration of electric pulses in each cycle is within the range of 0.5 seconds to 30 seconds. Other durations as known in the art may also be used.

The treatment time control function also selectively controls the amount of time between each treatment cycle. For example, the treatment time control may be set to provide a delay between treatment cycles ranging from 0.1 seconds to 60 seconds. Other ranges as known in the art may also be used.

The on-ramp control function controls the amount of time required to reach the maximum intensity in each cycle. In one embodiment of the present invention, the amount of time required to reach the maximum intensity is between approximately 0.1 and 6.0 seconds. Other times as known in the art may also be used.

The off-ramp control function controls the amount of time required to decrease from the maximum intensity to zero intensity at the end of each cycle. In one embodiment of the present invention, the amount of time required to decrease from the maximum intensity to zero intensity is between approximately 0.1 and 6.0 seconds. Other times as known in the art may also be used.

A suitable commercially available device that provides the functions described above is a Staodyn® EMS+2 System manufactured by Staodyn, Inc. of Longmont, Colo.

FIG. 2 provides a flow chart of a method for electrical pharyngeal neuromuscular stimulation according to the present invention. Turning to start procedure step 100, the procedure for treating oropharyngeal disorders with electrical stimulation is initiated. Next, at apply electrodes to patient step 102, actual electrodes are applied to the pha-

6

ryngeal area of a patient. The particulars for electrode placement and selection are described in detail below with reference to FIGS. 3 and 4.

Turning next to set pulse frequency step 104, a pulse frequency is set in accordance with the parameters disclosed above. Similarly, at set pulse duration step 106, pulse duration is set. Finally, at determine treatment time step 108, a determination of a treatment duration is made, as well as to the number of treatment periods that are to be applied.

Turning next to apply waveform step 110, an actual waveform associated with the previously selected parameters is applied to the pharyngeal area of a patient. Next, at decision step 112, a determination is made as to whether a treatment period is complete in accordance with the preselected standards. A positive determination causes progress to decision step 114 and a negative determination causes progress to wait for duration step 116. At wait for duration step 116, the device automatically waits for a predetermined period of time before returning to apply waveform step 110.

At decision step 114, a determination is made as to whether further treatment periods are merited. A positive determination causes a return to wait for duration step 110. A negative determination results in completion of the treatment procedure as indicated by end procedure step 118.

An alternative embodiment of a device for electrical pharyngeal neuromuscular stimulation according to the present invention will now be described with reference to FIGS. 6 through 8.

FIG. 6 illustrates a microprocessor-based stimulation device 600 including a microprocessor 601, a bi-directional analog switching network 602, and a plurality of pulse generators 603, 604, 605 and 606. Microprocessor 601 controls the operation of pulse generators 603 through 606 by generating control signals indicating the parameters for generation of electrical pulses for each pulse generator 603 through 606 respectively. For example, control signals provided by microprocessor 601 to each pulse generator 603 through 606 may include waveform, intensity, pulse width, ramp-on and ramp-off control signals. Upon receipt of the respective control signals from microprocessor 601, pulse generators 603 through 606 generate electrical pulses and output the pulses to bidirectional analog switching network 602.

Microprocessor 601 is also coupled to bidirectional analog switching network 602 and provides control signal to switching network 602 to control the operation of switching network 602 in processing and selectively outputting the electrical pulses to a bi-directional electrode array 607 coupled to switching network 602.

Switching network 602 receives electrical pulses generated by each of pulse generators 603 through 606. Based upon the control signals from microprocessor 601 to switching network 602 control, switching network 602 outputs the electrical pulses from one or more of pulse generators 603 through 606 to electrodes 710, 702, 703 and 704 (an exemplary arrangement of electrodes shown in FIG. 7) in electrode array 607 via lead wires 710, 711, 712, and 713 respectively. The control signals from microprocessor 601 to switching network 602 determine, for example, the sequence in which the electrical pulses from each of pulse generators 603 through 606 are provided to each electrode in electrode array 607 and the duration for which electrical pulses from each pulse generator will be provided to each electrode. Notably, switching network 602 may include one or more conventional buffer memories (not shown) to prevent overloading of the network.

5,891,185

7

According to one embodiment of the present invention, microprocessor 601, switching network 602 and pulse generators 603 through 606 may be designed to provide maximum flexibility of operation. Thus, each of the pulse generators may be capable of providing electrical pulses having either fixed or variable current and voltage values, modulation rates and frequencies. The wave form, intensity, and ramp-on and ramp-off functions provided by each pulse generator 603 through 606 may also be variably selected. Stimulation device 600 allows each of pulse generators 603 through 606 to independently produce simultaneous and/or sequential stimulation by each of the electrodes in electrode array 607.

In the preferred embodiment depicted in FIG. 6, microprocessor 601 is coupled to a programming device 608 which enables the microprocessor to be programmed to perform the processing functions in accordance with the present invention. Data may also be provided to microprocessor 601 by microprocessor vice 608. Programming of microprocessor 601 and downloading of data to the microprocessor may be accomplished through a conventional interface, such as standard RS232 serial and parallel ports or infrared links, as is known in the art.

Stimulation device 600 depicted in FIG. 6 also includes a feedback network for receiving and processing feedback received from electrode array 607. For example, electrode array 607 may use electromyographic (EMG) sensing capabilities to generate electrical feedback signals. The EMG sensing capabilities are utilized, for example, to determine whether muscles are contracting and, if so, the sequence of muscle contractions. This information is used to adjust the electrical pulses supplied to stimulate these muscles. Muscle contraction information may also be used to identify the patient's attempts to swallow, enabling the stimulator to facilitate the remainder of the swallowing sequence.

The feedback signals generated by electrode array 607 are provided to switching network 602 which outputs the feedback signals to a receiver amplifier 613. Receiver amplifier 613 amplifies the feedback signals and outputs the amplified feedback signals to a conversion circuit 612. Conversion circuit 612 formats the amplified feedback signals into a selected signal format and outputs the formatted feedback signals to an input processor 611. The selected signal format into which conversion circuit 612 converts the feedback signals is selected to enable input processor 611 to download and process the feedback signals.

In the preferred embodiment depicted in FIG. 6, input processor 611 also optionally receives one or more physiological and/or non-physiological inputs from input devices 615, 616, 617, 618, 619, 620 and 621. The physiological input devices such as devices 616, 617, 618, 619 and 620 provide inputs representing various physiological characteristics of the patient. For example, physiological inputs may be received from such devices as an accelerometer 616 (indicating motion due to a contraction of the muscle during swallowing), a manometry device 617 (indicating pressure increase due to the attempt at swallowing), a video fluoroscopy device 618 (for providing an input from visual examination of the patient's swallowing mechanism to determine the effectiveness of the swallow), an EMG device 619 (indicating additional muscle movements in the swallowing mechanism which may not be detected by the electrode stimulation patch), and/or an acoustic signaling device 620, e.g., a microphone placed on the neck of the patient, to detect swallowing sounds. The non-physiological devices such as device 615 provide inputs representing various

8

physiological inputs may be received from such sources as therapist/patient/doctor input device 615 which enables a therapist, patient and/or doctor to enter information such as the patient's threshold for the stimulation device parameters, including a minimum threshold needed and the maximum intensity usable for the patient, as well as parameters for altering the sequence and intensity of electrode stimulation for the patient based upon asymmetries which the patient may have during the swallowing process. Additional factors such as height, weight, neck thickness/size, pain tolerance, and the current status of the patient's ability to swallow may be entered for use in determining the appropriate stimulation frequency patterns and intensities. Additional physiological and/or non-physiological inputs may be received from other devices as indicated by representative input device 621.

The physiological and non-physiological inputs respectively generated by physiological and non-physiological input devices 615 through 620 are formatted by a conversion circuit 614 (similar to conversion circuit 612) and then stored and processed by input processor 611. Input processor 611 processes and stores as test data both the feedback signals originated by electrode array 607 and physiological and non-physiological inputs from devices 615 through 620. Input processor also receives control signals and data inputs from microprocessor 601.

In the preferred embodiment depicted in FIG. 6, a system and patient interaction display 610 is optionally provided. Display 610 is coupled to microprocessor 601 and receives processed data from input processor 611 via microprocessor 601. In this manner, display 610 enables monitoring of the feedback signals from electrode array 607 in addition to the status of inputs from the various physiological and non-physiological input devices 615 through 620 as described above. Display 610 may also enable monitoring of the operating status of stimulation device 600.

Generally, the display 610 may demonstrate, for example, current patient parameters, current inputs from the physiological and non-physiological devices and the electrode stimulation array, an overall rating of swallowing capability and current swallowing effectiveness, and the current setting(s) of the stimulation pattern frequency and/or intensity. Additionally, the display 610 may be adapted for monitoring by the patient to provide feedback to the patient as to how well swallowing has been completed. This feedback to the patient may assist with the patient's inherent bio-feedback mechanisms.

In the preferred embodiment depicted in FIG. 6, a data/software I/O interface 609 is optionally provided to enable downloading of testing data collected and processed by stimulation device 600, for example, during patient treatments. Patient-specific data may be downloaded to external devices, including portable devices, through any conventional interface (e.g., a hardwired interface, coaxial interface, infrared interface, etc.).

A preferred embodiment of a bi-directional electrode array 607 for use in conjunction with stimulation device 600 is illustrated in FIG. 7. Each bi-directional electrode in array 607 stimulates one or more pharyngeal muscles with electrical stimulation provided by the switching network 602, detects the electromyographic (EMG) response from the stimulated muscle(s), and provides the EMG response as an electrical feedback signal to the switching network 602.

Notably, the arrangement of electrodes and connecting wires shown in FIG. 7 is provided as an example and is not intended to limit the scope of the present invention. Unidirectional electrodes (stimulate muscles but not sensing EMG

5,891,185

9

signals from the stimulated muscles) may also be used in accordance with the present invention. Also, multiple electrodes, including squares of four, sixteen, twenty-five, or thirty-six electrodes or more, may be used. As the number of electrodes increases, the surface area treated by the array may be increased and/or the electrodes may be more closely positioned.

As shown in FIG. 7, array 607 preferably comprises bi-directional four electrodes 701, 702, 703 and 704 which are positioned on the tissue of the pharyngeal region of a patient using adhesive beads 705 and 706 as illustrated in FIG. 7A. Each electrode 701–704 has a diameter of approximately two centimeters. The electrodes are arranged in two pairs. Each pair of electrodes is positioned such that the distance between the centers of the electrodes, shown as distance "X" in FIG. 7, is approximately three to four centimeters. The pairs of electrodes are spaced at a distance of approximately two and a half centimeters, shown as distance "Y" in FIG. 7.

The adhesive beads used to attach each pair of electrodes in array 607 to the patient have a width of approximately eight centimeters, shown as distance "A" in FIG. 7. Contact pads 707 and 708 having a width of approximately eight and a half centimeters (shown as distance "B" in FIG. 7) are also provided.

Each electrode of electrode array 607 is independently coupled to an output of switching network 602 (shown in FIG. 6) by lead wires 710, 711, 712, and 713 respectively. As a result, each electrode independently receives one or more series of electrical pulses generated by one or more of pulse generators 603–606 via switching network 602 as determined by microprocessor 601. Microprocessor 601 controls the switching operation of switching network 602 to control which output or outputs from pulse generators 603–606 are provided to each electrode in electrode array 607.

With reference to FIG. 8, an alternative embodiment of a preferred method for electrical pharyngeal neuromuscular stimulation according to the present invention includes the steps of:

301: generating a series of electrical pulses using one or more pulse generators;

302: generating operation control signals to control operation of the pulse generators;

303: receiving the series of electrical pulses from the pulse generators at a switching network;

304: generating switching control signals to control operation of the switching network;

305: outputting the series of electrical pulses from the switching network in accordance with the switching control signals;

306: applying the series of electrical pulses to tissue of a pharyngeal region of a patient using an electrode array to achieve neuromuscular stimulation of a patient;

307: generating electrical feedback signals in response to the neuromuscular stimulation of the patient;

308: generating test data in response to the electrical feedback signals; and

309: modifying the operation control signals and switching control signals in response to the electrical feedback signals.

This method may further include the step of:

310: generating physiological and/or non-physiological input signals using at least one physiological and/or non-physiological input device.

When step 310 is included, the test data generated in step 308 above is also based upon the physiological and/or

10

non-physiological input signals. Similarly, step 309 above includes the modification of the operation control signals and switching of control signals in response to both the electrical feedback signals and the physiological and/or non-physiological input signals.

The preferred method depicted in FIG. 8 may optionally include the steps of monitoring the electrical feedback signals, the physiological input signals, the non-physiological input signals, or any combination thereof and downloading the test data to a test data receiver, for example, an external receiving device.

Several alternative two-electrode arrangements for the placement of electrodes on the tissue of the pharyngeal region of a patient will now be described in detail with references to FIGS. 3 and 4. These arrangements are also provided as examples of electrode placement and are not intended to limit the number and arrangement of electrodes for use in practicing the present invention.

The electrodes are selectively placed in any suitable site within the pharyngeal region 200 of the patient as shown in FIGS. 3 and 4. The placement of the electrodes in the pharyngeal region of the patient is based on several factors, such as the extent and type of oropharyngeal disorder exhibited by the patient and, given the extent and type of oropharyngeal disorder exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. An evaluation for swallowing ability is done on the patient to determine the extent and type of oropharyngeal disorder. The critical elements in the evaluation are analysis by video fluoroscopy and clinical evaluation to determine the presence of a gag reflex, a dry swallow, and ability to tolerate one's own secretions. The placement of the electrodes may be changed several times in an effort to obtain the strongest and most effective treatment.

In a two-electrode embodiment of the present invention, a pair of electrodes 202 is positioned on the skin of the pharyngeal region 200 at approximately the position of the lesser horn 204 of the hyoid bone 206 on either side of the pharyngeal region 200 and just above the body of the hyoid bone 206. The electrodes overlie the muscles of the floor of the mouth (not shown).

In an alternative two-electrode embodiment of the present invention, a pair of electrodes 208 is positioned on the side of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 208a is placed on the thyrohyoid membrane 210 at approximately the level of the lesser horn 204 close to the hyoid bone 206. This electrode 208a overlies the sternohyoid muscle 212 and the thyrohyoid muscle 214. The other electrode 208b is placed on the cricoid cartilage 216 to the side of the midline of the pharyngeal region 200. This electrode overlies the sternothyroid muscle 218 and the sternohyoid muscle 212 on one side of the midline of the pharyngeal region.

In another embodiment of the present invention, a pair of electrodes 220 is positioned on the skin of the pharyngeal region 200 on the thyrohyoid membrane 210 on either side of the midline of the pharyngeal region 200. These electrodes overlie the thyrohyoid muscle 214 and the sternohyoid muscle 218.

In yet another embodiment of the present invention, a pair of electrodes 222 is positioned on the skin of the pharyngeal region 200 on either side of the midline of the pharyngeal region 200 proximately midway between the thyroid notch 224 and the cricoid cartilage 216. These electrodes overlie the sternothyroid muscle 218 and the transition zone between the sternohyoid muscle 212 and the thyrohyoid muscle 214 on either side of the midline of the pharyngeal region 200.

5,891,185

11

In an additional embodiment of the present invention, a pair of electrodes 226 is positioned on the skin of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 226a is placed just lateral to the lesser horn 204 of the hyoid bone 206 proximately, midway between the hyoid bone 206 and the lower border of the mandible (not shown). This electrode overlies the mylohyoid muscle 228 and the digastric muscle 230. The other electrode 226b is placed proximate to the upper end of the thyrohyoid membrane 210 and proximate to the hyoid bone 206 or on the hyoid bone 206 proximately at the level of the lesser horn 204 of the hyoid bone 206. This electrode overlies the sternothyroid muscle 212 and the thyrohyoid muscle 214.

In a further embodiment of the present invention, a pair of electrodes 232 is positioned on the skin of the pharyngeal region 200 to the side of the midline of the pharyngeal region 200. One electrode 232a is placed on the midline of the pharyngeal region near the chin (not shown). The other electrode 232b is placed laterally to the other electrode. These electrodes overlie the mylohyoid muscle 228 and the digastric muscle 230 in the midline and to one side of the midline of the pharyngeal region 200.

In general, the placement and dimensions of the electrodes in accordance with the present invention is performed so as to avoid the carotid body and to insure the safety of the patient.

The practice of various embodiments of the method according to the present invention will now be described in detail. In the following examples, the inventive method was used to treat dysphagia.

EXAMPLE 1

One hundred and ninety-five patients suffering from dysphagia as a result of a stroke or neurodegeneration were studied. The swallowing ability of each patient was evaluated to determine the extent and type of dysphagia exhibited by the patient. The swallowing ability of each patient was assigned a number which corresponds to a defined swallow state wherein the swallow states are listed below: swallow state zero is the inability to have a pharyngeal contraction; swallow state one is the ability to swallow one's own secretions; swallow state two is the ability to swallow paste, pudding, or similar substances; swallow state three is the ability to swallow honey or similar substances; swallow state four is ability to swallow nectar or similar substances; swallow state five is the ability to swallow liquids; and swallow state six is the ability to swallow water. All of the patients were determined to have swallowing states of either zero or one, indicating the patient did not have a complete pharyngeal contraction and had no gag reflex or the ability to handle secretions. The patients were then objected to a series of treatment sessions. The patients were divided into two treatment groups: electrical stimulation and thermal stimulation.

Sixty three patients underwent a series of electrical stimulation treatment sessions. Preferably, the patients underwent a least seven electrical stimulation treatment sessions. In each treatment session, electrodes were selectively placed on the skin of the pharyngeal region of the patient. The placement of the electrodes was determined by the extent and type of dysphagia exhibited by the patient and, the extent and type of dysphagia exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. Electrode placement was adjusted until the patient achieved the most complete swallowing

12

contraction for which he was capable. Once the correct electrode placement was determined, the intensity of the current was increased by small increments until the tolerance and comfort level limits are reached in the patient. The optimal intensity was realized when the patient felt a tugging or pinch in the area of stimulation. The patient was then subjected to continuous electrical stimulation wherein electric pulses were continuously generated and delivered to the electrodes until a complete swallow was achieved or the tolerance level was reached in the patient. This step was repeated five to twenty times in each treatment session wherein the patient was subjected to continuous electrical stimulation. If the electrical stimulation was successful in promoting a complete contraction, swabbing of the oral cavity was done and the patient attempted a dry swallow. In those patients who did not exhibit any pharyngeal contraction, one or more treatment sessions were required before an adequate dry swallow occurred.

Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake was determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to continuous electrical stimulation. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical stimulation, the patient attempted to swallow these substances without the assistance of electrical stimulation. Treatment sessions continued until each patient until the patient's improvement plateaus.

Thirty-one patients were subjected to a series of thermal stimulation treatment sessions. Preferably, the patients were subjected to a least seven thermal stimulation treatment sessions. In each treatment session, a mirror or probe was immersed in ice or cold substance. The tonsillar fossa was stimulated with the mirror or probe. The patient then closed his mouth and attempted a dry swallow. If the stimulation was successful in promoting a complete contraction, oral intake was provided to assist in the treatment. The consistency of the oral intake was determined by the strength of the contraction elicited by the patient. Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake was determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to thermal stimulation. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to thermal stimulation. Once three to five strong swallows were achieved with the assistance of thermal stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical

5,891,185

13

stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus.

The effectiveness of the electrical stimulation treatments and the thermal stimulation treatments is shown in FIG. 5. FIG. 5 is a graph illustrating the mean swallowing state achieved after electrical stimulation treatment sessions and thermal stimulation treatments. After seven treatment sessions, the mean swallowing state of the patients treated with electrical stimulation was swallow state five or the ability to swallow thin liquids. After seven treatment sessions, the mean swallowing state of the patients treated with thermal stimulation was only swallow state one or the ability to handle one's own secretions.

The method and device for electrical pharyngeal neuromuscular stimulation of the present invention provides an effective and non-invasive treatment for dysphagia. The method and device for electrical pharyngeal neuromuscular stimulation is more effective for treating dysphagia than traditional treatment methods, such as thermal stimulation. Further, the method and device of the present invention is effective for treating worst-case dysphagia resulting from neurodegeneration and strokes.

While various embodiments of a method and device for artificially promoting a swallowing reflex have been disclosed, it should be understood that modifications and adaptations thereof will occur to persons skilled in the art. Other features and aspects of this invention will be appreciated by those skilled in the art upon reading and comprehending this disclosure. Such features, aspects, and expected variations and modifications of the reported results and examples are clearly within the scope of the invention where the invention is limited solely by the scope of the following claims.

We Claims:

1. An electrical pharyngeal neuromuscular stimulator comprising:

at least one pulse generator for generating a series of electrical pulses;

a processor coupled to said at least one pulse generator for outputting operation control signals to said at least one pulse generator;

a switching network coupled to said at least one pulse generator and said processor, said switching network receiving the series of electrical pulses from said at least one pulse generator and outputting, responsive to switching control signals from said processor, the series of electrical pulses; and

an electrode array coupled to said switching network for applying the series of electrical pulses to tissue of a pharyngeal region of a patient to achieve neuromuscular stimulation of the patient, and for generating electrical feedback signals in response to the neuromuscular stimulation of the patient.

wherein the electrical feedback signals are provided to said processor via said switching network, and

wherein, in response to the electrical feedback signals, said processor generates and stores test data and modifies the operation control signals and switching control signals.

2. The electrical pharyngeal neuromuscular stimulator according to claim 1, wherein said switching network includes a buffer memory.

3. The electrical pharyngeal neuromuscular stimulator according to claim 1, further comprising at least one physi-

14

ological input device for providing physiological input signals to said processor, wherein said processor modifies the operation control signals and switching control signals in response to the physiological input signals.

4. The electrical pharyngeal neuromuscular stimulator according to claim 3, further comprising a display device coupled to said processor for displaying at least one of the electrical feedback signals, physiological input signals, test data, and operating status of said pharyngeal neuromuscular stimulator.

5. The electrical pharyngeal neuromuscular stimulator according to claim 1, further comprising at least one non-physiological input device for providing non-physiological input signals to said processor, wherein said processor modifies the operation control signals and switching control signals in response to the non-physiological input signals.

6. The electrical pharyngeal neuromuscular stimulator according to claim 5, further comprising a display device coupled to said processor for monitoring at least one of the electrical feedback signals, non-physiological input signals, test data, and operating status of said pharyngeal neuromuscular stimulator.

7. The electrical pharyngeal neuromuscular stimulator according to claim 1, further comprising a programming device coupled to said processor for transmitting programming information and data to said processor.

8. The electrical pharyngeal neuromuscular stimulator according to claim 1, further comprising a data/software interface device coupled to said processor for transmitting the test data.

9. The electrical pharyngeal neuromuscular stimulator according to claim 1, wherein said electrode array comprises four bi-directional electrodes.

10. The electrical pharyngeal neuromuscular stimulator according to claim 1, wherein said electrode array comprises four uni-directional electrodes.

11. A method for electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing, comprising the steps of:

generating a series of electrical pulses using at least one pulse generator;

generating operation control signals to control operation of said at least one pulse generator;

receiving the series of electrical pulses from said at least one pulse generator at a switching network;

generating switching control signals to control operation of said switching network;

outputting the series of electrical pulses from said switching network in accordance with said switching control signals;

applying the series of electrical pulses to tissue of a pharyngeal region of a patient using an electrode array;

generating electrical feedback signals in response to the application of the series of electrical pulses;

generating test data in response to the electrical feedback signals; and

modifying the operation control signals and switching control signals in response to the electrical feedback signals.

12. The method for electrical pharyngeal neuromuscular stimulation according to claim 11, further comprising the step of generating physiological input signals using at least one physiological input device; wherein the test data is generated in response to the electrical feedback signals and the physiological input signals; and wherein the operation control signals and switching control signals are modified in

5,891,185

15

response to the electrical feedback signals and the physiological inputs signals.

13. The method for electrical pharyngeal neuromuscular stimulation according to claim 12, further comprising the step of monitoring of the electrical feedback signals and the physiological input signals.

14. The method for electrical pharyngeal neuromuscular stimulation according to claim 11, further comprising the step of generating non-physiological input signals using at least one non-physiological input device; wherein the test data is generated in response to the electrical feedback signals and the non-physiological input signals; and wherein the operation control signals and switching control signals

16

are modified in response to the electrical feedback signals and the non-physiological inputs signals.

15. The method for electrical pharyngeal neuromuscular stimulation according to claim 14, further comprising the step of monitoring of the electrical feedback signals and the non-physiological input signals.

16. The method for electrical pharyngeal neuromuscular stimulation according to claim 11, further comprising the step of downloading the test data to a test data receiving device.

* * * * *

# Exhibit 3

U.S. Patent          Nov. 16, 1999          Sheet 1 of 5          5,987,359



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5

5,987,359

# 1

## METHOD FOR TREATING DYSPHAGIA WITH ELECTRICAL STIMULATION

This application is a continuation of Ser. No. 08/549,046, filed Oct. 27, 1995, now U.S. Pat. No. 5,725,564.

### BACKGROUND OF THE INVENTION

This invention relates to a method and device for effectively treating dysphagia. In particular, the present invention relates to a method and device for treating dysphagia by providing electrical stimulation to the pharyngeal region of an associated animal.

Dysphagia is the inability to swallow or difficulty in swallowing and may be caused by stroke, neurodegenerative diseases, or respiratory disorders. Swallowing is a complicated action which is usually initiated voluntarily but always completed reflexively, whereby food is moved from the mouth through the pharynx and esophagus to the stomach. The act of swallowing occurs in three stages and requires the integrated action of the respiratory center and motor functions of multiple cranial nerves, and the coordination of the autonomic system within the esophagus.

In the first stage, food is placed on the surface of the tongue. The tip of the tongue is placed against the hard palate. Elevation of the larynx and backward movement of the tongue forces the food through the isthmus of the fauces in the pharynx. In the second stage, the food passes through the pharynx. This involves construction of the walls of the pharynx, backward bending of the epiglottis, and an upward and forward movement of the larynx and trachea. Food is kept from entering the nasal cavity by elevation of the soft palate and from entering the larynx by closure of the glottis and backward inclination of the epiglottis. During this stage, respiratory movements are inhibited by reflex. In the third stage, food moves down the esophagus and into the stomach. This movement is accomplished by momentum from the second stage, peristaltic contractions, and gravity. Although the main function of swallowing is the propulsion of food from the mouth into the stomach, swallowing also serves as a protective reflex for the upper respiratory tract by removing particles trapped in the oasopharynx and oropharynx, returning materials refluxed from the stomach into the pharynx, or removing particles propelled from the upper respiratory tract into the pharynx. Therefore, the absence of adequate swallowing reflex greatly increases the chance of pulmonary aspiration.

In the past, patients suffering from dysphagia have undergone dietary changes or thermal stimulation treatment to regain adequate swallowing reflexes. Thermal stimulation involves immersing a mirror or probe in ice or cold substance. The tonsillar fossa is stimulated with the mirror or probe and the patient closes his mouth and attempts to swallow. While these traditional methods are usually effective for treating dysphagia, these methods often require that the patient endure weeks or months of therapy.

Electrical stimulation has often been used as a method for alleviating pain, stimulating nerves, and as a means for diagnosing disorders of the spinal cord or peripheral nervous system. Electrical stimulation has further been used to facilitate muscle reeducation and with other physical therapy treatments. In the past, electrical stimulation was not recommended for use in the neck or thoracic region as severe spasms of the laryngeal and pharyngeal muscles may occur resulting in closure of the airway or difficulty in breathing. Further, the introduction of electrical current into the heart may cause cardiac arrhythmia. Electrical stimulation has

# 2

been used to stimulate the recurrent laryngeal nerve to stimulate the laryngeal muscles to control the opening of the vocal cords to overcome vocal cord paralysis, to assist with the assessment of vocal cord function, to aid with intubation, and other related uses. However, heretofore, electrical stimulation has not been used in the treatment of dysphagia to promote the swallowing reflex which involves the integrated action of the respiratory center and motor functions of multiple cranial nerves, and the coordination of the autonomic system within the esophagus.

It is desirable to have a simple, non-invasive method and device for treating dysphagia and artificially promoting swallowing.

### SUMMARY OF THE INVENTION

In accordance with the present invention, there is provided a simple, non-invasive method and device for treating dysphagia and artificially promoting swallowing, wherein electrical stimulus is provided to the pharyngeal region of a patient to stimulate muscles located in the pharyngeal region in order to promote swallowing.

In accordance with the present invention, there is provided a simple, non-invasive method for treating dysphagia and artificially promoting swallowing by electrical stimulus, the method comprising selectively placing electrodes in electrical contact with tissue of a pharyngeal region of a patient and generating a series of electrical pulses in electrical contact with each of the plurality of electrodes, wherein the electrodes deliver a series of electrical pulses to selectively stimulate muscles located proximate to the selectively placed electrodes to initiate swallowing.

In accordance with the present invention, there is provided a simple, non-invasive device for treating dysphagia and artificially promoting swallowing, the device comprising a plurality of electrodes adapted to be selectively placed in electrical contact with tissue of a pharyngeal region of a patient and a generator for generating a series of electrical pulses in electrical contact with each of the plurality of electrodes, the generator comprising a pulse rate modulator for generating each of the electrical pulses having a frequency generally fixed at 80 hertz, a pulse width modulator for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds, and a governor for regulating the electrical pulses such that at least one of the current so as not to exceed 4.4 milliamps RMS or power so as not to exceed 9.6 MW RMS.

These and other aspects of the invention will be apparent to those skilled in the art upon reading and understanding the specification that follows.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention may take physical form in certain parts and arrangements of parts, a preferred embodiment and method of which will be described in detail in this specification and illustrated in the accompanying drawings which form a part hereof, and wherein:

FIG. 1 is a simplified fragmentary illustration of an electrical pharyngeal neuromuscular stimulator for use in promoting swallowing according to the present invention;

FIG. 2 is a flow chart of a method for electrical pharyngeal neuromuscular stimulation for promoting swallowing according to the present invention;

FIG. 3 is a view of a portion a pharyngeal region of a patient illustrating placement of electrodes according to the present invention.

5,987,359

3

FIG. 4 is a view of a portion a pharyngeal region of a patient illustrating placement of electrodes according to the present invention; and

FIG. 5 is a graph illustrating the effectiveness of electrical pharyngeal neuromuscular stimulation method and device according to the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

This invention is directed to a simple, non-invasive method and device for electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing wherein electrical stimulus is provided to the pharyngeal region of a patient to stimulate muscles located in the pharyngeal region in order to promote swallowing. Referring now to the drawings wherein the drawings are for the purposes of illustrating the preferred embodiment of the invention only and not for purposes of limiting same, the electrical pharyngeal neuromuscular stimulation device 10 is shown in FIG. 1 is comprised of a plurality of electrodes 12 adapted to be selectively placed in electrical contact with tissue of a pharyngeal region of a patient and a generator 20 for generating a series of electrical pulses in electrical contact with each of the plurality of electrodes.

The device 10 is preferably comprised of two electrodes. The electrodes 12 are preferably made of metal or some other physiologically acceptable conductive material. In general, the electrodes 12 are suitably any conventional and convenient shape which is suited for physiological applications. Lead wires 14 are attached to each electrode and are suitable for attachment to the generator 20. The lead wires 14 are made from any physiologically acceptable conductive metal, preferably insulated aluminum wire.

The subject wave forms are suitably realized by selective control of a pulse generator working in conjunction with an amplifier 18. The generator 20 is comprised of a pulse rate modulator or a frequency controller 22 for generating each of the electrical pulses having a frequency generally fixed at 80 hertz. The generator 20 is also comprised of a pulse width modulator suitably accomplished by an on/off/duration control 24 for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds. The generator is further comprised of a governor 26 for regulating the electrical pulses such that the electrical current does not exceed 4.4 milliamps RMS, the power does not exceed 9.6 MW RMS, or both. The current applied will vary depending on the physical condition and tolerance of the patient but the current applied should be sufficient to produce the desired response and promote the swallowing reflex. The intensity of the current is increased by small increments until the tolerance and comfort level limits are reached in the patient. However, the current which is applied must not be too intense and therefore, result in laryngeal spasms or cardiac arrhythmia in the patient. Another input to pulse generator 20 is formed from amplitude control module 28. The amplitude control module 28 allows for selective control of an amplitude of pulses generated from pulse generator 20. The channel selector 30 suitably forms another input to amplifier 18 to allow for concurrent activation of sets of electrodes 12. The status of channel selector is advantageously indicated by channel selector indicator 32.

In one embodiment of the present invention, the generator continuously generates electrical pulses for a predetermined period of time. Preferably, electric pulses are continuously generated and delivered to the electrodes until a complete swallow is achieved or the tolerance level is reached in the

4

patient. Additional treatments wherein the generator continuously generates electric pulses are suitably performed on the patient as necessary.

In another embodiment of the present invention, the generator selectively generates cycles of electrical pulses. The generator is further comprised of a treatment time controller which is also suitably accomplished with the control 26 real time information which is provided by a timer 40. The timer 40, control 26, and pulse generator 16 also serve to provide functions of a treatment off-time controller, an on-ramp controller, and an off-ramp controller. Treatment time control selectively controls the duration of time wherein the generator selectively generates cycles of electric pulses. The treatment time is any suitable period, such as fifteen, thirty, or sixty minutes. As with all settings, the particular values are highly application and patient specific. Thus, a suitable duration of the electric pulses in each cycle is set. Preferably, the duration of electric pulses in each cycle is in the range of about 0.5 seconds to about 30 seconds. A selection is made for an amount of time between each cycle. Preferably, the amount of time between cycles is from about 0.1 seconds to about 60 seconds. A selection is also made for the amount of time required to reach the maximum intensity in each cycle. Preferably, the amount of time required to reach the maximum intensity is between about 0.1 seconds to about 6.0 seconds. A selection is further made for the amount of time required to decrease from the maximum intensity to zero intensity at the end of each cycle. Preferably, the amount of time required to decrease from the maximum intensity to zero intensity is between about 0.1 seconds to about 6.0 seconds. A suitable commercially available device which provides the functions described above is found in the Staodyn® EMS+2 System manufactured by Staodyn, Inc. and described in the associated instruction manual which is herein incorporated by reference.

FIG. 2 provides a flow chart of the method for electrical pharyngeal neuromuscular stimulation for promoting swallowing according to the present invention. Turning to block 100, the procedure for treating dysphagia with electrical stimulation is commenced. Next, at block 102, actual electrodes are applied to the pharyngeal area of a patient. The particulars for electrode placement and selection have been disclosed elsewhere in the subject application.

Turning next to block 104, a pulse frequency is set in accordance with the parameters disclosed above. Similarly, at block 106, pulse duration is set. Finally, at block 108, a determination of a treatment duration is made, as well as to the number of treatment periods which are to be applied.

Turning next to block 110, an actual waveform associated with the previously selected parameters is applied to the pharyngeal area of a patient. Next, at block 112, a determination is made as to whether a treatment period has been completed in accordance with the preselected standards. A positive determination causes progress to decision block 114 and a negative determination causes progress to block 110. At block 116, a set duration is applied as a wait period for which progress is returned to block 110, as described above.

At block 114, a determination is made as to whether there are further treatment periods merited. A positive determination causes a return to block 110. Negative determination signals completion of the treatment procedure and progress to termination block 118.

The electrodes are selectively placed in any suitable site within the pharyngeal region 200 of the patient as shown in FIGS. 3 and 4. The placement of the electrodes in the

5,987,359

5

pharyngeal region of the patient is based on several factors, such as the extent and type of dysphagia exhibited by the patient and, given the extent and type of dysphagia exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. An evaluation for swallowing ability is done on the patient to determine the extent and type of dysphagia. The critical elements in the evaluation are to determine the presence of a gag reflex, a dry swallow, and ability to tolerate one's own secretions. The placement of the electrodes may be changed several times in an effort to obtain the strongest and most effective treatment.

As shown in FIGS. 3 and 4, in one embodiment of the invention, a pair of electrodes 202 is positioned on the skin of the pharyngeal region 200 at approximately the position of the lesser horn 204 of the hyoid bone 206 on either side of the pharyngeal region 200 and just above the body of the hyoid bone 206. The electrodes overlie the muscles of the floor of the mouth (not shown).

In a second embodiment of the present invention, a pair of electrodes 208 is positioned on the skin of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 208a is placed on the thyrohyoid membrane 210 at approximately the level of the lesser horn 204 close to the hyoid bone 206. This electrode 208a overlies the sternohyoid muscle 212 and the thyrohyoid muscle 214. The other electrode 208b is placed on the cricoid cartilage 216 to the side of the midline of the pharyngeal region 200. This electrode overlies the sterno- hyoid muscle 218 and the sternohyroid muscle 212 on one side of the midline of the pharyngeal region.

In a third embodiment of the present invention, a pair of electrodes 220 is positioned on the skin of the pharyngeal region 200 on the thyrohyoid membrane 210 on either side of the midline of the pharyngeal region 200. These elec- trodes overlie the thyrohyoid muscle 214 and the sternohy- oid muscle 218

In a fourth embodiment of the present invention, a pair of electrodes 222 is positioned on the skin of the pharyngeal region 200 on either side of the midline of the pharyngeal region 200 proximately midway between the thyroid notch 224 and the cricoid cartilage 216. These electrodes overlie the sternohyoid muscle 218 and the transition zone between the sternohyroid muscle 212 and the thyrohyoid muscle 214 on either side of the midline of the pharyngeal region 200.

In a fifth embodiment of the present invention, a pair of electrodes 226 is positioned on the skin of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 226a is placed just lateral to the lesser horn 204 of the hyoid bone 206 proximately midway between the hyoid bone 206 and the lower border of the mandible (not shown). This electrode overlies the mylohy- oid muscle 228 and the digastric muscle 230. The other electrode 226b is placed proximate to the upper end of the thyrohyoid membrane 210 and proximate to the hyoid bone 206 or on the hyoid bone 206 proximately at the level of the lesser horn 204 of the hyoid bone 206. This electrode overlies the sternohyroid muscle 212 and the thyrohyoid muscle 214.

In a sixth embodiment of the present invention, a pair of electrodes 232 is positioned on the skin of the pharyngeal region 200 to the side of the midline of the pharyngeal region 200. One electrode 232a is placed on the midline of the pharyngeal region near the chin (not shown). The other electrode 232b is placed laterally to the other electrode.

6

These electrodes overlie the mylohyoid muscle 228 and the digastric muscle 230 in the midline and to one side of the midline of the pharyngeal region 200.

EXAMPLE 1

Ninety four patients suffering from dysphagia as a result of a stroke or neurodegeneration were studied. The swal- lowing ability of each patient was evaluated to determine the extent and type of dysphagia exhibited by the patient. The swallowing ability of each patient was assigned a number which corresponds to a defined swallow state wherein the swallow states are listed below: swallow state zero is the inability to have a pharyngeal contraction; swallow state one is the ability to swallow one's own secretions; swallow state two is the ability to swallow paste, pudding, or similar substances; swallow state three is the ability to swallow honey or similar substances; swallow state four is the ability to swallow nectar or similar substances; swallow state five is the ability to swallow thin liquids; and swallow state six is the ability to swallow water. All of the patients were determined to have swallowing states of either zero or one, indicating the patient did not have a complete pharyngeal contraction and had no gag reflex or the ability to handle secretions. The patients were then subjected to a series of treatment sessions. The patients were divided into two treatment groups: electrical stimulation and thermal stimu- lation.

Sixty three patients were subjected to a series of electrical stimulation treatment sessions. Preferably, the patients were subjected to a least seven electrical stimulation treatment sessions. In each treatment session, electrodes were selec- tively placed on the skin of the pharyngeal region of the patient. The placement of the electrodes was determined by the extent and type of dysphagia exhibited by the patient and, given the extent and type of dysphagia exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. Electrode placement was adjusted until the patient achieved the most complete swallowing contraction for which he was capable. Once the correct electrode placement was determined, the intensity of the current was increased by small increments until the tolerance and comfort level limits was reached in the patient. The optimal intensity was realized when the patient felt a tugging or pinch in the area of stimulation. The patient was then subjected to continuous electrical stimulation wherein electric pulses were continuously generated and delivered to the electrodes until a complete swallow is achieved or the tolerance level was reached in the patient. This step was repeated five to twenty times in each treatment session whereas the patient was subjected to continuous electrical stimulation. If the electrical stimulation was successful in promoting a complete contraction, swabbing of the oral cavity was done and the patient attempted a dry swallow. In those patients who did not exhibit any pharyngeal contraction, one or more treatment sessions were required before an adequate dry swallow occurred.

Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contrac- tion elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to continuous electrical stimulation. Once the patient had achieved audible, strong contractions, the patient was chal- lenged with pudding, thick liquid, or ice slush. The patient

5,987,359

7

attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical stimulation, the patient attempted to swallow these substances without the assistance of electrical stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus.

Thirty-one patients were subjected to a series of thermal stimulation treatment sessions. Preferably, the patients were subjected to a least seven thermal stimulation treatment sessions. In each treatment session, a mirror or probe was immersed in ice or cold substance. The tonsillar fossa was stimulated with the mirror or probe. The patient then closed his mouth and attempted a dry swallow. If the stimulation was successful in promoting a complete contraction, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contraction elicited by the patient. Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while not subjected to thermal stimulation. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to thermal stimulation. Once three to five strong swallows were achieved with the assistance of thermal stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus.

The effectiveness of the electrical stimulation treatments and the thermal stimulation treatments is shown in FIG. 5. FIG. 5 is a graph illustrating the mean swallowing state achieved after electrical stimulation treatment sessions and thermal stimulation treatments. After seven treatment sessions, the mean swallowing state of the patients treated

8

with electrical stimulation was swallow state five or the ability to swallow thin liquids. After seven treatment sessions, the mean swallowing state of the patients treated with thermal stimulation was only swallow state one or the ability to handle one's own secretions.

The method and device for electrical pharyngeal neuromuscular stimulation of the present invention provides an effective and non-invasive treatment for dysphagia. The method and device for electrical pharyngeal neuromuscular stimulation is more effective for treating dysphagia than traditional treatment methods, such as thermal stimulation. Further, the method and device of the present invention is effective for treating worst-case dysphagia resulting from neurodegeneration and strokes.

While various embodiments of a method and device for artificially promoting a swallowing reflex have been disclosed, it should be understood that modifications and adaptions thereof will occur to persons skilled in the art. Other features and aspects of this invention will be appreciated by those skilled in the art upon reading and comprehending this disclosure. Such features, aspects, and expected variations and modifications of the reported results and examples are clearly within the scope of the invention where the invention is limited solely by the scope of the following claims.

Having thus described the invention, it is claimed:

1. A method for electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing, said method comprising the steps of:

selectively placing a plurality of electrodes in electrical contact with tissue of a pharyngeal region of an associated animal;

generating a series of electrical pulses using a generator including

a pulse rate modulator for generating said series of electrical pulses at a predetermined frequency,

a pulse width modulator for modulating each of said series of electrical pulses to have a predetermined duration,

a circuit for regulating a voltage of said series of electrical pulses to prevent said voltage from exceeding a predetermined voltage limit, and

a circuit for regulating a current of said series of electrical pulses to prevent said current from exceeding a predetermined current limit; and

providing said series of electrical pulses to said plurality of electrodes

* * * * *

Exhibit 4

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 53 of 104

COVINGTON&BURLING

U.S. Patent          Aug. 15, 2000          Sheet 1 of 5          6,104,958



*Fig. 1*

U.S. Patent          Aug. 15, 2000          Sheet 2 of 5          6,104,958



Fig. 2



*Fig. 3*

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 56 of 104



Fig. 4

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 57 of 104



Fig. 5

1

6,104,958

# DEVICE FOR TREATING DYSPHAGIA WITH ELECTRICAL STIMULATION

## CROSS REFERENCE TO RELATED APPLICATIONS

The present invention is a continuation of U.S. application Ser. No. 08/956,648, filed Oct. 23, 1997 now U.S. Pat. No. 5,987,359. That application is a continuation of U.S. Ser. No. 08/549,046, filed Oct. 27, 1995, now U.S. Pat. No. 5,725,564.

## BACKGROUND OF THE INVENTION

This invention relates to a method and device for effectively treating dysphagia. In particular, the present invention relates to a method and device for treating dysphagia by providing electrical stimulation to the pharyngeal region of an associated animal.

Dysphagia is the inability to swallow or difficulty in swallowing and may be caused by stroke, neurodegenerative diseases, or respiratory disorders. Swallowing is a complicated action which is usually initiated voluntarily but always completed reflexively, whereby food is moved from the mouth through the pharynx and esophagus to the stomach. The act of swallowing occurs in three stages and requires the integrated action of the respiratory center and motor functions of multiple cranial nerves, and the coordination of the autonomic nervous system within the esophagus.

In the first stage, food is placed on the surface of the tongue. The tip of the tongue is placed against the hard palate. Elevation of the tongue forces the food backward movement of the tongue forces the food through the isthmus of the fauces in the pharynx. In the second stage, the food passes through the pharynx. This involves constriction of the walls of the pharynx, backward bending of the epiglottis, and an upward and forward movement of the larynx and trachea. Food is kept from entering the nasal cavity by elevation of the soft palate and from entering the larynx by closure of the glottis and backward inclination of the epiglottis. During this stage, respiratory movements are inhibited by reflex. In the third stage, food moves down the esophagus and into the stomach. This movement is accomplished by momentum from the second stage, peristaltic contractions, and gravity. Although the main function of the swallowing is the propulsion of food from the mouth into the stomach, swallowing also serves as a protective reflex for the upper respiratory tract by removing particles trapped in the nasopharynx and oropharynx, returning materials refluxed from the stomach into the pharynx, or removing particles propelled from the upper respiratory tract into the pharynx. Therefore, the absence of adequate swallowing reflex greatly increases the chance of pulmonary aspiration.

In the past, patients suffering from dysphagia have undergone dietary changes, or thermal stimulation treatment to regain adequate swallowing reflexes. Thermal stimulation involves a mirror or probe in ice or cold substances. The laminlar fossa is stimulated with the mirror or probe and the patient closes his mouth and attempts to swallow. While these traditional methods are usually effective for treating dysphagia, these methods often require that the patient endure weeks or months of therapy.

Electrical stimulation has often been used as a method for alleviating pain, stimulating nerves, and as a means for diagnosing disorders of the spinal cord or peripheral nervous system. Electrical stimulation has further been used to facilitate muscle reeducation and with other physical therapy treatments. In the past, electrical stimulation was not rec-

ommended for use in the neck or thoracic region as severe spasms of the laryngeal and pharyngeal muscles may occur resulting in closure of the airway or difficulty in breathing. Further, the introduction of electrical current into the heart may cause cardiac arrhythmia. Electrical stimulation has been used to stimulate the laryngeal muscles to control the opening of the vocal cords to overcome vocal cord paralysis, to assist with the assessment of vocal cord function, to aid with intubation, and other related uses. However, heretofore, electrical stimulation has not been used in the treatment of dysphagia to promote the swallowing reflex which involves the integrated action of the respiratory center and motor functions of multiple cranial nerves, and the coordination of the autonomic system within the esophagus.

It is desirable to have a simple, non-invasive method and device for treating dysphagia and artificially promoting swallowing.

## SUMMARY OF THE INVENTION

In accordance with the present invention, there is provided a simple, non-invasive method and device for treating dysphagia and artificially promoting swallowing, wherein electrical stimulus is provided to the pharyngeal region of a patient to stimulate muscles located in the pharyngeal region in order to promote swallowing.

In accordance with the present invention, there is provided a simple, non-invasive method for treating dysphagia and artificially promoting swallowing by electrical stimulus, the method comprising selectively placing electrodes in electrical contact with tissue of a pharyngeal region of a patient and generating a series of electrical pulses in electrical contact with each of the plurality of electrodes, wherein the electrodes deliver a series of electrical pulses to selectively stimulate muscles located proximate to the selectively placed electrodes to initiate swallowing.

In accordance with the present invention, there is provided a simple, non-invasive device for treating dysphagia and artificially promoting swallowing, the device comprising a plurality of electrodes adapted to be selectively placed in electrical contact with tissue of a pharyngeal region of a patient and a generator for generating a series of electrical pulses in electrical contact with each of the plurality of electrodes, the generator comprising a pulse rate modulator for generating each of the electrical pulses having a frequency generally fixed at 80 hertz, a pulse width modulator for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds, and a governor for regulating the electrical pulses such that at least one of the current so as not to exceed 4.3 milliamps RMS or power so as not to exceed 9.6MW RMS.

These and other aspects of the invention will be apparent to those skilled in the art upon reading and understanding the specification that follows.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention may take physical form in certain parts and arrangements of parts, a preferred embodiment and method of which will be described in detail in this specification and illustrated in the accompanying drawings which form a part hereof, and wherein:

FIG. 1 is a simplified fragmentary illustration of an electrical pharyngeal neuromuscular stimulator for use in promoting swallowing according to the present invention;

FIG. 2 is a flow chart of a method for electrical pharyngeal neuromuscular stimulation for promoting swallowing according to the present invention.

6,104,958

3 4

FIG. 3 is a view of a portion a pharyngeal region of a patient illustrating placement of electrodes according to the present invention;

FIG. 4 is a view of a portion a pharyngeal region of a patient illustrating placement of electrodes according to the present invention; and

FIG. 5 is a graph illustrating the effectiveness of electric pharyngeal neuromuscular stimulation method and device according to the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

This invention is directed to a simple, non-invasive method and device for electrical pharyngeal neuromuscular stimulation for artificially promoting swallowing wherein electrical stimulus is provided to the pharyngeal region of a patient to stimulate muscles located in the pharyngeal region in order to promote swallowing. Referring now to the drawings wherein the showings are for the purposes of illustrating the preferred embodiment of the invention only and not for purposes of limiting same, the electrical pharyngeal neuromuscular stimulation device 10 as shown in FIG. 1 is comprised of a plurality of electrodes 12 adapted to be selectively placed in electrical contact with tissue of a pharyngeal region of a patient and a generator 20 for generating a series of electrical pulses in electrical contact with each of the plurality of electrodes.

The device 10 is preferably comprised of two electrodes. The electrodes 12 are preferably made of metal or some other physiologically acceptable conductive material. In general, the electrodes 12 are suitably any conventional and convenient shape which is suited for physiological applications. Lead wires 14 are attached to each electrode and are suitable for attachment to the generator 20. The lead wires 14 are made from any physiologically acceptable conductive metal, preferably insulated aluminum wire.

The subject wave forms are suitably realized by selective control of a pulse generator 20 working in connection with an amplifier 18. The generator 20 is comprised of a pulse rate modulator or a frequency controller 22 for generating each of the electrical pulses having a frequency generally fixed at 80 hertz. The generator 20 is also comprised of a pulse width modulator suitably accomplished by an on/off duration control 24 for generating each pulse of the series of electrical pulses at a duration generally fixed at 300 microseconds. The generator is further comprised of a governor 26 for regulating the electrical pulses such that the electrical current does not exceed 4.4 milliamps RMS, the power does not exceed 9.6 MW RMS, or both. The current applied will vary depending on the physical condition and tolerance of the patient but the current applied should be sufficient to produce the desired response and promote the swallowing reflex. The intensity of the current is increased by small increments until the tolerance and comfort level limits are reached in the patient. However, the current which is applied must not be too intense and therefore, result in laryngeal spasms or cardiac arrhythmia in the patient. Another input to pulse generator 20 is formed from amplitude control module 28. The amplitude control module 28 allows for selective control of an amplitude of pulses generated from pulse generator 20. The channel selector 30 suitably forms another input to amplifier 18 to allow for concurrent activation of sets of electrodes 12. The status of channel selector 30 is advantageously indicated by channel selector indicator 32.

In one embodiment of the present invention, the generator continuously generates electrical pulses for a predetermined

period of time. Preferably, electric pulses are continuously generated and delivered to the electrodes until a complete swallow is achieved or the tolerance level is reached in the patient. Additional treatments wherein the generator continuously generates electric pulses are suitably performed on the patient as necessary.

In another embodiment of the present invention, the generator selectively generates cycles of electrical pulses. The generator is further comprised of a treatment time controller which is also suitably accomplished with the control 26 real time information which is provided by a timer 40. The timer 40, control 26, and pulse generator 16 also serve to provide functions of a treatment off-time controller, an on-ramp controller, and an off-ramp controller. Treatment time control selectively controls the duration of time wherein the generator selectively generates cycles of electric pulses. The treatment time is any suitable period, such as fifteen, thirty, or sixty minutes. As with all settings, the particular values are highly application and patient specific. Thus, a suitable duration of the electric pulses in each cycle is set. Preferably, the duration of electric pulses in each cycle is in the range of about 0.5 seconds to about 30 seconds. A selection is made for an amount of time between each cycle. Preferably, the amount of time between cycles is from about 0.1 seconds to about 60 seconds. A selection is also made for the amount of time required to reach the maximum intensity in each cycle. Preferably, the amount of time required to reach the maximum intensity is between about 0.1 seconds to about 6.0 seconds. A selection is further made for the amount of time required to decrease from the maximum intensity to zero intensity at the end of each cycle. Preferably, the amount of time required to decrease from the maximum intensity to zero intensity is between about 0.1 seconds to about 6.0 seconds. A suitable commercially available device which provides the functions described above is found in Staodyn® EMS+2 System manufactured by Staodyn, Inc. and described in the associated instruction manual which is herein incorporated by reference.

FIG. 2 provides a flow chart of the method for electrical pharyngeal neuromuscular stimulation for promoting swallowing according to the present invention. Turning to block 100, the procedure for treating dysphagia with electrical stimulation is commenced. Next, at block 102, actual electrodes are applied to the pharyngeal area of a patient. The particulars for electrode placement and selection have been disclosed elsewhere in the subject application.

Turning next to block 104, a pulse frequency is set in accordance with the parameters disclosed above. Similarly, at block 102, pulse duration is set. Finally, at block 108, a determination of a treatment duration is made, as well as to the number of treatment periods which are to be applied.

Turning next to block 110, an actual waveform associated with the previously selected parameters is applied to the pharyngeal area of a patient. Next, at block 112, a determination is made as to whether a treatment period has been completed in accordance with the preselected standards. A positive determination causes progress to decision block 114 and a negative determination causes progress to block 116. At block 116, a set duration is applied as a wait period for which progress is returned to block 110, as described above.

At block 114, a determination is made as to whether there are further treatment periods required. A positive determination causes a return to block 110. Negative determination signals completion of the treatment procedure and progress to termination block 118.

The electrodes are selectively placed in any suitable site within the pharyngeal region 200 of the patient as shown in

6,104,958

| 5 | 6 |

FIGS. 3 and 4. The placement of the electrodes in the pharyngeal region of the patient is based on several factors, such as the extent and type of dysphagia exhibited by the patient and, given the extent and type of dysphagia exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. An evaluation for swallowing ability is done on the patient to determine the extent and type of dysphagia. The critical elements in the evaluation are to determine the presence of a gag reflex, a dry swallow, and ability to tolerate one's own secretions. The placement of the electrodes may be changed several times in an effort to obtain the strongest and most effective treatment.

As shown in FIGS. 3 and 4, in one embodiment of the invention, a pair of electrodes 202 is positioned on the skin of the pharyngeal region 200 at approximately the position of the lesser horn 204 of the hyoid bone 206 on either side of the pharyngeal region 200 and just above the body of the hyoid bone 206. The electrodes overlie the muscles of the floor of the mouth (not shown).

In a second embodiment of the present invention, a pair of electrodes 208 is positioned on the skin of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 208a is placed on the thyrohyoid membrane 210 at approximately the level of the lesser horn 204 close to the hyoid bone 206. This electrode 208a overlies the sternohyoid muscle 212 and the thyrohyoid muscle 214. The other electrode 208b is placed on the cricoid cartilage 216 to the side of the midline of the pharyngeal region 200. This electrode overlies the sternohyoid muscle 218 and the sternothyroid muscle 212 on one side of the midline of the pharyngeal region.

In a third embodiment of the present invention, a pair of electrodes 220 is positioned on the skin of the pharyngeal region 200 on the thyrohyoid membrane 210 on either side of the midline of the pharyngeal region 200. These electrodes overlie the thyrohyoid muscle 214 and the sternohyoid muscle 218.

In a fourth embodiment of the present invention, a pair of electrodes 222 is positioned on the skin of the pharyngeal region 200 on either side of the midline of the pharyngeal region 200 proximately midway between the thyroid notch 224 and the cricoid cartilage 216. These electrodes overlie the sternohyoid muscle 218 and the transition zone between the sternohyoid muscle 212 and the thyrohyoid muscle 214 on either side of the midline of the pharyngeal region 200.

In a fifth embodiment of the present invention, a pair of electrodes 226 is positioned on the skin of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 226a is placed just lateral to the lesser horn 204 of the hyoid bone 206 proximately midway between the hyoid bone 206 and the lower border of the mandible (not shown). This electrode overlies the mylohyoid muscle 228 and the digastric muscle 230. The other electrode 226b is placed proximate to the upper end of the thyrohyoid membrane 210 and proximate to the hyoid bone 206 or on the hyoid bone 206 proximately at the level of the lesser horn 204 of the hyoid bone 206. This electrode overlies the sternohyoid muscle 212 and the thyrohyoid muscle 214.

In a sixth embodiment of the present invention, a pair of electrodes 232 is positioned on the skin of the pharyngeal region 200 to the midline of the pharyngeal region 200. One electrode 232a is placed on the midline of the pharyngeal region near the chin (not shown). The other

electrode 232b is placed laterally to the other electrode. These electrodes overlie the mylohyoid muscle 228 and the digastric muscle 230 in the midline and to one side of the midline of the pharyngeal region 200.

EXAMPLE 1

Ninety four patients suffering from dysphagia as a result of a stroke or neurodegeneration were studied. The swallowing ability of each patient was evaluated to determine the extent and type of dysphagia exhibited by the patient. The swallowing ability of each patient was assigned a number which corresponds to a defined swallow state wherein the swallow states are listed below: swallow state zero is the inability to have a pharyngeal contraction; swallow state one is the ability to swallow one's own secretions; swallow state two is the ability to swallow paste, pudding, or similar substances; swallow state three is the ability to swallow honey or similar substances; swallow state four is the ability to swallow nectar or similar substances; swallow state five is the ability to swallow thin liquids; and swallow state six is the ability to swallow water. All of the patients were determined to have swallowing states of either zero or one, indicating the patient did not have a complete pharyngeal contraction and had no gag reflex or the ability to handle secretions. The patients were then subjected to a series of treatment sessions. The patients were divided into two treatment groups: electrical stimulation and thermal stimulation.

Sixty three patients were subjected to a series of electrical stimulation treatment sessions. Preferably, the patients were subjected to at least seven electrical stimulation treatment sessions. In each treatment session, electrodes were selectively placed on the skin of the pharyngeal region of the patient. The placement of the electrodes was determined by the extent and type of dysphagia exhibited by the patient and, given the extent and type of dysphagia exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. Electrode placement was adjusted until the patient achieved the most complete swallowing contraction for which he was capable. Once the correct electrode placement was determined, the intensity of the current was increased by small increments until the tolerance and comfort level limits are reached in the patient. The optimal intensity was realized when the patient felt a tugging or pinch in the area of stimulation. The patient was then subjected to continuous electrical stimulation wherein electric pulses were continuously generated and delivered to the electrodes until a complete swallow is achieved or the tolerance level was reached in the patient. This step was repeated five to twenty times in each treatment session wherein the patient was subjected to continuous electrical stimulation. If the electrical stimulation was successful in promoting a complete contraction, swabbing of the oral cavity was done and the patient attempted a dry swallow. In those patients who did not exhibit any pharyngeal contraction, one or more treatment sessions were required before an adequate dry swallow occurred.

Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to continuous electrical stimulation. Once the patient had achieved audible, strong contractions, the patient was chal-

6,104,958

7

longed with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical stimulation, the patient attempted to swallow these substances without the assistance of electrical stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus.

Thirty-one patients were subjected to a series of thermal stimulation treatment sessions. Preferably, the patients were subjected to a least seven thermal stimulation treatment sessions. In each treatment session, a mirror or probe was immersed in ice or cold substance. The tonsillar fossa was stimulated with the mirror or probe. The patient then closed his mouth and attempted a dry swallow. If the stimulation was successful in promoting a complete contraction, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contraction elicited by the patient. Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake is determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to thermal stimulation. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to thermal stimulation. Once three to five strong swallows were achieved with the assistance of thermal stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus.

The effectiveness of the electrical stimulation treatments and the thermal stimulation treatments is shown in FIG. 5. FIG. 5 is a graph illustrating the mean swallowing state achieved after electrical stimulation treatment sessions and thermal stimulation treatments. After seven treatment sessions, the mean swallowing state of the patients treated with electrical stimulation was swallow state five or the ability to swallow thin liquids. After seven treatment sessions, the mean swallowing state of the patients treated with thermal stimulation was only swallow state one or the ability to handle one's own secretions.

The method and device for electrical pharyngeal neuromuscular stimulation of the present invention provides an effective and non-invasive treatment for dysphagia. The method and device for electrical pharyngeal neuromuscular stimulation is more effective for treating dysphagia than traditional treatment methods, such as thermal stimulation. Further, the method and device of the present resulting from neurodegeneration and strokes.

While various embodiments of a method and device for artificially promoting a swallowing reflex have been disclosed, it should be understood that modifications and adaptions thereof will occur to persons skilled in the art.

8

Other features and aspects of this invention will be appreciated by those skilled in the art upon reading and comprehending this disclosure. Such features, aspects, and expected variations and modifications of the reported results and examples are clearly within the scope of the invention where the invention is limited solely by the scope of the following claims.

What is claimed is:

1. A device for treating dysphagia using electrical stimulation, comprising:

a power source;

a signal generator for providing an output signal, said output signal having an intensity, a frequency, and a pulse duration;

an output protector circuit for limiting said intensity of said output signal;

a treatment duration circuit for controlling the duration of operation of said signal generator;

a ramp control circuit for controlling said intensity of said output signal; and

a monitor for displaying operating parameters of said device;

wherein said signal generator regulates said intensity, said frequency, and said pulse duration of said output signal in accordance with a procedure for treating dysphagia by applying said output signal to a pharyngeal region of a patient;

wherein said treatment duration circuit and said ramp control circuit regulate said output signal in accordance with a procedure for treating dysphagia by applying said output signal to the pharyngeal region of the patient; and

wherein said output protector circuit is programmed to limit said intensity of said output signal in accordance with a treatment tolerance level of the patient.

2. A device according to claim 1, wherein said intensity of said output signal ranges from 0 to 4.4 milliamps.

3. A device according to claim 1, wherein said frequency of said output signal is approximately 80 Hertz.

4. A device according to claim 1, wherein said pulse duration is approximately 300 microseconds.

5. A device according to claim 1, wherein said output protector circuit limits said intensity of said output signal so as not to exceed approximately 4.4 milliamps.

6. A device for treating dysphagia using electrical stimulation, comprising:

a power source;

a signal generator for providing an output signal, said output signal having an intensity, a frequency, and a pulse duration;

an output protector circuit for limiting said intensity of said output signal;

a treatment duration circuit for controlling the duration of operation of said signal generator;

a ramp control circuit for controlling said intensity of said output signal; and

a monitor for displaying operating parameters of said device; and

at least one electrode for providing said output signal to a pharyngeal region of a patient;

wherein said signal generator regulates said intensity, said frequency, and said pulse duration of said output signal in accordance with a procedure for treating dysphagia by applying said output signal to the pharyngeal region of the patient;

6,104,958

9

wherein said treatment duration circuit and said ramp control circuit regulate said output signal in accordance with a procedure for treating dysphagia by applying said output signal to the pharyngeal region of the patient; and

wherein said output protector circuit is programmed to limit said intensity of said output signal in accordance with a treatment tolerance level of the patient.

7. A device according to claim 6, wherein said intensity of said of said output signal ranges from 0 to 4.4 milliamps.

8. A device according to claim 6, wherein said frequency of said output signal is approximately 80 Hertz.

9. A device according to claim 6, wherein said pulse duration is approximately 300 microseconds.

10. A device according to claim 6, wherein said output protector circuit limits said intensity of said output signal so as not to exceed approximately 4.4 milliamps.

11. A device for treating dysphagia using electrical stimulation, comprising:

a power source;

a signal generator for providing an output signal, said output signal having an intensity, a frequency, and a pulse duration;

means for limiting said intensity of said output signal;

10

means for controlling the duration of operation of said signal generator; and

means for displaying operating parameters of said device;

wherein said signal generator regulates said intensity, said frequency, and said pulse duration of said output signal in accordance with a procedure for treating dysphagia by applying said output signal to a pharyngeal region of a patient;

wherein said limiting means and said controlling means regulate said output signal in accordance with a procedure for treating dysphagia by applying said output signal to the pharyngeal region of the patient.

12. A device according to claim 11, wherein said intensity of said of said output signal ranges from 0 to 4.4 milliamps.

13. A device according to claim 11, wherein said frequency of said output signal is approximately 80 Hertz.

14. A device according to claim 11, wherein said pulse duration is approximately 300 microseconds.

15. A device according to claim 11, wherein said limiting means limits said intensity of said output signal so as not to exceed approximately 4.4 milliamps.

* * * * *

Exhibit 5

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 64 of 104



Fig. 1

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 65 of 104



Fig. 2

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 66 of 104



*Fig. 3*

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 67 of 104



Fig. 4

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 68 of 104



Fig. 5



FIG.6



FIG.7



FIG. 7A

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 72 of 104

FIG. 8



801:
GENERATE A SERIES OF ELECTRICAL PULSES
USING ONE OR MORE PULSE GENERATORS;

802:
GENERATE OPERATION CONTROL SIGNALS TO CONTROL
OPERATION OF THE PULSE GENERATORS;

803:
RECEIVE THE SERIES OF ELECTRICAL PULSES FROM THE
PULSE GENERATORS AT A SWITCHING NETWORK;

804:
GENERATE SWITCHING CONTROL SIGNALS TO CONTROL
OPERATION OF THE SWITCHING NETWORK;

805:
OUTPUT THE SERIES OF ELECTRICAL PULSES
FROM THE SWITCHING NETWORK IN ACCORDANCE WITH
THE SWITCHING CONTROL SIGNALS;

806:
APPLY THE SERIES OF ELECTRICAL PULSES TO TISSUE OF
A PHARYNGEAL REGION OF A PATIENT TO ACHIEVE
NEUROMUSCULAR STIMULATION OF A PATIENT;

807:
GENERATE ELECTRICAL
FEEDBACK SIGNALS IN RESPONSE
TO THE NEUROMUSCULAR
STIMULATION OF THE PATIENT;
DEVICE;

810:
GENERATE PHYSIOLOGICAL INPUT
SIGNALS USING AT LEAST ONE
PHYSIOLOGICAL AND/OR
NON-PHYSIOLOGICAL INPUT

808:
GENERATING TEST DATA; AND

809:
MODIFY THE OPERATION CONTROL SIGNALS AND
SWITCHING CONTROL SIGNALS.



FIG. 9A



FIG. 9B

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 75 of 104



FIG. 9C

Case 0:03-cv-61784-ASG   Document 1   Entered on FLSD Docket 09/25/2003   Page 76 of 104



INTERNAL INTERCOSTALS

TRANSVERSUS THORACIS

914

915

FIG. 9D



FIG. 9E



FIG. 10

```
┌─────────────────────────────────────────────┐
│              1101:                           │
│  GENERATING A SERIES OF ELECTRICAL PULSES    │
│     USING ONE OR MORE PULSE GENERATORS       │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1102:                           │
│  GENERATING OPERATION CONTROL SIGNALS TO     │
│  CONTROL OPERATION OF THE PULSE GENERATORS   │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1103:                           │
│ RECEIVING THE SERIES OF ELECTRICAL PULSES FROM│
│ THE PULSE GENERATORS AT A SWITCHING NETWORK  │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1104:                           │
│  GENERATING SWITCHING CONTROL SIGNALS TO     │
│ CONTROL OPERATION OF THE SWITCHING NETWORK   │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1105:                           │
│  OUTPUTTING THE SERIES OF ELECTRICAL PULSES  │
│       IN ACCORDANCE WITH THE SWITCHING       │
│               CONTROL SIGNALS                │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1106:                           │
│ APPLYING THE SERIES OF ELECTRICAL PULSES TO  │
│ TISSUE OF THE INTERCOSTAL REGION OF A PATIENT│
│   AND USING AN ELECTRODE ARRAY TO ACHIEVE    │
│  NEUROMUSCULAR STIMULATION OF THE PATIENT    │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1107:                           │
│  GENERATING ELECTRICAL FEEDBACK SIGNALS      │
│    IN RESPONSE TO THE NEUROMUSCULAR          │
│         STIMULATION OF THE PATIENT           │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1108:                           │
│   GENERATING TEST DATA IN RESPONSE TO        │
│     THE ELECTRICAL FEEDBACK SIGNALS          │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1109:                           │
│    MODIFYING THE CONTROL SIGNALS IN          │
│ RESPONSE TO THE ELECTRICAL FEEDBACK SIGNALS  │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│              1110:                           │
│   GENERATING PHYSIOLOGICAL AND/OR            │
│    NON-PHYSIOLOGICAL INPUT SIGNALS           │
└─────────────────────────────────────────────┘
```

## FIG. 11



1201

1202

**FIG. 12**

U.S. Patent          Mar. 6, 2001          Sheet 18 of 19          US 6,198,970 B1



FIG. 13

1401:
GENERATING A SERIES OF ELECTRICAL PULSES
USING ONE OR MORE PULSE GENERATORS

1402:
GENERATING OPERATION CONTROL SIGNALS TO
CONTROL OPERATION OF THE PULSE GENERATORS

1403:
RECEIVING THE SERIES OF ELECTRICAL PULSES FROM
THE PULSE GENERATORS AT A SWITCHING NETWORK

1404:
GENERATING SWITCHING CONTROL SIGNALS TO
CONTROL OPERATION OF THE SWITCHING NETWORK

1405:
OUTPUTTING THE SERIES OF ELECTRICAL PULSES
IN ACCORDANCE WITH THE SWITCHING
CONTROL SIGNALS

1406:
APPLYING THE SERIES OF ELECTRICAL PULSES TO
TISSUE OF THE FACIAL REGION OF A PATIENT
AND USING AN ELECTRODE ARRAY TO ACHIEVE
NEUROMUSCULAR STIMULATION OF THE PATIENT

1407:
GENERATING ELECTRICAL FEEDBACK SIGNALS
IN RESPONSE TO THE NEUROMUSCULAR
STIMULATION OF THE PATIENT

1408:
GENERATING TEST DATA IN RESPONSE TO
THE ELECTRICAL FEEDBACK SIGNALS

1409:
MODIFYING THE CONTROL SIGNALS IN
RESPONSE TO THE ELECTRICAL FEEDBACK SIGNALS

1410:
GENERATING PHYSIOLOGICAL AND/OR
NON-PHYSIOLOGICAL INPUT SIGNALS

FIG. 14

US 6,198,970 B1

1

# METHOD AND APPARATUS FOR TREATING OROPHARYNGEAL RESPIRATORY AND ORAL MOTOR NEUROMUSCULAR DISORDERS WITH ELECTRICAL STIMULATION

## RELATED APPLICATIONS

This application is a continuation-in-part of U.S. application Ser. No. 08/956,448, filed Oct. 23, 1997 now U.S. Pat. No. 5,987,359, entitled "Method for Treating Dysphagia with Electrical Stimulation," which is a continuation of U.S. application Ser. No. 08/549,046, filed Oct. 27, 1995, and entitled "Method for Treating Dysphagia With Electrical Stimulation," issued as U.S. Pat. No. 5,725,564.

## FIELD OF THE INVENTION

This invention relates to a method and apparatus for effectively treating oropharyngeal, respiratory, and oral motor neuromuscular disorders. In particular, the present invention relates to a method and apparatus for treating oropharyngeal, respiratory and oral motor neuromuscular disorders by providing electrical stimulation to specific muscle regions of a patient using one or more snap electrodes.

## BACKGROUND OF THE INVENTION

Asymptomatic and symptomatic oropharyngeal disorders can lead to an inability to swallow or difficulty in swallowing. These disorders may be caused, for example, by stroke, neurodegenerative diseases, brain tumors or respiratory disorders.

Swallowing is a complicated action whereby food is moved from the mouth through the pharynx and esophagus to the stomach. The act of swallowing may be initiated voluntarily or reflexively but is always completed reflexively.

The act of swallowing occurs in three stages and requires the integrated action of the respiratory center and motor functions of multiple cranial nerves, and the coordination of the autonomic system within the esophagus. In the first stage, food or some other substance is placed on the surface of the tongue. The tip of the tongue is placed against the hard palate. Elevation of the larynx and backward movement of the tongue forces the food through the isthmus of the fauces in the pharynx. In the second stage, the food passes through the pharynx. This involves constriction of the walls of the pharynx, backward bending of the epiglottis, and an upward and forward movement of the larynx and trachea. Food is kept from entering the nasal cavity by elevation of the soft palate and from entering the larynx by closure of the glottis and backward inclination of the epiglottis. During this stage, respiratory movements are inhibited by reflex. In the third stage, food moves down the esophagus and into the stomach. This movement is accomplished by momentum from the second stage, peristaltic contractions, and gravity.

Although the main function of swallowing is the propulsion of food from the mouth into the stomach, swallowing also serves as a protective reflex for the upper respiratory tract by removing particles trapped in the nasopharynx and oropharynx, returning materials refluxed from the stomach into the pharynx, or removing particles propelled from the upper respiratory tract into the pharynx. Therefore, the absence of adequate swallowing reflex greatly increases the chance of pulmonary aspiration.

In the past, patients suffering from oropharyngeal disorders have undergone dietary changes or thermal stimulation

2

treatment to regain adequate swallowing reflexes. Thermal stimulation involves immersing a mirror or probe in ice or another cold substance. The tonsillar fossa is stimulated with the mirror or probe, and the patient closes his mouth and attempts to swallow. While these traditional methods are usually effective for treating oropharyngeal disorders, in some patients these methods require that the patient endure weeks or months of therapy. It is also difficult to distinguish these patients who require more extensive treatments from patients who recover spontaneously. Thus, it is desirable to have a simple, non-invasive method and device for treating oropharyngeal disorders and artificially promoting swallowing which is effective within a relatively short treatment period.

Electrical stimulation has been used as a method for alleviating pain and stimulating nerves, as well as a means for treating disorders of the spinal cord or peripheral nervous system. Electrical stimulation has further been used to facilitate muscle reeducation and with other physical therapy treatments. In the past, electrical stimulation was not recommended for use in the neck because of the theoretical concerns that the patient would develop spasms of the laryngeal muscles, resulting in closure of the airway or difficulty in breathing. Further, the introduction of electrical current into the neck near the carotid body may cause cardiac arrhythmia.

More recently, electrical stimulation has been used to stimulate the recurrent laryngeal nerve to stimulate the laryngeal muscles to control the opening of the vocal cords to overcome vocal cord paralysis, to assist with the assessment of vocal cord function, to aid with intubation, and other related uses. There have been no adverse reactions to such treatment techniques. However, electrical stimulation has not been used in the treatment of oropharyngeal disorders to promote the swallowing reflex, which involves the integrated action of the respiratory center and motor functions of multiple cranial nerves.

The oral motor skills needed to effectively speak, chew and swallow include the ability to open and close the mouth, the ability to elevate the tongue, the ability to lateralis the tongue, and the ability to purse the lips. Deficiencies in one or more of these oral motor skills as sometimes occurs in children and stroke victims, for example, can delay or cause a complete inability for a patient to achieve safe oral intake.

Known treatment techniques for oral motor skills deficiencies typically require lengthy treatment periods to achieve the skills necessary to speak and swallow. Thus, there is a need for a method of treatment that enables development of these skills with relatively fewer treatments performed within a shorter period of time.

Chronic respiratory disorders, including asthma, bronchitis, asthma-like symptoms, chronic obstructive pulmonary disease, and atelectasis are common and often debilitating disorders. Individuals suffering from one or more of these disorders may incur the expense of high-cost medications and may be severely limited in terms of the physical activities they are able to undertake. These individuals may also be placed on ventilators because they are unable to breathe deeply enough without the aid of a ventilator. Such ventilator dependence substantially increases the cost to the patient and severely restricts the patient's mobility. Thus, there is a need for a simple, inexpensive treatment for chronic respiratory disorders that reduces the coughing and inflammation associated with such disorders, for example, to allow the patient to be extubated from a ventilator and/or to reduce or eliminate the medica-

US 6,198,970 B1

3

nons needed by the patient, thereby substantially reducing the costs of the treatment and improving the quality of life of the patient.

## SUMMARY OF THE INVENTION

The present invention provides a simple, non-invasive method and device for treating oropharyngeal disorders and artificially promoting swallowing. The present invention further provides a simple, non-invasive method and device for treating respiratory disorders such as asthma, bronchitis, and chronic obstructive pulmonary disease to provide improved respiratory capacity of a patient. The present invention also provides a simple, non-invasive method and device for treating oral motor neuromuscular damage and disorders to provide improved control and usage of oral motor muscles.

According to one embodiment of the present invention, a method and device provide electrical stimulus to the pharyngeal region of a patient (a human or other animal) to stimulate muscles and nerves located in the pharyngeal region in order to promote swallowing.

The method and device for electrical pharyngeal neuromuscular stimulation according to the present invention are more effective for treating oropharyngeal disorders than traditional treatment methods, such as thermal stimulation. Further, the method and device of the present invention are effective for treating worst-case dysphagia resulting from neurodegeneration and strokes.

According to another embodiment of the present invention, a method and device provide electrical stimulus to the intercostal muscle regions between the ribs of a patient to enable improved respiratory functions of the patient, treating respiratory disorders such as asthma, bronchitis or chronic obstructive pulmonary disease, and further treating ventilator dependence (also known as life support) conditions of patients with no ability to breathe independently. By providing electrical stimulation to these muscles, deeper self-motivated inhalations and exhalations may be achieved by the patient. The method and device according to the present invention may substantially reduce coughing and inflammation suffered by the patient, substantially increase the air intake and outflow of the patient, and may allow a patient on a ventilator to achieve sufficiently deep aspirations to enable extubation of the patient from the ventilator.

None of the known treatments for respiratory disorders is capable of safely achieving the results achieved by the method and device according to the present invention. The method and device according to the present invention may also eliminate the long-term costs and potential side effects from inhalers and other medications, as well as avoid the need for high-cost, long-term ventilator care.

According to another embodiment of the present invention, the method and device provide electrical stimulation to various oral motor muscles and nerves to enable treatment of muscle and nerve damage and disorders of these muscles. Use of the method and device according to the present invention may result in substantial improvement of the physical skills needed to speak, chew, and swallow effectively after only a few treatments, for example two to three treatments, thereby allowing expedited recovery of the patient. The present invention facilitates the retraining and use of the oral motor muscles to enable the patient to speak, chew and swallow, thereby allowing safe intake of food and liquids and regular self-motivated breathing. Moreover, the method and device according to the present invention may be used to apply electrical stimulation to oral motor muscles

4

to create a more normal facial appearance of a patient and enable use and control of the oral motor muscles within only a few treatments, for example, five to eight treatments. In contrast, known techniques often involve lengthy treatment periods, for example, of 1 year or more, and often do not enable the patient to successfully regain oral motor skills.

An apparatus for treating oropharyngeal, respiratory, and oral motor neuromuscular disorders according to the present invention includes a plurality of electrodes adapted to provide selective electrical stimulation to the tissue of a patient and a pulse generator preferably coupled to each of the plurality of electrodes, for generating a series of electrical pulses. The pulse generator preferably includes a frequency controller, which modulates an electrical signal generated by the pulse generator at a predetermined frequency to produce the series of electrical pulses output by the pulse generator. The pulse generator also includes a duration control circuit for controlling the duration of time for which the pulse generator outputs the series of electrical pulses. An intensity control circuit regulates the series electrical pulses such that the electrical current does not exceed a predetermined current or voltage value. The predetermined current and voltage values may vary in accordance with the patient's physical condition and tolerances and the treatments performed.

A method for treating oropharyngeal, respiratory, and oral motor neuromuscular disorders according to the present invention includes the steps of generating a series of electrical pulses using the pulse generator described above; generating operation control signals to control operation of the pulse generator; and applying the series of electrical pulses to the tissue of a patient to achieve neuromuscular stimulation of a patient.

Another apparatus for treating oropharyngeal, respiratory, and oral motor neuromuscular disorders according to the present invention includes one or more pulse generators for generating a series of electrical pulses and a processor coupled to the pulse generators for outputting operation control signals to the pulse generators. A switching network is coupled to the pulse generators and the processor. The switching network receives the series of electrical pulses from the pulse generators and outputs the series of electrical pulses in accordance with switching control signals received from the processor. An electrode array is also coupled to the switching network. The electrode array applies the series of electrical pulses output by the switching network to tissue of a patient to achieve neuromuscular stimulation of the patient, and also generates electrical feedback signals in response to the neuromuscular stimulation of the patient. The electrical feedback signals are provided to the processor via the switching network. The processor generates and stores test data and modifies the operation control signals and switching control signals in response to the electrical feedback signals.

Another method for treating oropharyngeal, respiratory, and oral motor neuromuscular disorders according to the present invention includes the steps of generating a series of electrical pulses using one or more pulse generators; generating operation control signals to control operation of the pulse generators; receiving the series of electrical pulses from the pulse generators at a switching network; generating switching control signals to control operation of the switching network; outputting the series of electrical pulses from the switching network in accordance with the switching control signals; applying the series of electrical pulses to the tissue of a patient to achieve neuromuscular stimulation of a patient; generating electrical feedback signals in response

US 6,198,970 B1

<table>
<tr><td>5</td><td>6</td></tr>
</table>

to the neuromuscular stimulation of the patient; generating test data in response to the electrical feedback signals; and modifying the operation control signals and switching control signals in response to the electrical feedback signals.

A novel size and arrangement of snap electrodes may be utilized to enable effective stimulation of the muscles and nerves in the respective regions of the patient. In this novel size and arrangement of snap electrodes, each snap electrode provides a halo or circle of electrical output, such that the electrical field is concentrated at the outer circumference of the electrode and not evenly dispersed over the surface of the electrode. This is in contrast to pin-type electrodes, commonly used in electrical stimulation applications, which provide an even, dispersed field of electrical output over the entire surface of the electrode. As a result of the concentration of the electrical output of snap electrodes around their circumferences, less electrical intensity is required to treat the patient when using snap electrodes than when using pin electrodes. Thus, the electrical output produced by the novel size and arrangement of snap electrodes according to the present invention enables the stimulated muscles to achieve stronger squeeze and contractility without exceeding the tolerance or comfort level of the patient. In contrast, achieving the same degree of squeeze and contractility with larger, standard electrodes requires the use of a substantially higher intensity of electrical stimulation, which frequently exceeds the tolerance or comfort level of the patient. Moreover, the size of a snap electrode may be reduced without decreasing the electrical output of the electrode, providing for additional treatment flexibility, such as treatment of small children.

These and other aspects of the invention will be apparent to those skilled in the art upon reading and understanding the specification that follows.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram of an electrical neuromuscular stimulator according to the present invention for use in treating dysphagia and respiratory disorders, and for stimulating the oral motor muscles of a patient.

FIG. 2 is a flow chart of a method for electrical pharyngeal neuromuscular stimulation according to the present invention for promoting swallowing.

FIG. 3 is a view of a portion a pharyngeal region of a patient illustrating an exemplary placement of two electrodes according to the present invention.

FIG. 4 is a view of a portion a pharyngeal region of a patient illustrating an exemplary placement of electrodes according to the present invention.

FIG. 5 is a graph illustrating the effectiveness of electric pharyngeal neuromuscular stimulation method and device according to the present invention.

FIG. 6 is a block diagram of an alternative embodiment of an electrical neuromuscular stimulator according to the present invention, including a microprocessor system, a plurality of pulse generators, and a bidirectional analog switching network.

FIG. 7 is a diagram of an electrode array that may be used in conjunction with the embodiment of FIG. 6 to provide neuromuscular stimulation to a patient and to provide feedback signals to the bidirectional analog switching network of FIG. 6.

FIG. 7A illustrates the placement of an electrode array including four bi-directional electrodes on the pharyngeal region of a human patient.

FIG. 8 is a diagram of an alternative method for electrical pharyngeal neuromuscular stimulation according to the present invention for promoting swallowing.

FIGS. 9A, 9B, 9C, 9D and 9E are diagrams of preferred placements of electrodes used to perform the method for electrical intercostal neuromuscular stimulation of FIGS. 10 and 11.

FIG. 10 is a flow chart of a method for electrical intercostal neuromuscular stimulation according to the present invention for treating respiratory disorders and ventilator dependence conditions.

FIG. 11 is a flow chart of an alternative method for electrical intercostal neuromuscular stimulation according to the present invention for treating respiratory disorders and ventilator dependence conditions.

FIG. 12 is a diagram of a preferred placement of electrodes used to perform the method for electrical neuromuscular stimulation of oral motor muscles of FIGS. 13 and 14.

FIG. 13 is a flow chart of a method for electrical neuromuscular stimulation of oral motor muscles according to the present invention for treating damage and disorders of oral motor muscles and nerves.

FIG. 14 is a flow chart of an alternative method for electrical neuromuscular stimulation of oral motor muscles according to the present invention for treating damage and disorders of oral motor muscles and nerves.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention will now be described in detail with reference to the accompanying drawings, which are provided as illustrative examples of embodiments of the invention only and not for purposes of limiting the same. In the drawings, like reference numerals indicate like elements throughout the several views.

FIG. 1 illustrates a preferred embodiment of an electrical neuromuscular stimulation device 10 for providing electrical neuromuscular stimulus to specific regions of a patient in order to artificially promote swallowing, to treat respiratory disorders, or to provide neuromuscular stimulation to oral motor regions of the patient. The electrical neuromuscular stimulation device 10 as shown in FIG. 1 is comprised of a plurality of electrodes 12 (including individual electrodes 12a, 12b, and 12c) adapted to be selectively placed in electrical contact with tissue of a patient, and a pulse generator 20 for generating a series of electrical pulses, which is coupled to each of the plurality of electrodes 12.

The device 10 preferably includes at least two electrodes 12a and 12b, although three electrodes (12a, 12b, and 12c) are shown in FIG. 1. For human applications, the electrodes 12a, 12b and 12c may be snap electrodes having approximate measurements as follows: an eleven-millimeter diameter circular metal snap electrode affixed to the patient using strips of adhesive tape or using a circular adhesive pad for each electrode having an approximate radius of two millimeters greater than that of the electrode for adult applications. A three-eighths inch diameter circular metal snap electrode affixed with strips of adhesive tape or with a circular adhesive pad for each electrode having an approximate radius two-millimeters greater than that of the electrode may be used for child applications. The electrodes may alternatively be made of piezoelectric material. The adhesive portion of each electrode (e.g., 12a, 12b, and 12c) is preferably a conventional conductive skin adhesive manufactured from a polyethylene-glycol polymer. Because the

7

conductivity of the adhesive is dependent on the water content in the polymer, the addition of a small amount of salt will further aid conduction by the adhesive. For child applications, hi-tack versions of the adhesive are preferred because of the small contact area. A hi-tack adhesive called RG-72 is available from the Promeon Company. The electrodes 12a, 12b and 12c may also be any suitably conventional and convenient shapes that are suited for physiological applications.

In a preferred embodiment, lead wires 14 are attached to each electrode and are suitable for attachment to the pulse generator 20. Lead wires 14 may be made from any physiologically acceptable conductive metal, preferably insulated aluminum or copper wire. Multistrand wire is preferable to "wire wrap" wire because multistrand wire is softer and less likely to break with repeated flexing.

The series of electrical pulses is generated by selective control of pulse generator 20, which provides the series of electrical pulses to the plurality of electrodes 12 via an amplifier 18. Pulse generator 20 preferably includes a frequency controller 22 (shown as separate component in FIG. 1) which modulates an electrical signal generated by the pulse generator at a predetermined frequency to produce the series of electrical pulses output by the pulse generator 20. The frequency controller 22 may modulate the electrical signal at a fixed frequency, for example, 80 hertz, or may vary the frequency of the electrical pulses within a predetermined range of frequencies, for example, a range of frequencies from 4 to 80 hertz. Other frequency ranges as known in the art may also be used. Generally, the frequency of the electrical pulses is selected in order to provide the greatest comfort to the patient and to minimize as much as possible the amount of pin-prick sensation felt by the patient.

The pulse generator 20 also preferably includes a duration control 24 for controlling the duration of time for which pulse generator 20 outputs the series of electrical pulses. The duration control 24 may control pulse generator 20 to output the electrical pulses for a fixed duration, for example, generally fixed at 300 microseconds. Alternatively, the duration control 24 may control pulse generator 20 to output the electrical pulses for varying durations within a predetermined range, for example a range of 50 to 300 microseconds, and may further create one or more pauses of varying duration during the application of the electrical pulses to the patient's tissue. Other durations as known in the art may also be used. The duration control 24 may be adjusted manually or automatically using conventional circuits, such as a timer 40.

In the embodiment depicted in FIG. 1, the generator is further comprised of an intensity control circuit 26 (shown as a separate component in FIG. 1) for regulating the series electrical pulses such that the electrical current does not exceed a predetermined current value, for example, 25 milliamps RMS, and the power does not exceed a predetermined voltage value, for example, 9.6 MW RMS, or both. In a preferred embodiment, the intensity control circuit 26 limits the current and voltage values of the electrical pulses output by pulse generator 20 using conventional limiter circuits. The predetermined current and voltage values may vary in accordance with the patient's physical condition and tolerances and the treatments performed. Generally, the intensity of the current and voltage outputs is determined in order to provide the greatest comfort to the patient and to minimize as much as possible the amount of pin-prick sensation felt by the patient.

For example, in treatment of oropharyngeal disorders, the current applied should be sufficient to produce the desired

8

response and promote the swallowing reflex. The intensity of the current is increased by small increments until the swallow response or muscle fasciculation occurs. However, the current that is applied should not be too intense in order to avoid laryngeal spasms or cardiac arrhythmia in the patient.

Similarly, in treatment of respiratory disorders, the amount of current applied should be selected so as not to adversely affect the function of the patient's heart or lungs. In the treatment of oral motor neuromuscular disorders, the intensity of the current applied and the placement of the electrodes are selected so as to avoid any damage to the patient's tissue or skin. Accordingly, in a preferred embodiment of the present invention, a current of up to approximately 100 milliamps may be applied in respiratory and oral motor neuromuscular treatments.

In the preferred embodiment depicted in FIG. 1, pulse generator 20 also includes an amplitude control circuit 28 (shown as a separate component in FIG. 1). Amplitude control circuit 28 allows for selective control of the amplitude of the electrical pulses generated by pulse generator 20 by manually or automatically operated conventional circuits as are known in the art.

In a preferred embodiment, a channel selector 30 suitably forms another input to amplifier to allow for concurrent activation of additional sets of electrodes (not shown) using conventional switching circuits. The status of channel selector 30 is indicated by a channel selector indicator 32.

In one embodiment of the present invention, the pulse generator 20 continuously generates electrical pulses for a predetermined period of time. For example, electric pulses may be continuously generated and delivered to the electrodes until a complete swallow is achieved or the sensory tolerance level is reached in the patient. Additional treatments wherein the generator continuously generates electric pulses are suitably performed on the patient as necessary.

In an alternative embodiment of the present invention, the pulse generator 20 selectively generates cycles of electrical pulses. In this embodiment, pulse generator 20 includes a treatment time control function, which is accomplished with intensity control 26 in response to real time information provided by timer 40. The timer 40, intensity control 26, and pulse generator 16 also serve to provide functions of treatment time control, on-ramp control, and off-ramp control.

In a preferred embodiment, the treatment time control function selectively controls the duration of time wherein the pulse generator 20 selectively generates cycles of electric pulses. The treatment time is any suitable period, such as fifteen, thirty, or sixty minutes or continuous treatment. As with all settings, the particular values are highly specific to the application and patient. Thus, a suitable duration of the electric pulses in each cycle is manually or automatically set. In one embodiment according to the present invention, the duration of electric pulses in each cycle is within the range of 0.5 seconds to 30 seconds. Other durations as known in the art may also be used.

In a preferred embodiment, the treatment time control function also selectively controls the amount of time between each treatment cycle. For example, the treatment time control may be set to provide a delay between treatment cycles ranging from 0.1 seconds, for example, for facial and respiratory treatments, to 60 seconds, for other oropharyngeal applications. Other ranges as known in the art may also be used.

In a preferred embodiment, the on-ramp control function controls the amount of time required to reach the maximum

US 6,198,970 B1

9

intensity in each cycle. In one embodiment of the present invention, the amount of time required to reach the maximum intensity is between approximately 0.1 and 6.0 seconds. According to a preferred embodiment of the present invention, the maximum intensity in facial and respiratory treatments may be reached in 0.1 second or less to reach the maximum intensity as rapidly as possible. Other times as known in the art may also be used.

In a preferred embodiment, the off-ramp control function controls the amount of time required to decrease from the maximum intensity to zero intensity at the end of each cycle. In one embodiment of the present invention, the amount of time required to decrease from the maximum intensity to zero intensity is between approximately 0.1 and 6.0 seconds. Other times as known in the art may also be used.

A suitable commercially available device that provides the functions described above is a Staodyn' EMS+2 System manufactured by Staodyn, Inc. of Longmont, Colo.

An alternative embodiment of a device for electrical neuromuscular stimulation according to the present invention will now be described with reference to FIG. 6.

FIG. 6 illustrates a microprocessor-based stimulation device 600 according to the present invention including a microprocessor 601, a bi-directional analog switching network 602, and a plurality of pulse generators 603, 604, 605 and 606. Microprocessor 601 controls the operation of pulse generators 603 through 606 by generating control signals indicating the parameters for generation of electrical pulses for each pulse generator 603 through 606 respectively. For example, control signals provided by microprocessor 601 to each pulse generator 603 through 606 may include waveform, intensity, pulse width, ramp-on, and ramp-off control signals. Upon receipt of the respective control signals from microprocessor 601, pulse generators 603 through 606 generate electrical pulses and output the pulses to bi-directional analog switching network 602.

In the preferred embodiment depicted in FIG. 6, microprocessor 601 is also coupled to bi-directional analog switching network 602 and provides control signal to switching network 602 to control the operation of switching network 602 in processing and selectively outputting the electrical pulses to a bidirectional electrode array 607 coupled to switching network 602.

In the preferred embodiment depicted in FIG. 6, switching network 602 receives electrical pulses generated by each of pulse generators 603 through 606. Based upon the control signals from microprocessor 601 to switching network 602 control, switching network 602 outputs the electrical pulses from one or more of pulse generators 603 through 606 to electrodes 710, 702, 703 and 704 (various exemplary arrangements of electrodes are shown in FIGS. 7, 9A–E, and 12) in electrode array 607 via lead wires 710, 711, 712, and 713 respectively. The control signals from microprocessor 601 to switching network 602 determine, for example, the sequence in which the electrical pulses from each of pulse generators 603 through 606 are provided to each electrode in electrode array 607 and the duration for which electrical pulses from each pulse generator will be provided to each electrode. Notably, switching network 602 may include one or more conventional buffer memories (not shown) to prevent overloading of the network.

According to one embodiment of the present invention, microprocessor 601, switching network 602 and pulse generators 603 through 606 may be designed to provide maximum flexibility of operation. Thus, each of the pulse generators may be capable of providing electrical pulses having

10

either fixed or variable current and voltage values, modulation rates and frequencies. The waveform, intensity, and ramp-on and ramp-off functions provided by each pulse generator 603 through 606 may also be variably selected. Stimulation device 600 allows each of pulse generators 603 through 606 to independently produce simultaneous and/or sequential stimulation by each of the electrodes in electrode array 607. Generally, the waveform and intensity of the electrical pulses is selected and/or pre-programmed in order to provide the greatest comfort to the patient and to minimize as much as possible the amount of pin-prick sensation felt by the patient.

In the preferred embodiment depicted in FIG. 6, microprocessor 601 is coupled to a programming device 608, which enables the microprocessor to be programmed to perform the processing functions in accordance with the present invention. Data may also be provided to microprocessor 601 by programming device 608. Programming of microprocessor 601 and downloading of data to the microprocessor may be accomplished through a conventional interface, such as standard RS232 serial and parallel ports or infrared links, as is known in the art.

Stimulation device 600 depicted in FIG. 6 also includes a feedback network for receiving and processing feedback received from electrode array 607. For example, electrode array 607 may use electromyographic (EMG) sensing capabilities to generate electrical feedback signals. The EMG sensing capabilities are utilized, for example, to determine whether muscles are contracting and, if so, the sequence of muscle contractions. This information may be used to adjust the electrical pulses supplied to stimulate these muscles. In treatments of oropharyngeal disorders, muscle contraction information may also be used to identify the patient's attempts to swallow, enabling the stimulator to facilitate the remainder of the swallowing sequence.

The feedback signals generated by electrode array 607 are provided to switching network 602 that outputs the feedback signals to a receiver amplifier 613. Receiver amplifier 613 amplifies the feedback signals and outputs the amplified feedback signals to a conversion circuit 612. Conversion circuit 612 formats the amplified feedback signals into a selected signal format and outputs the formatted feedback signals to an input processor 611. The selected signal format into which conversion circuit 612 converts the feedback signals is selected to enable input processor 611 to download and process the feedback signals.

In the preferred embodiment depicted in FIG. 6, input processor 611 also optionally receives one or more physiological and/or non-physiological inputs from input devices 615, 616, 617, 618, 619, 620 and 621. The physiological input devices such as devices 616, 617, 618, 619 and 620 provide inputs representing various physiological characteristics of the patient. For example, physiological inputs may be received from such devices as an accelerometer 616 (indicating motion due to a contraction of the muscle during swallowing), a manometry device 617 (indicating pressure increase due to the attempt at swallowing), a video fluoroscopy device 618 (for providing an input from visual examination of the patient's swallowing mechanism to determine the effectiveness of the swallow), an EMG device 619 (indicating muscle movements in the oral motor muscles and/or swallowing mechanism which may not be detected by the electrode stimulation patch), and/or an acoustic signaling device 620, e.g., a microphone placed on the neck of the patient, to detect speech and/or swallowing sounds.

Non-physiological devices such as device 615 may provide inputs representing various non-physiological charac-

US 6,198,970 B1

11

teristics of the patient. Non-physiological inputs may be received from such sources as therapist/patient/doctor input device 615 which enables a therapist, patient and/or doctor to enter information such as the patient's threshold for the stimulation device parameters, including a minimum threshold needed and the maximum intensity usable for the patient, as well as parameters for altering the sequence and intensity of electrode stimulation for the patient based upon asymmetries which the patient may have during the swallowing process, respiratory process or oral motor stimulation process.

Additional factors such as height, weight, neck thickness/size, torso measurements, facial dimensions, pain tolerance, and the current status of the patient's ability to swallow, breathe, or control oral motor muscles may be entered for use in determining the appropriate stimulation frequency patterns and intensities (depending on the type of treatment). Additional physiological and/or non-physiological inputs may be received from other devices as indicated by representative input device 621.

In a preferred embodiment, the physiological and non-physiological inputs respecavely generated by physiological and non-physiological input devices 615 through 620 are formatted by a conversion circuit 614 (similar to conversion circuit 612) and then stored and processed by input processor 611. Input processor 611 processes and stores as test data both the feedback signals originated by electrode array 607 and physiological and non-physiological inputs from devices 615 through 620. Input processor also receives control signals and data inputs from microprocessor 601.

In the preferred embodiment depicted in FIG. 6, a system and patient interaction display 610 is optionally provided. Display 610 is coupled to microprocessor 601 and receives processed data from input processor 611 via microprocessor 601. In this manner, display 610 enables monitoring of the feedback signals from electrode array 607 in addition to the status of inputs from the various physiological and non-physiological inputs 615 through 620 as described above. Display 610 may also enable monitoring of the operating status of stimulation device 600.

The display 610 may display a variety of parameters, inputs, and outputs as may be desired. For example, display 610 may show current patient parameters, current inputs from the physiological and non-physiological devices and the electrode stimulation array, an overall rating of swallowing capability and current swallowing effectiveness, respiratory capacity and capability, or degree of oral motor muscle control (depending on the type of treatment), and the current setting(s) of the stimulation pattern frequency and/or intensity. Additionally, the display 610 may be adapted for monitoring by the patient to provide feedback to the patient as to how well swallowing has been completed. This feedback to the patient may assist with the patient's inherent bio-feedback mechanisms.

In the preferred embodiment depicted in FIG. 6, a data/software I/O interface 609 is optionally provided to enable downloading of testing data collected and processed by stimulation device 600. For example, during patient treatments, Patient-specific data may be downloaded to external devices, including portable devices, through any conventional interface (e.g., a hardwired interface, coaxial interface, infrared interface, etc.).

Treatment of Oropharyngeal Disorders

A preferred embodiment of a bi-directional electrode array 607 for use in conjunction with stimulation device 600 for treatment of oropharyngeal disorders is illustrated in

12

FIG. 7. Each bi-directional electrode in array 607 stimulates one or more pharyngeal muscles with electrical stimulation provided by the switching network 602, detects the electromyographic (EMG) response from the stimulated muscle (s), and provides the EMG response as an electrical feedback signal to the switching network 602.

Notably, the arrangement of electrodes and connecting wires shown in FIG. 7 is provided as an example and is not intended to limit the scope of the present invention. Unidirectional electrodes (stimulating muscles but not sensing EMG signals from the stimulated muscles) may also be used in accordance with the present invention. Also, multiple electrodes, including squares of four, sixteen, twenty-five, or thirty-six electrodes or more, may be used. As the number of electrodes increases, the surface area created by the array may be increased and/or the electrodes may be more closely positioned.

As shown in FIG. 7, array 607 preferably comprises bi-directional four electrodes 701, 702, 703 and 704, which are positioned on the tissue of the pharyngeal region of a patient using adhesive bands 705 and 706 as illustrated in FIG. 7A or with circular adhesive regions surrounding each metal electrode. The electrodes may preferably be arranged in two pairs or in a vertical row of four electrodes. In yet other preferred embodiments (not shown), alternative electrode arrangements may be used to achieve elevation of the patient's larynx.

In the two-pair electrode arrangement, each pair of electrodes (701, 703) is positioned on one lateral side (e.g., the right hand or left hand side) of the pharyngeal region of the patient, with one electrode positioned above the patient's Adams Apple and the other below the Adams Apple of the patient. The second pair of electrodes (702, 704) is positioned in the same arrangement on the opposite side of the patient's pharyngeal region. Each pair of electrodes may preferably be positioned such that the distance between the centers of the electrodes, shown as distance "X" in FIG. 7, may be approximately three to four centimeters or other spacing as required to position the electrodes on the pharyngeal region of the patient as described above. The pairs of electrodes may preferably be spaced at a distance, shown as distance "Y" in FIG. 7, of approximately two and a half centimeters or other spacing as required to position the electrodes on the pharyngeal region of the patient as described above. In the two-pair electrode arrangement described above, the two electrodes (701, 703) positioned on one lateral side (e.g., right or left side) of the patient's pharyngeal region are coupled to a first output channel of the switching network 602, and the two electrodes (702, 704) positioned on the other lateral side of the patient's pharyngeal region are coupled to a second output channel of the switching network 602.

In the vertical row electrode arrangement (not shown), the four electrodes are positioned in a vertical row directly adjacent to one another, but not overlapping, starting with a first uppermost electrode being positioned on the patient's digastric muscles, covering the hyoid and the strap muscles of the patient's larynx, and ending with a fourth lowermost electrode being positioned at the base of the patient's thyroid cartilage. In the vertical row electrode arrangement described above, the two upper electrodes in the row are coupled to a first output channel of the switching network 602, and the two lower electrodes in the row are coupled to a second output channel of the switching network 602.

The electrodes 701, 702, 703 and 704 may preferably be snap electrodes having the following approximate dimensions: an eleven-millimeter diameter circular metal snap

US 6,198,970 B1

| 13 | 14 |

electrode positioned on an adhesive band as shown in FIG. 7A or using a circular adhesive pad for each electrode having an approximate radius of two millimeters greater than that of the electrode for adult applications. A three-eighths inch diameter circular metal snap electrode affixed with an adhesive band, strips of adhesive tape, or a circular adhesive pad for each electrode having an approximate radius two-millimeters greater than that of the electrode may be used for child applications. The electrodes 701–704 may also be any suitably conventional and convenient shape that is suited for physiological applications.

The adhesive bands used to attach each pair of electrodes in array 607 to the patient may have a width of approximately eight centimeters, shown as distance "A" in FIG. 7. Contact pads 707 and 708 having a width of approximately eight and a half centimeters (shown as distance "B" in FIG. 7) are also provided.

The adhesive portions may be preferably made of a conventional conductive skin adhesive such as a polyethylene-glycol polymer. Because the conductivity of such adhesives may be dependent on the water content in the polymer, the addition of a small amount of salt may further aid conduction by the adhesive. For child applications, hi-tack versions of the adhesive are preferred because of the small contact area. Other suitable adhesive materials may also be used as would be apparent to those of skill in the art.

In a preferred embodiment, each electrode of electrode array 607 is independently coupled to an output of switching network 602 (shown in FIG. 6) by lead wires 710, 711, 712, and 713 respectively. As a result, each electrode independently receives one or more series of electrical pulses generated by one or more of pulse generators 603–606 via switching network 602 as determined by microprocessor 601. Microprocessor 601 controls the switching operation of switching network 602 to control which output or outputs from pulse generators 603–606 are provided to each electrode in electrode array 607.

Several alternative two-electrode arrangements for the placement of electrodes on the tissue of the pharyngeal region of a patient will now be described in detail with reference to FIGS. 3, 4 and 7. These arrangements are provided as examples of electrode placement and are not intended to limit the number and arrangement of electrodes for use in practicing the present invention.

The electrodes are selectively placed in any suitable site within the pharyngeal region 200 of the patient as shown in FIGS. 3, 4 and 7. The placement of the electrodes in the pharyngeal region of the patient is based on several factors, such as the extent and type of oropharyngeal disorder exhibited by the patient and, given the extent and type of oropharyngeal disorder exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. An evaluation for swallowing ability is done on the patient to determine the extent and type of oropharyngeal disorder. The critical elements in the evaluation are analysis by video fluoroscopy and clinical evaluation to determine the presence of a gag reflex, a dry swallow, and ability to tolerate one's own secretions. The placement of the electrodes may be changed several times in an effort to obtain the strongest and most effective treatment.

In a two-electrode embodiment of the present invention, a pair of electrodes 202 is positioned on the skin of the pharyngeal region 200 at approximately the position of the lesser horn 204 of the hyoid bone 206 on either side of the pharyngeal region 200 and just above the body of the hyoid bone 206. The electrodes overlie the muscles of the floor of the mouth (not shown).

In an alternative two-electrode embodiment of the present invention, a pair of electrodes 208 is positioned on the side of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 208a is placed on the thyrohyoid membrane 210 at approximately the level of the lesser horn 204 close to the hyoid bone 206. This electrode 208a overlies the sternohyoid muscle 212 and the thyrohyoid muscle 214. The other electrode 208b is placed on the cricoid cartilage 216 to the side of the midline of the pharyngeal region 200. This electrode overlies the sternothyroid muscle 218 and the sternothyroid muscle 212 on one side of the midline of the pharyngeal region.

In another embodiment of the present invention, a pair of electrodes 220 is positioned on the skin of the pharyngeal region 200 on the thyrohyoid membrane 210 on either side of the midline of the pharyngeal region 200. These electrodes overlie the thyrohyoid muscle 214 and the sternothyroid muscle 218.

In yet another embodiment of the present invention, a pair of electrodes 222 is positioned on the skin of the pharyngeal region 200 on either side of the midline of the pharyngeal region 200 proximately midway between the thyroid notch 224 and the cricoid cartilage 216. These electrodes overlie the sternothyroid muscle 218 and the transition zone between the sternothyroid muscle 212 and the thyrohyoid muscle 214 on either side of the midline of the pharyngeal region 200.

In an additional embodiment of the present invention, a pair of electrodes 226 is positioned on the skin of the pharyngeal region 200 on one side of the midline of the pharyngeal region 200. One electrode 226a is placed just lateral to the lesser horn 204 of the hyoid bone 206 proximately midway between the hyoid bone 206 and the lower border of the mandible (not shown). This electrode overlies the mylohyoid muscle 228 and the digastric muscle 230. The other electrode 226b is placed proximate to the upper end of the thyrohyoid membrane 210 and proximate to the hyoid bone 206 or on the hyoid bone 206 proximately at the level of the lesser horn 204 of the hyoid bone 206. This electrode overlies the sternothyroid muscle 212 and the thyrohyoid muscle 214.

In a further embodiment of the present invention, a pair of electrodes 232 is positioned on the skin of the pharyngeal region 200 to the side of the midline of the pharyngeal region 200. One electrode 232a is placed on the midline of the pharyngeal region near the chin (not shown). The other electrode 232b is placed laterally to the other electrode. These electrodes overlie the mylohyoid muscle 228 and the digastric muscle 230 in the midline and to one side of the midline of the pharyngeal region 200.

In general, the placement and dimensions of the electrodes in accordance with the present invention is performed so as to avoid the carotid body and to insure the safety of the patient.

A preferred method for electrical pharyngeal neuromuscular stimulation using the apparatus shown in FIG. 1 will now be described with reference to FIG. 2. Turning to start procedure step 100, the procedure for treating oropharyngeal disorders with electrical stimulation is initiated. Next, at apply electrodes to patient step 102, actual electrodes are applied to the pharyngeal area of a patient. The particulars for electrode placement and selection are described in detail below with reference to FIGS. 3, 4 and 7.

Turning next to set pulse frequency step 104, a pulse frequency is set in accordance with the parameters disclosed above. Similarly, at set pulse duration step 106, pulse duration is set. Finally, at determine treatment time step 108,

US 6,198,970 B1

15

a determination of a treatment duration is made, as well as to the number of treatment periods that are to be applied.

Turning next to apply waveform step 110, an actual waveform associated with the previously selected parameters is applied to the pharyngeal area of a patient. Next, at decision step 112, a determination is made as to whether a treatment period is complete in accordance with the preselected standards. A positive determination causes progress to decision step 114 and a negative determination causes progress to wait for duration step 116. At wait for duration step 116, the device automatically waits for a predetermined period of time before returning to apply waveform step 110.

At decision step 114, a determination is made as to whether further treatment periods are merited. A positive determination causes a return to wait set duration step 110. A negative determination results in completion of the treatment procedure as indicated by end procedure step 118.

With reference to FIG. 8, an alternative embodiment of a preferred method for electrical pharyngeal neuromuscular stimulation according to the present invention includes the steps of:

801: generating a series of electrical pulses using one or more pulse generators;

802: generating operation control signals to control operation of the pulse generators;

803: receiving the series of electrical pulses from the pulse generators at a switching network;

804: generating switching control signals to control operation of the switching network;

805: outputting the series of electrical pulses from the switching network in accordance with the switching control signals;

806: applying the series of electrical pulses to tissue of a pharyngeal region of a patient using an electrode array to achieve neuromuscular stimulation of a patient;

807: generating electrical feedback signals in response to the neuromuscular stimulation of the patient;

808: generating test data in response to the electrical feedback signals; and

809: modifying the operation control signals and switching control signals in response to the electrical feedback signals.

This method may further include the step of:

810: generating physiological and/or non-physiological input signals using at least one physiological and/or non-physiological input device.

When step 810 is included, the test data generated in step 808 above is also based upon the physiological and/or non-physiological input signals. Similarly, step 809 above includes the modification of the operation control signals and switching of control signals in response to both the electrical feedback signals and the physiological and/or non-physiological input signals.

The preferred method depicted in FIG. 8 may optionally include the steps of monitoring the electrical feedback signals, the physiological input signals, the non-physiological input signals, or any combination thereof and downloading the test data to a test data receiver, for example, an external receiving device.

The practice of various embodiments of the method according to the present invention will now be described in further detail. In the following examples, the inventive method was used to treat dysphagia. These examples are not intended to limit the scope of the present invention.

EXAMPLE 1

One hundred and ninety-five patients suffering from dysphagia as a result of a stroke or neurodegeneration were

16

studied. The swallowing ability of each patient was evaluated to determine the extent and type of dysphagia exhibited by the patient. The swallowing ability of each patient was assigned a number which corresponds to a defined swallow state wherein the swallow states are listed below: swallow state zero is the inability to have a pharyngeal contraction; swallow state one is the ability to swallow one's own secretions; swallow state two is the ability to swallow paste, pudding, or similar substances; swallow state three is the ability to swallow honey or similar substances; swallow state four is the ability to swallow nectar or similar substances; swallow state five is the ability to swallow liquids; and swallow state six is the ability to swallow water. All of the patients were determined to have swallowing states of either zero or one, indicating the patient did not have a complete pharyngeal contraction and had no gag reflex or the ability to handle secretions. The patients were then objected to a series of treatment sessions. The patients were divided into two treatment groups: electrical stimulation and thermal stimulation.

Sixty three patients underwent a series of electrical stimulation treatment sessions. Preferably, the patients underwent a least seven electrical stimulation treatment sessions. In each treatment session, electrodes were selectively placed on the skin of the pharyngeal region of the patient. The placement of the electrodes was determined by the extent and type of dysphagia exhibited by the patient and, given the extent and type of dysphagia exhibited, those locations within the pharyngeal region, when subjected to electrical stimulus, have the possibility of eliciting the strongest and most complete swallow. Electrode placement was adjusted until the patient achieved the most complete swallowing contraction for which he was capable. Once the correct electrode placement was determined, the intensity of the current was increased by small increments until the tolerance and comfort level limits are reached in the patient. The optimal intensity was realized when the patient felt a tugging or pinch in the area of stimulation. The patient was then subjected to continuous electrical stimulation wherein electric pulses were continuously generated and delivered to the electrodes until a complete swallow was achieved or the tolerance level was reached in the patient. This step was repeated five to twenty times in each treatment session wherein the patient was subjected to continuous electrical stimulation. If the electrical stimulation was successful in promoting a complete contraction, swabbing of the oral cavity was done and the patient attempted a dry swallow. In those patients who did not exhibit any pharyngeal contraction, one or more treatment sessions were required before an adequate dry swallow occurred.

Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake was determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to continuous electrical stimulation. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical stimulation, the patient attempted to swallow these substances without the assistance of electrical stimulation. Treatment sessions continued with each patient until the patient's improvement reached a plateau.

US 6,198,970 B1

17

Thirty-one patients were subjected to a series of thermal stimulation treatment sessions. Preferably, the patients were subjected to a least seven thermal stimulation treatment sessions. In each treatment session, a mirror or probe was immersed in ice or cold substance. The tonsillar fossa was stimulated with the mirror or probe. The patient then closed his mouth and attempted a dry swallow. If the stimulation was successful in promoting a complete contraction, oral intake was provided to assist in the treatment. The consistency of the oral intake was determined by the strength of the contraction elicited by the patient. Once an adequate dry swallow was achieved, oral intake was provided to assist in the treatment. The consistency of the oral intake was determined by the strength of the contraction elicited by the patient. If the patient was able to swallow his own saliva, swabbing the oral cavity with a sponge moistened by water or juice was performed. The patient attempted to swallow the water or juice while subjected to thermal stimulation. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to thermal stimulation. Once three to five strong swallows were achieved with the assistance of thermal stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus. Once the patient had achieved audible, strong contractions, the patient was challenged with pudding, thick liquid, or ice slush. The patient attempted to swallow these substances while subjected to continuous electrical stimulation. Once three to five strong swallows were achieved with the assistance of electrical stimulation, the patient attempted to swallow these substances without the assistance of thermal stimulation. Treatment sessions continued with each patient until the patient's improvement plateaus.

The effectiveness of the electrical stimulation treatments and the thermal stimulation treatments is shown in FIG. 5. FIG. 5 is a graph illustrating the mean swallowing state achieved after electrical stimulation treatment sessions and thermal stimulation treatments. After seven treatment sessions, the mean swallowing state of the patients treated with electrical stimulation was swallow state five, or the ability to swallow thin liquids. After seven treatment sessions, the mean swallowing state of the patients treated with thermal stimulation was only swallow state one, or the ability to handle one's own secretions.

The method and device for electrical pharyngeal neuromuscular stimulation of the present invention provides an effective and non-invasive treatment for dysphagia. The method and device for electrical pharyngeal neuromuscular stimulation is more effective for treating dysphagia than traditional treatment methods, such as thermal stimulation. Further, the method and device of the present invention is effective for treating worst-case dysphagia resulting from neurodegeneration and strokes.

Treatment of Respiratory Disorders

The device described above with reference FIGS. 1 and 6 above may further be used to treat respiratory disorders, such as asthma, bronchitis, and chronic obstructive pulmonary disease, and to treat ventilator dependence conditions by providing electrical neuromuscular stimulation to the intercostal muscles between the ribs of a patient.

The electrodes used in treatment of respiratory disorders are preferably uni-directional or bidirectional snap electrodes having an eleven-millimeter diameter circular metal snap electrode surrounded by an annular adhesive portion

18

approximately two millimeters wide may be used for adult applications. A three-eighths inch diameter circular metal snap electrode affixed to the patient using strips of adhesive tape or using a circular adhesive pad for each electrode having an approximate radius of two millimeters greater than that of the electrode may be used for adult applications. A three-eighths inch diameter circular metal snap electrode affixed with strips of adhesive tape or with a circular adhesive pad for each electrode having an approximate radius two-millimeters greater than that of the electrode may be used for child applications. The adhesive portions are preferably made of a conventional conductive skin adhesive such as a polyethylene-glycol polymer. Because the conductivity of the adhesive is dependent on the water content in the polymer, the addition of a small amount of salt will further aid conduction by the adhesive. For child applications, hi-tack versions of the adhesive are preferred because of the small contact area. However, the electrodes may also be any suitably conventional and convenient shape that is suited for physiological applications.

Various exemplary electrode configurations will now be described with reference to FIGS. 9A–E. These arrangements are provided as examples of electrode placement and are not intended to limit the number and arrangement of electrodes for use in practicing the present invention.

According to a preferred embodiment of the present invention, treatment of respiratory disorders such as asthma and asthma-type symptoms may be performed by placing one uni-directional circular snap electrode on the intercostal muscle between the patient's third and fourth anterior ribs and one unidirectional circular snap electrode on the intercostal muscle between either the patient's fourth and fifth or fifth and sixth anterior ribs. Both electrodes are positioned on the same side (left or right side, depending on the patient's condition) of the patient, applying a total of two circular uni-directional snap electrodes (901 and 902) in this embodiment, as shown in FIG. 9A (showing left side placement only). Each electrode is placed in proximity to, but not touching, the patient's sternum.

According to another preferred embodiment of the present invention, treatment of respiratory disorders may be performed by placing one bi-directional circular snap electrode on the intercostal muscle between the patient's third and fourth anterior ribs on each side of the patient and one bi-directional circular snap electrode on the intercostal muscle between either the patient's fourth and fifth or fifth and sixth anterior ribs on each side of the patient. Thus, a total of four circular bi-directional snap electrodes (903, 904, 905 and 906) are applied in this embodiment, as shown in FIG. 9B. Each electrode is placed in proximity to, but not touching, the patient's sternum.

According to yet another preferred embodiment of the present invention, treatment of ventilator dependence conditions may be performed by placing one bi-directional rectangular two-inch snap electrode in the intercostal space between the patient's seventh and eighth anterior ribs on each side of the patient and one bi-directional rectangular two-inch snap electrode in the intercostal space between the patient's eighth and ninth anterior ribs on each side of the patient. Thus, a total of four rectangular bi-directional snap electrodes (910, 911, 912, and 913) are applied in this embodiment, as shown in FIG. 9C.

According to another preferred embodiment of the present invention, treatment of respiratory disorders such as bronchitis and chronic obstructive pulmonary disorder (COPD) may be performed by placing one unidirectional circular snap electrode on the intercostal muscle between the

US 6,198,970 B1

19

patient's second and third anterior ribs and one uni-directional circular snap electrode on the intercostal muscle between the patient's third and fourth anterior ribs. Both electrodes are placed on the same side (either the right or left side, depending on the patient's condition) of the patient. Thus, a total of two circular unidirectional snap electrodes (914 and 915) are applied in this embodiment, as shown in FIG. 9D (showing left side placement only). Each electrode is placed in proximity to, but not touching, the patient's sternum.

According to another preferred embodiment of the present invention, treatment of respiratory disorders such as bronchitis and COPD may be performed by placing one bidirectional circular snap electrode on the intercostal muscle between the patient's second and third anterior ribs on each side of the patient and one bi-directional circular snap electrode on the intercostal muscle between the patient's third and fourth anterior ribs on each side of the patient. Thus, a total of four circular bidirectional snap electrodes (916, 917, 918 and 919) are applied in this embodiment, as shown in FIG. 9E. Each electrode is placed in proximity to, but not touching, the patient's sternum.

Other arrangements and placements of electrodes may also be used in accordance with the present invention as would be apparent to those of skill in the art.

As illustrated in FIG. 10, a method for treating respiratory disorders according to the present invention using the electrical neuromuscular stimulator shown in FIG. 1 includes the following steps:

1001: applying electrodes to the intercostal regions of a patient as described above with reference to FIGS. 9A–E.

1002: setting a pulse frequency in accordance with the parameters disclosed above with reference to FIG. 1.

1003: setting a pulse duration.

1004: setting a treatment duration, as well as to the number of treatment periods that are to be applied.

1005: applying a waveform associated with the previously selected parameters to the intercostal regions of the patient as described above with reference to FIGS. 9A–E.

1006: determining whether a treatment period is complete in accordance with preselected standards.

1007: a positive determination causes progress to decision step 1010.

1008: a negative determination causes the device to wait for a duration as defined in step 1009.

1009: pausing for a predetermined period of time before returning to apply waveform step 1005.

1010: determining whether further treatment periods are merited. A positive determination causes a return to wait for duration step 1009. A negative determination results in completion of the treatment procedure as indicated by end procedure step 1011.

As shown in FIG. 11, an alternative method for treating respiratory disorders according to the present invention using the electrical neuromuscular stimulator shown in FIG. 6 includes the following steps:

1101: generating a series of electrical pulses using one or more pulse generators;

1102: generating operation control signals to control operation of the pulse generators;

1103: receiving the series of electrical pulses from the pulse generators at a switching network;

1104: generating switching control signals to control operation of the switching network;

20

1105: outputting the series of electrical pulses from the switching network in accordance with the switching control signals;

1106: applying the series of electrical pulses to tissue of at least one intercostal region of a patient and using an electrode array as described above with reference to FIGS. 9A–E to achieve neuromuscular stimulation of the patient;

1107: generating electrical feedback signals in response to the neuromuscular stimulation of the patient;

1108: generating test data in response to the electrical feedback signals; and

1109: modifying the operation control signals and switching control signals in response to the electrical feedback signals.

This method may further include the step of:

1110: generating physiological and/or non-physiological input signals using at least one physiological and/or non-physiological input device.

When step 1110 is included, the test data generated in step 1108 above is also based upon the physiological and/or non-physiological input signals. Similarly, step 1109 above includes the modification of the operation control signals and switching of control signals in response to both the electrical feedback signals and the physiological and/or nonphysiological input signals.

The preferred method depicted in FIG. 11 may optionally include the steps of monitoring the electrical feedback signals, the physiological input signals, the non-physiological input signals, or any combination thereof and downloading the test data to a test data receiver, for example, an external receiving device.

Treatment of Oral Motor Neuromuscular Damage and Disorders

The device described above with reference FIGS. 1 and 6 above may further be used to treat oral motor neuromuscular damage and disorders by providing electrical neuromuscular stimulation at specific oral motor points on the face of a patient.

The electrodes used in treatment of oral motor neuromuscular disorders are preferably uni-directional or bi-directional snap electrodes having an eleven-millimeter diameter circular metal electrode surrounded by an annular adhesive portion approximately two millimeters wide may be used for adult applications. A three-eighths inch diameter circular metal snap electrode affixed to the patient using strips of adhesive tape or using a circular adhesive pad for each electrode having an approximate radius of two millimeters greater than that of the electrode may be used for adult applications. A three-eighths inch diameter circular metal snap electrode affixed with strips of adhesive tape or with a circular adhesive pad for each electrode having an approximate radius two-millimeters greater than that of the electrode may be used for child applications. The adhesive portions are preferably made of a conventional conductive skin adhesive such as a polyethylene-glycol polymer. Because the conductivity of the adhesive is dependent on the water content in the polymer, the addition of a small amount of salt will further aid conduction by the adhesive. For child applications, bi-tack versions of the adhesive are preferred because of the small contact area. However, the electrodes may also be any suitably conventional and convenient shape that is suited for physiological applications.

Various exemplary electrode configurations will now be described with reference to FIG. 12. These arrangements are

US 6,198,970 B1

21

provided as examples of electrode placement and are not intended to limit the number and arrangement of electrodes for use in practicing the present invention.

With reference to FIG. 12, treatment of oral motor neuromuscular damage and/or disorders may be performed by placing one unidirectional circular snap electrode in front of the Targus and the Tempro Mandibular Joint. A second uni-directional circular snap electrode is placed overlying the neck of the mandible at the N. Facial (Trunk). Thus, a total of two circular unidirectional snap electrodes (1201 and 1202) are applied to the oral motor region on one side of the patient's face (either the left or right side, depending on the patient's condition).

An alternative treatment (not shown) of oral motor neuromuscular damage and/or disorders may be performed by placing one bi-directional circular snap electrode in front of the Targus and the Tempro Mandibular Joint on each side of the patient's face and one bi-directional circular snap electrode overlying the neck of the mandible at the N. Facial (Trunk) on each side of the patient's face. Thus, a total of four circular bi-directional snap electrodes are applied to the patient's oral motor region in this embodiment.

As shown in FIG. 13, a method for treating oral motor neuromuscular damage and/or disorders according to the present invention using the electrical neuromuscular stimulator shown in FIG. 1 includes the following steps:

1300: initiating the procedure for treating respiratory disorders with electrical stimulation;

1301: applying electrodes to the tissue of the oral motor region of a patient as described above with reference to FIG. 12;

1302: setting a pulse frequency in accordance with the parameters disclosed above with reference to FIG. 1;

1303: setting a pulse duration;

1304: setting a treatment duration is made, as well as to the number of treatment periods that are to be applied;

1305: applying a waveform associated with the previously selected parameters to the face of the patient as described above with reference to FIG. 12;

1306: determining whether a treatment period is complete in accordance with preselected standards;

1307: a positive determination causes progress to decision step 1310;

1308: a negative determination causes the device to wait for a duration determined in step 1309;

1309: pausing for a predetermined period of time before returning to apply waveform step 1305;

1310: determining whether further treatment periods are merited. A positive determination causes a return to wait for duration step 1309. A negative determination results in completion of the treatment procedure as indicated by end procedure step 1312.

As shown in FIG. 14, an alternative method for treating oral motor neuromuscular damage and/or disorders according to the present invention using the electrical neuromuscular stimulator shown in FIG. 6 includes the following steps:

1401: generating a series of electrical pulses using one or more pulse generators;

1402: generating operation control signals to control operation of the pulse generators;

1403: receiving the series of electrical pulses from the pulse generators at a switching network;

1404: generating switching control signals to control operation of the switching network;

22

1405: outputting the series of electrical pulses from the switching network in accordance with the switching control signals;

1406: applying the series of electrical pulses to the face of a patient using an electrode array as described above with reference to FIG. 12 to achieve neuromuscular stimulation of a patient;

1407: generating electrical feedback signals in response to the neuromuscular stimulation of the patient;

1408: generating test data in response to the electrical feedback signals; and

1409: modifying the operation control signals and switching control signals in response to the electrical feedback signals.

This method may further include the step of:

1410: generating physiological and/or non-physiological input signals using at least one physiological and/or non-physiological input device.

When step 1410 is included, the test data generated in step 1408 above is also based upon the physiological and/or non-physiological input signals. Similarly, step 1409 above includes the modification of the operation control signals and switching of control signals in response to both the electrical feedback signals and the physiological and/or non-physiological input signals.

The preferred method depicted in FIG. 14 may optionally include the steps of monitoring the electrical feedback signals, the physiological input signals, the non-physiological input signals, or any combination thereof and downloading the test data to a test data receiver, for example, an external receiving device.

While various embodiments of a method and device for treating oropharyngeal, respiratory, and oral motor neuromuscular disorders with electrical stimulation have been disclosed, it should be understood that modifications and adaptations thereof will occur to persons skilled in the art. Other features and aspects of this invention will be appreciated by those skilled in the art upon reading and comprehending this disclosure. Such features, aspects, and expected variations and modifications of the reported results and examples, as well as their equivalents, are clearly within the scope of the invention as described by the following claims. We claim:

1. A device for treating respiratory disorders using electrical stimulation, comprising:

a power source;

a signal generator for providing an output signal, said output signal having an intensity, a frequency, and a pulse duration;

an output protector circuit for limiting said intensity of said output signal;

a treatment duration circuit for controlling the duration of operation of said signal generator;

a ramp control circuit for controlling said intensity of said output signal; and

a monitor for displaying operating parameters of said device;

wherein said signal generator regulates said intensity, said frequency, and said pulse duration of said output signal in accordance with a procedure for treating respiratory disorders by applying said output signal to an intercostal region of a patient;

wherein said treatment duration circuit and said ramp control circuit regulate said output signal in accordance with a procedure for treating respiratory disorders by

US 6,198,970 B1

23

applying said output signal to the intercostal region of the patient; and

wherein said output protector circuit is programmed to limit said intensity of said output signal in accordance with a treatment tolerance level of the patient.

2. A device for treating respiratory disorders using electrical stimulation, comprising:

a power source;

a signal generator for providing an output signal, said output signal having an intensity, a frequency, and a pulse duration;

an output protector circuit for limiting said intensity of said output signal;

a treatment duration circuit for controlling the duration of operation of said signal generator;

a ramp control circuit for controlling said intensity of said output signal;

a monitor for displaying operating parameters of said device; and

at least one electrode for providing said output signal to an intercostal region of a patient;

wherein said signal generator regulates said intensity, said frequency, and said pulse duration of said output signal in accordance with a procedure for treating respiratory disorders by applying said output signal to the intercostal region of the patient;

wherein said treatment duration circuit and said ramp control circuit regulate said output signal in accordance with a procedure for treating respiratory disorders by applying said output signal to the intercostal region of the patient; and

wherein said output protector circuit is programmed to limit said intensity of said output signal in accordance with a treatment tolerance level of the patient.

3. An electrical neuromuscular stimulator for treating respiratory disorders comprising:

at least one pulse generator for generating a series of electrical pulses;

a processor coupled to said at least one pulse generator for outputting operation control signals to said at least one pulse generator;

a switching network coupled to said at least one pulse generator and said processor, said switching network receiving the series of electrical pulses from said at least one pulse generator and outputting, responsive to switching control signals from said processor, the series of electrical pulses; and

an electrode array coupled to said switching network for applying the series of electrical pulses to tissue of an intercostal region of a patient to achieve neuromuscular stimulation of the patient, and for generating electrical feedback signals in response to the neuromuscular stimulation of the patient,

wherein the electrical feedback signals are provided to said processor via said switching network; and

wherein, in response to the electrical feedback signals, said processor generates and stores test data and modifies the operation control signals and switching control signals.

4. The electrical neuromuscular stimulator according to claim 3, wherein said switching network includes a buffer memory.

5. The electrical neuromuscular stimulator according to claim 3, further comprising at least one physiological input

24

device for providing physiological input signals to said processor, wherein said processor is responsive to the physiological input signals.

6. The electrical neuromuscular stimulator according to claim 5, further comprising a display device coupled to said processor.

7. The electrical neuromuscular stimulator according to claim 3, further comprising at least one non-physiological input device for providing non-physiological input signals to said processor, wherein said processor is responsive to the non-physiological input signals.

8. The electrical neuromuscular stimulator according to claim 3, further comprising a programming device coupled to said processor.

9. The electrical neuromuscular stimulator according to claim 3, further comprising a data/software interface device coupled to said processor.

10. The electrical neuromuscular stimulator according to claim 3, wherein said electrode array comprises at least one bi-directional electrode.

11. The electrical neuromuscular stimulator according to claim 3, wherein said electrode array comprises at least one uni-directional electrode.

12. A device for treating oral motor neuromuscular disorders using electrical stimulation, comprising:

a power source;

a signal generator for providing an output signal, said output signal having an intensity, a frequency, and a pulse duration;

an output protector circuit for limiting said intensity of said output signal;

a treatment duration circuit for controlling the duration of operation of said signal generator;

a ramp control circuit for controlling said intensity of said output signal; and

a monitor for displaying operating parameters of said device;

wherein said signal generator regulates said intensity, said frequency, and said pulse duration of said output signal in accordance with a procedure for treating oral motor neuromuscular disorders by applying said output signal to an oral motor region of a patient;

wherein said treatment duration circuit and said ramp control circuit regulate said output signal in accordance with a procedure for treating oral motor neuromuscular disorders by applying said output signal to the oral motor region of the patient; and

wherein said output protector circuit is programmed to limit said intensity of said output signal in accordance with a treatment tolerance level of the patient.

13. A method of electrical neuromuscular stimulation for treating respiratory disorders, comprising the steps of:

generating a series of electrical pulses using a pulse generator comprising:

a frequency controller for modulating an electrical signal generated by the pulse generator at a predetermined frequency to produce the series of electrical pulses output by said pulse generator;

a duration control circuit for controlling the duration of time for which said pulse generator outputs the series of electrical pulses; and

an intensity control circuit for regulating the series electrical pulses such that the electrical current does not exceed a predetermined current or voltage value; and

US 6,198,970 B1

<table>
<tr><td>25</td><td>26</td></tr>
</table>

applying the series of electrical pulses to tissue of at least one intercostal region of a patient using an electrode array.

14. A method of electrical neuromuscular stimulation for treating respiratory disorders, comprising the steps of:

generating a series of electrical pulses using at least one pulse generator;

generating operation control signals to control operation of said at least one pulse generator;

receiving the series of electrical pulses from said at least one pulse generator at a switching network;

generating switching control signals to control operation of said switching network;

outputting the series of electrical pulses from said switching network in accordance with said switching control signals;

applying the series of electrical pulses to tissue of a least one intercostal region of a patient using an electrode array;

generating electrical feedback signals in response to the application of the series of electrical pulses;

generating test data in response to the electrical feedback signals; and

modifying the operation control signals and switching control signals in response to the electrical feedback signals.

15. The method for electrical neuromuscular stimulation according to claim 14, further comprising the step of generating physiological input signals using at least one physiological input device; wherein the test data is generated in response to the electrical feedback signals and the physiological input signals; and wherein the operation control signals and switching control signals are responsive to the electrical feedback signals and the physiological inputs signals.

16. The method for electrical neuromuscular stimulation according to claim 15, further comprising the step of monitoring of the electrical feedback signals and the physiological input signals.

17. The method for electrical neuromuscular stimulation according to claim 14, further comprising the step of generating non-physiological input signals using at least one non-physiological input device; wherein the test data is generated in response to the electrical feedback signals and the non-physiological input signals; and wherein the operation control signals and switching control signals are responsive to the electrical feedback signals and the non-physiological inputs signals.

18. The method for electrical neuromuscular stimulation according to claim 17, further comprising the step of monitoring of the electrical feedback signals and the non-physiological input signals.

19. The method for electrical neuromuscular stimulation according to claim 14, further comprising the step of downloading the test data to a test data receiving device.

20. A method of electrical neuromuscular stimulation for treating oral motor neuromuscular disorders, comprising the steps of:

generating a series of electrical pulses using a pulse generator comprising:

a frequency controller for modulating an electrical signal generated by the pulse generator at a predetermined frequency to produce the series of electrical pulses output by said pulse generator;

a duration control circuit for controlling the duration of time for which said pulse generator outputs the series of electrical pulses; and

an intensity control circuit for regulating the series electrical pulses such that the electrical current does not exceed a predetermined current or voltage value; and

applying the series of electrical pulses to tissue of an oral motor region of a patient using an electrode array.

21. A method of electrical neuromuscular stimulation for treating oral motor neuromuscular disorders, comprising the steps of:

generating a series of electrical pulses using at least one pulse generator;

generating operation control signals to control operation of said at least one pulse generator;

receiving the series of electrical pulses from said at least one pulse generator at a switching network;

generating switching control signals to control operation of said switching network;

outputting the series of electrical pulses from said switching network in accordance with said switching control signals;

applying the series of electrical pulses to tissue of an oral motor region of a patient using an electrode array;

generating electrical feedback signals in response to the application of the series of electrical pulses;

generating test data in response to the electrical feedback signals; and

modifying the operation control signals and switching control signals in response to the electrical feedback signals.

22. The method for electrical neuromuscular stimulation according to claim 21, further comprising the step of generating physiological input signals using at least one physiological input device; wherein the test data is generated in response to the electrical feedback signals and the physiological input signals; and wherein the operation control signals and switching control signals are responsive to the electrical feedback signals and the physiological inputs signals.

23. The method for electrical neuromuscular stimulation according to claim 22, further comprising the step of monitoring of the electrical feedback signals and the physiological input signals.

24. The method for electrical neuromuscular stimulation according to claim 21, further comprising the step of generating non-physiological input signals using at least one non-physiological input device; wherein the test data is generated in response to the electrical feedback signals and the non-physiological input signals; and wherein the operation control signals and switching control signals are responsive to the electrical feedback signals and the non-physiological inputs signals.

25. The method for electrical neuromuscular stimulation according to claim 24, further comprising the step of monitoring of the electrical feedback signals and the non-physiological input signals.

26. The method for electrical neuromuscular stimulation according to claim 21, further comprising the step of downloading the test data to a test data receiving device.

27. An electrical neuromuscular stimulator for treating oral motor neuromuscular disorders, comprising:

at least one pulse generator for generating a series of electrical pulses;

a processor coupled to said at least one pulse generator for outputting operation control signals to said at least one pulse generator;

US 6,198,970 B1

27

a switching network coupled to said at least one pulse generator and said processor, said switching network receiving the series of electrical pulses from said at least one pulse generator and outputting, responsive to switching control signals from said processor, the series of electrical pulses; and

an electrode array coupled to said switching network for applying the series of electrical pulses to tissue of an oral motor region of a patient to achieve neuromuscular stimulation of the patient, and for generating electrical feedback signals in response to the neuromuscular stimulation of the patient;

wherein the electrical feedback signals are provided to said processor via said switching network; and

wherein, in response to the electrical feedback signals, said processor generates and stores test data and modifies the operation control signals and switching control signals.

28. The electrical neuromuscular stimulator according to claim 27, wherein said switching network includes a buffer memory.

29. The electrical neuromuscular stimulator according to claim 27, further comprising at least one physiological input device for providing physiological input signals to said processor, wherein said processor is responsive to the physiological inputs signals.

30. The electrical neuromuscular stimulator according to claim 29, further comprising a display device coupled to said processor for monitoring at least one of the electrical feedback signals, physiological input signals, test data, and operating status of said neuromuscular stimulator.

31. The electrical neuromuscular stimulator according to claim 27, further comprising a display device coupled to said processor for monitoring at least one of the electrical feedback signals, non-physiological input signals, test data, and operating status of said neuromuscular stimulator.

32. The electrical neuromuscular stimulator according to claim 27, further comprising at least one non-physiological input device for providing non-physiological input signals to said processor, wherein said processor is responsive to the non-physiological inputs signals.

33. The electrical neuromuscular stimulator according to claim 27, further comprising a programming device coupled

28

to said processor for transmitting programming information and data to said processor.

34. The electrical neuromuscular stimulator according to claim 27, further comprising a data/software interface device coupled to said processor for transmitting the test data.

35. The electrical neuromuscular stimulator according to claim 27, wherein said electrode array comprises at least one bidirectional electrode.

36. The electrical neuromuscular stimulator according to claim 27, wherein said electrode array comprises at least one uni-directional electrode.

37. A device for treating oral motor neuromuscular disorders using electrical stimulation, comprising:

a power source;

a signal generator for providing an output signal, said output signal having an intensity, a frequency, and a pulse duration;

an output protector circuit for limiting said intensity of said output signal;

a treatment duration circuit for controlling the duration of operation of said signal generator;

a ramp control circuit for controlling said intensity of said output signal;

a monitor for displaying operating parameters of said device; and

at least one electrode for providing said output signal to an oral motor region of a patient;

wherein said signal generator regulates said intensity, said frequency, and said pulse duration of said output signal in accordance with a procedure for treating oral motor neuromuscular disorders by applying said output signal to the oral motor region of the patient;

wherein said treatment duration circuit and said ramp control circuit regulate said output signal in accordance with a procedure for treating oral motor neuromuscular disorders by applying said output signal to the oral motor region of the patient; and

wherein said output protector circuit is programmed to limit said intensity of said output signal in accordance with a treatment tolerance level of the patient.

*     *     *     *     *

# Exhibit 5

UNITED ANGORA GROUP ☑010



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                    Public Health Service

JUN - 6 2001

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Ms. Marcy Freed, ST
Co-Manager
Dysphagia, L.L.C.
3011 Kersdale Road
Cleveland, Ohio 44124

Re: K002410
   Trade Name:  Freed Bioelectric: Dysphagia Treatment Device
   Regulation Number:  890.5850
   Regulatory Class:  II
   Product Code:  IPG
   Dated:  April 13, 2001
   Received:  April 16, 2001

Dear Ms. Freed:

We have reviewed your Section 510(k) notification of intent to market the device referenced
above and we have determined the device is substantially equivalent (for the indications for use
stated in the enclosure) to devices marketed in interstate commerce prior to May 28, 1976, the
enactment date of the Medical Device Amendments, or to devices that have been reclassified in
accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act). You may,
therefore, market the device, subject to the general controls provisions of the Act. The general
controls provisions of the Act include requirements for annual registration, listing of devices,
good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III
(Premarket Approval), it may be subject to such additional controls. Existing major regulations
affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 895.
A substantially equivalent determination assumes compliance with the current Good
Manufacturing Practice requirement, as set forth in the Quality System Regulation (QS) for
Medical Devices: General regulation (21 CFR Part 820) and that, through periodic (QS)
inspections, the Food and Drug Administration (FDA) will verify such assumptions. Failure to
comply with the GMP regulation may result in regulatory action. In addition, FDA may publish
further announcements concerning your device in the Federal Register. Please note: this
response to your premarket notification submission does not affect any obligation you might
have under sections 531 through 542 of the Act for devices under the Electronic Product
Radiation Control provisions, or other Federal laws or regulations.

This letter will allow you to begin marketing your device as described in your 510(k) premarket
notification. The FDA finding of substantial equivalence of your device to a legally marketed
predicate device results in a classification for your device and thus, permits your device to
proceed to the market.

Page 2 – Ms. Marcy Freed, ST

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801 and additionally 809.10 for in vitro diagnostic devices), please contact the Office of Compliance at (301) 594-4659.  Additionally, for questions on the promotion and advertising of your device, please contact the Office of Compliance at (301) 594-4639.  Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR 807.97).  Other general information on your responsibilities under the Act may be obtained from the Division of Small Manufacturers Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its Internet address "http://www.fda.gov/cdrh/dsmamain.html".

Sincerely yours,

Celia M. Witten, Ph.D., M.D.
Director
Division of General, Restorative and
  Neurological Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

CHATTANOOGA GROUP

☑ 012

Page 1 of 1

510(k) Number (if known): _K00 2410_

Device Name: Freed Bioelectric: Dysphagia Treatment Device

Indications For Use:

Muscle re-education by application of external stimulation to the muscles necessary for pharyngeal contraction.

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

Concurrence of CDRH, Office of Device Evaluation (ODE)

(Division Sign-Off)
Division of General, Restorative
and Neurological Devices

(Optional Format 3-10-98)

510(k) Number _K002410_

v



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

DEC 0 6 2002

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Cheryl L. Bagwell
Regulatory Compliance Specialist
Chattanooga Group
A Division of Encore Medical
4717 Adams Road
P.O. Box 489
Hixson, Tennessee 37343-0489

Re: K023347
    Trade/Device Name: Chattanooga VitalStim
    Regulation Number: 21 CFR 890.5850
    Regulation Name: Powered Muscle Stimulator
    Regulatory Class: Class II
    Product Code: IPF
    Dated: October 2, 2002
    Received: October 7, 2002

Dear Ms. Bagwell:

We have reviewed your Section 510(k) premarket notification of intent to market the device
referenced above and have determined the device is substantially equivalent (for the indications
for use stated in the enclosure) to legally marketed predicate devices marketed in interstate
commerce prior to May 28, 1976. the enactment date of the Medical Device Amendments, or to
devices that have been reclassified in accordance with the provisions of the Federal Food, Drug,
and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA).
You may, therefore, market the device, subject to the general controls provisions of the Act. The
general controls provisions of the Act include requirements for annual registration, listing of
devices, good manufacturing practice, labeling, and prohibitions against misbranding and
adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it
may be subject to such additional controls. Existing major regulations affecting your device can
be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may
publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean
that FDA has made a determination that your device complies with other requirements of the Act
or any Federal statutes and regulations administered by other Federal agencies. You must
comply with all the Act's requirements. including, but not limited to: registration and listing (21

Page 2 - Cheryl L. Bagwell

CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050. This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Office of Compliance at (301) 594-4659. Additionally, for questions on the promotion and advertising of your device, please contact the Office of Compliance at (301) 594-4639. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). Other general information on your responsibilities under the Act may be obtained from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its Internet address http://www.fda.gov/cdrh/dsma/dsmamain.html

Sincerely yours,

Celia M. Witten, Ph.D., M.D.
Director
Division of General, Restorative
 and Neurological Devices
Office of Device Evaluation
Center for Devices and
 Radiological Health

Enclosure

510(k) Number (if known): _____
Device Name:   Chattanooga Vital Stim

Indications for Use:

> Muscle re-education by application of external stimulation to the
> muscles necessary for pharyngeal contraction.

(PLEASE DO NOT WRITE BELOW THIS LINE- CONTINUE ON ANOTHER PAGE IF NEEDED)

------------------------------------------------------------------------

Concurrence of CDRH, Office of Device Evaluation (ODE)

Prescription Use _____           OR           Over-The-Counter Use _____
(Per 21 CFR 801.109)

                                                      (Optional Format 1-2-96)

(Division Sign-Off)
Division of General, Restorative
and Neurological Devices

510(k) Number ___K023347___

Attachment 1



# U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

| 510 (k) | Registration | Listing | Adverse Events | | PMA | Classification | CLIA |
| CFR Title 21 | Advisory Committees | | Assembler | NHRIC | Guidance | Standards |

New Search                                    Back To Search Results

## 510(k) Premarket Notification Database

| | |
|---|---|
| **Device Classification Name** | STIMULATOR, MUSCLE, POWERED |
| **Regulation Number** | 890.5850 |
| **510(k) Number** | K023347 |
| **Device Name** | VITAL STIM |
| **Applicant** | CHATTANOOGA GROUP 4717 ADAMS RD. HIXSON, TN 37343 |
| **Contact** | CHERYL BAGWELL |
| **Product Code** | IPF |
| **Date Received** | 10/07/2002 |
| **Decision Date** | 12/06/2002 |
| **Decision** | SUBSTANTIALLY EQUIVALENT (SE) |
| **Classification Advisory Committee** | Physical Medicine |
| **Review Advisory Committee** | Physical Medicine |
| **Statement/Summary/Purged Status** | Statement only |
| **STATEMENT** | STATEMENT |
| **Type** | Traditional |
| **Reviewed by Third Party** | No |
| **Expedited Review** | No |

Database Updated 6/9/2003

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMN/pmn.cfm?ID=9619                    7/1/2003